# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.,<br>2 Bethesda Metro Center, 10th Floor<br>Bethesda, Maryland 20814,<br><br>and<br><br>CoSTAR GROUP, INC.,<br>2 Bethesda Metro Center, 10th Floor<br>Bethesda, Maryland 20814,<br><br>       Plaintiffs,<br><br>       v.<br><br>MARK FIELD D/B/A ALLIANCE<br>VALUATION GROUP<br>2858 Via Bellota<br>San Clemente, CA 92673,<br><br>LAWSON VALUATION GROUP, INC.<br>8895 N. Military Trail, Suite 304E<br>Palm Beach Gardens, FL 33410-6263,<br><br>RUSS A. GRESSETT<br>5625 FM 1960 West, Suite 509<br>Houston, TX 77069,<br><br>GERALD A. TEEL COMPANY, INC.<br>974 Campbell Rd, Suite 204<br>Houston, TX 77024-2813, and<br><br>JOHN DOES 1-5<br>Addresses Currently Unknown<br><br>       Defendants. | Civil Action No. _____ |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ ] I certify, as party/counsel in this case that _____ (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ] The following corporate affiliations exist with CoSTAR Group, Inc.:

CoSTAR Realty Information Group, Inc. is a wholly-owned subsidiary of CoSTAR Group, Inc.

[ X ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Based on the most recent information available to CoStar Group, Inc., the following entities own 10% or more of Costar Group Inc.'s stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.

Dated: March 13, 2008        Respectfully submitted,

   /s/ Shari Ross Lahlou
Shari Ross Lahlou
Bar. No. 16570
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116

Attorneys for Plaintiffs,
CoSTAR REALTY INFORMATION, INC., a Delaware Corporation, and CoSTAR GROUP, INC., a Delaware Corporation