• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.; and
JOHN DOES (1-5)

CASE    AW-08-663

TO: (Name and address of Defendant)
MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP
2858 Via Bellota
San Clemente, CA 92673

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon            03/12/2008
CLERK                        DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.; and
JOHN DOES (1-5)

CASE  AW-08-663

TO: (Name and address of Defendant)
RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, TX 77069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                      03/15/2008
CLERK                                                  DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;                CASE  *HW 08-663*
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.; and
JOHN DOES (1-5)

TO: (Name and address of Defendant)
LAWSON VALUATION GROUP, INC.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to
register to use the electronic filing system can be found
at: www.mdd.uscourts.gov

Felicia C. Cannon                                   03/13/2008
CLERK                                               DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;        CASE  *AW-08-663*
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.; and
JOHN DOES (1-5)

TO: (Name and address of Defendant)
GERALD A. TEEL COMPANY, INC.
974 Campbell Rd., Suite 204
Houston, TX 77024-2813

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to
register to use the electronic filing system can be found
at: www.mdd.uscourts.gov

Felicia C. Cannon                              03/13/2008
CLERK                                          DATE

(By) DEPUTY CLERK