IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoStar Realty Information Inc. *
and CoStar Group, Inc.
           Plaintiff(s)            *
                                              Case No.: 8:08-CV-00663-AW
         vs.                       *
Mark Field d/b/a Alliance
Valuation Group, et al             *
           Defendant(s)
                          ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Shari Ross Lahlou, am a member in good standing of the bar of this Court. My bar number is 16570. I am moving the admission of

Sanya Sarich to appear *pro hac vice* in this case as counsel for

CoStar Realty Information, Inc. and CoStar Group, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of the State of Illinois – 11/06/2003 | U.S. District Court for the Northern District of Illinois – 12/18/2003 |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __1__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

Dockets.Justia.com

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

Shari Ross Lahlou
Printed Name

Crowell & Moring, LLP
Firm

1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Address

202-624-2679
Telephone Number

202-628-5116
Fax Number

slahlou@crowell.com
Email Address

PROPOSED ADMITTEE
_____
Signature

Sanya Sarich
Printed Name

Crowell & Moring, LLP
Firm

1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Address

202-624-2862
Telephone Number

202-628-5116
Fax Number

ssarich@crowell.com
Email Address