AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.;
PATHFINDER MORTGAGE CO.; and
JOHN DOES (1-4)

CASE 08-CV-663-AW

TO: (Name and address of Defendant)

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                        04/04/2008
CLERK                                                    DATE

(By) DEPUTY CLERK