FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2008 APR -7 P 2:55

CoSTAR REALTY INFORMATION, INC.,
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814,

and

CoSTAR GROUP, INC.
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814,

**Case No.: 8:08-CV-00663-AW**

                        Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP
2858 Via Bellota
San Clemente, CA 92673,

LAWSON VALUATION GROUP, INC.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263,

RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, TX 77069

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd., Suite 204
Houston, TX 77024-2813,

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653,

JOHN DOES 1-4
Addresses Currently Unknown,

                        Defendants.
_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James E. Armstrong, IV, am a member in good standing of the bar of this Court. My bar number is 14592. I am moving the admission of Simeon D. Brier to appear *pro hac vice* in this case as counsel for Defendant Lawson Valuation Group, Inc.

PMB 351890.1

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | | U.S. Court & Date of Admission | |
|---|---|---|---|
| State of Florida | 2001 | U.S. Court of Appeals, 11th Circuit | 2003 |
| District of Columbia | 2004 | Southern District of Florida | 2003 |
| | | Middle District of Florida | 2003 |
| | | Northern District of Florida | 2003 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or James E. Armstrong, IV, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

PMB 351890.1

April 7, 2008

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| James E. Armstrong, IV | Simeon D. Brier |
| Edwards Angell Palmer & Dodge LLP | Edwards Angell Palmer & Dodge LLP |
| 1875 Eye Street, NW | One North Clematis Street, Suite 400 |
| Washington, DC 20006 | West Palm Beach, Florida 33401 |
| Telephone: (202) 478-7370 | Telephone: (561) 833-7700 |
| Facsimile: (202) 478-7380 | Facsimile: (561) 655-8719 |
| E-mail: jarmstrong@eapdlaw.com | E-mail: sbrier@eapdlaw.com |

PMB 351890.1