UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 APR -7 P 2: 55

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.,<br>2 Bethesda Metro Center, 10th Floor<br>Bethesda, Maryland 20814,<br><br>and<br><br>CoSTAR GROUP, INC.<br>2 Bethesda Metro Center, 10th Floor<br>Bethesda, Maryland 20814,<br><br>          Plaintiffs,<br>v.<br><br>MARK FIELD D/B/A ALLIANCE<br>VALUATION GROUP<br>2858 Via Bellota<br>San Clemente, CA 92673,<br><br>LAWSON VALUATION GROUP, INC.<br>8895 N. Military Trail, Suite 304E<br>Palm Beach Gardens, FL 33410-6263,<br><br>RUSS A. GRESSETT<br>5625 FM 1960 West, Suite 509<br>Houston, TX 77069<br><br>GERALD A. TEEL COMPANY, INC.<br>974 Campbell Rd., Suite 204<br>Houston, TX 77024-2813,<br><br>PATHFINDER MORTGAGE COMPANY<br>23172 Plaza Pointe Dr., Suite 285<br>Laguna Hills, CA 92653,<br><br>JOHN DOES 1-4<br>Addresses Currently Unknown,<br><br>          Defendants.<br>_____/ | **Case No.: 8:08-CV-00663-AW** |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James E. Armstrong, IV, am a member in good standing of the bar of this Court. My bar number is 14592. I am moving the admission of Gary A. Woodfield to appear *pro hac vice* in this case as counsel for Defendant Lawson Valuation Group, Inc.

PMB 351849.1

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   | State Court & Date of Admission | U.S. Court & Date of Admission |
   |---|---|
   | State of New York 1973 | Eastern District of New York 1973 |
   | State of Florida 1986 | U.S. Court of Appeals, 2nd Circuit 1974 |
   | | U.S. Supreme Court 1977 |
   | | Sourthern District of Florida 1987 |
   | | U.S. Court of Appeals, 11th Circuit 1987 |
   | | Middle District of Florida 1988 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or James E. Armstrong, IV, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Dated: April 4, 2008

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| James E. Armstrong, IV | Gary A. Woodfield |
| Edwards Angell Palmer & Dodge LLP | Edwards Angell Palmer & Dodge LLP |
| 1875 Eye Street, NW | One North Clematis Street, Suite 400 |
| Washington, DC 20006 | West Palm Beach, Florida 33401 |
| Telephone: (202) 478-7370 | Telephone: (561) 833-7700 |
| Facsimile: (202) 478-7380 | Facsimile: (561) 655-8719 |
| E-mail: jarmstrong@eapdlaw.com | E-mail: gwoodfield@eapdlaw.com |