IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION,
INC.,
22 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814

and

CoSTAR GROUP, INC.
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814

       Plaintiffs,

v.                                  CIVIL ACTION NO. AW-08-663

Mark Field d/b/a Alliance
Valuation Group
2858 Via Bellota
San Clemente, CA 92673,

LAWSON VALUATION GROUP, INC.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263,

RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, Texas 77069,

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd., Suite 204
Houston, Texas 77024-2813, and

JOHN DOES 1-5
Addresses Currently Unknown

       Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

    I, Steven M. Schneebaum, am a member in good standing of the bar of this Court. My bar number is 04160. I am moving the admission of Pamela Ferguson, Esq., to appear *pro hac vice* in this case as counsel for Russ A. Gressett.

I certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

**State Court & Date of Admission**
Texas 11/2/07

**U.S. Court & Date of Admission**
Southern District of Texas 2/7/08

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $50.00 fee for admission pro hoc vice precedes this motion.

Respectfully submitted,

_____
Steven M. Schneebaum
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Telephone: 202-530-8544
Facsimile: 202-261-2665
schneebaums@gtlaw.com

_____
Pamela A. Ferguson
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: 713/374-3500
Facsimile: 713/374-3505
fergusonp@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served, pursuant to FED. R. CIV. P. 5, a copy of the within and foregoing via transmission of Notices of Electronic Filing generated by CM/ECF.

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 2004
Facsimile: 202-628-5116

This 14 day of April, 2008.

Steven M. Schneebaum