IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC., <br> 22 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814 <br><br> and <br><br> CoSTAR GROUP, INC. <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814 <br><br>       Plaintiffs, <br><br> v. <br><br> Mark Field d/b/a Alliance <br> Valuation Group <br> 2858 Via Bellota <br> San Clemente, California 92673, <br><br> LAWSON VALUATION GROUP, INC. <br> 8895 N. Military Trail, Suite 304E <br> Palm Beach Gardens, Florida 33410-6263, <br><br> RUSS A. GRESSETT <br> 5625 FM 1960 West, Suite 509 <br> Houston, Texas 77069, <br><br> GERALD A. TEEL COMPANY, INC. <br> 974 Campbell Rd., Suite 204 <br> Houston, Texas 77024-2813, and <br><br> PATHFINDER MORTGAGE COMPANY <br> 23172 Plaza Point Dr., Suite 285 <br> Laguna Hills, California 92653, <br><br> and <br><br> JOHN DOES 1-4 <br> Addresses Currently Unknown <br><br>       Defendants. | CIVIL ACTION NO. <u>AW -08-663</u> |

Dockets.Justia.com

## DEFENDANT RUSS A. GRESSETT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Russ A. Gressett ("Gressett" or "Defendant"), by and through his undersigned counsel, and pursuant to FED. R. CIV. P. 6(b) and Local Rule 105(9), hereby files this instant Unopposed Motion for Enlargement of Time, and in support thereof, states as follows:

1. On or about March 13, 2008, Plaintiff commenced this action against, amongst others, Gressett.

2. Gressett was served with the Complaint on or about March 24, 2008. As such, Gressett's response to the Complaint was due April 14, 2008.

3. On or about April 3, 2008, Plaintiff served an Amended Complaint adding a Defendant to this action.

4. Gressett's response to the Amended Complaint was due April 14, 2008.

5. Gressett has recently retained the undersigned counsel to represent it in this matter.

6. As a result of the complexity of the claims asserted in Plaintiff's Amended Complaint, Gressett requests an additional eighteen (18) days to file its response to the Amended Complaint.

7. Plaintiff will not be prejudiced by the relief sought herein. Conversely, if the relief sought herein is not granted, Gressett will be substantially prejudiced in that he and his counsel will be unable to adequately prepare a response to the Amended Complaint.

8. Gressett has not previously sought an extension of time from this Court and the instant request is made in good faith and not for the purpose of delay.

9. On April 14, 2008, Pamela Ferguson of the undersigned law firm conferred with Plaintiff's counsel regarding the relief sought herein. Plaintiff's counsel agreed to an extension through and including May 2, 2008.

10. Gressett's proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendant, Gressett respectfully requests that this Court enter an Order granting it an additional eighteen (18) days to file its response to the above referenced Amended Complaint, and awarding Gressett such further relief as is necessary, just and proper.

Respectfully Submitted,

GREENBERG TRAURIG, L.L.P.

By: /s/ Steven M. Schneebaum
Steven M. Schneebaum
U.S.D.C. Md. Bar # 04160
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Telephone: 202-530-8544
Facsimile: 202-261-2665

OF COUNSEL:

**GREENBERG TRAURIG, L.L.P.**
Mary-Olga Lovett
Pamela A. Ferguson
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505
**ATTORNEYS FOR DEFENDANT
RUSS A. GRESSETT**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served, pursuant to FED. R. CIV. P. 5, a copy of the foregoing on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>Shari Ross Lahlou
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 2004
>Facsimile: 202-628-5116
>
>James E. Armstrong, IV
>1875 Eye Street, NW
>Washington, DC 20006
>Facsimile: 202-478-7380

This ____ day of April, 2008.

_____
Steven M. Schneebaum