## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

|  |  |
|---|---|
| CoSTAR REALTY INFORMATION, INC., *et al.,*<br><br>*Plaintiff*s<br><br>v.<br><br>MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.,*<br><br>*Defendants.* | Case No. 8:08-cv-00663 |

## LR 103.6.c COPY OF FIRST AMENDED COMPLAINT WITH MARKED CHANGES

Pursuant to Local Rule 103.6.c, Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. respectfully submit the attached copy of the First Amended Complaint with marked changes.

Respectfully submitted,

Dated:   April 16, 2008          By:   /s/

Shari Ross Lahlou (Bar No. 16570)
Sanya Sarich (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
           ssarich@crowell.com

*Attorneys for Plaintiffs*
*CoStar Realty Information, Inc.,*
*and CoStar Group, Inc.*

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document, with attachment, was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 16, 2008:

MARY-OLGA LOVETT
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 7700
Direct (Lovett): 713.374.3541
T 713.374.3500
F 713.374.3505
lovettm@gtlaw.com
*Attorneys for Russ A. Gressett*

GARY A. WOODFIELD
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd.
Suite 1150
Fort Lauderdale, FL 33301
Tel 954.667.6140
Fax 954.727.2601
gwoodfield@eapdlaw.com
*Attorneys for Lawson Valuation Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5(a) was made, and that a true copy of the foregoing document, with attachment, was sent to the following via overnight FedEx on April 16, 2008:

R. WAYNE PIERCE
The Pierce Law Firm, LLC
133 Defense Highway
Suite 106
Annapolis, MD 21401-7015

Tel 410.573.9959
Fax 410.573.9956
wpierce@adventurelaw.com
*Attorney for Mark Field d/b/a Alliance Valuation Group*

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd, Suite 204
Houston, TX 77024-2813

Respectfully submitted,

Dated: April 16, 2008        By:    /s/

Shari Ross Lahlou (Bar No. 16570)
Sanya Sarich (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
        ssarich@crowell.com

*Attorneys for Plaintiffs
CoStar Realty Information, Inc.,
and CoStar Group, Inc.*