**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC., *et al.*, <br><br> *Plaintiff*s <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.,* <br><br> *Defendants*. | Case No. 8:08-cv-00663 |

## NOTICE OF APPEARANCE

Please enter the appearance of William J. Sauers (Bar No. 17355) of Crowell & Moring LLP in the above-captioned case as counsel for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.

Dated:   April 16, 2008            By:    /s/
                                                  Shari Ross Lahlou (Bar No. 16570)
                                                  William J. Sauers (Bar No. 17355)
                                                  Sanya Sarich (admitted *pro hac vice*)
                                                  CROWELL & MORING LLP
                                                  1001 Pennsylvania Avenue, NW
                                                  Washington, D.C.  20004-2595
                                                  Telephone:  (202) 624-2500
                                                  Facsimile:  (202) 628-5116
                                                  Email: slahlou@crowell.com
                                                             wsauers@crowell.com
                                                             ssarich@crowell.com

                                                  *Attorneys for Plaintiffs*
                                                  *CoStar Realty Information, Inc.,*
                                                  *and CoStar Group, Inc*.

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 16, 2008:

MARY-OLGA LOVETT
PAMELA FERGUSON
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 7700
Direct (Lovett): 713.374.3541
T 713.374.3500
F 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com
*Attorneys for Russ A. Gressett*

GARY A. WOODFIELD
SIMEON BRIER
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd.
Suite 1150
Fort Lauderdale, FL 33301
Tel 954.667.6140
Fax 954.727.2601
gwoodfield@eapdlaw.com
sbrier@eapdlaw.com
*Attorneys for Lawson Valuation Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was sent to the following via overnight FedEx on April 16, 2008:

R. WAYNE PIERCE
The Pierce Law Firm, LLC
133 Defense Highway

Suite 106
Annapolis, MD 21401-7015
Tel 410.573.9959
Fax 410.573.9956
wpierce@adventurelaw.com
*Attorney for Mark Field d/b/a Alliance Valuation Group*

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd, Suite 204
Houston, TX 77024-2813

                                                Respectfully submitted,

Dated:   April 16, 2008      By:   /s/
                                                Shari Ross Lahlou (Bar No. 16570)
                                               William J. Sauers (Bar No. 17355)
                                               Sanya Sarich (admitted *pro hac vice*)
                                               CROWELL & MORING LLP
                                               1001 Pennsylvania Avenue, NW
                                               Washington, D.C. 20004-2595
                                               Telephone: (202) 624-2500
                                               Facsimile: (202) 628-5116
                                               Email: slahlou@crowell.com
                                                               wsauers@crowell.com
                                                               ssarich@crowell.com

                                               *Attorneys for Plaintiffs*
                                               *CoStar Realty Information, Inc.,*
                                               *and CoStar Group, Inc*.