AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

**SUMMONS IN A CIVIL CASE**

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.; and
JOHN DOES (1-5)

CASE AW-08-663

TO: (Name and address of Defendant)

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP
2858 Via Bellota
San Clemente, CA 92673

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon        03/13/2008
CLERK                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/22/08 At 7:10Am |
| NAME OF SERVER (PRINT) Carlos Canas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where  2858 Via Bellota, San Clemente, CA 92673

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were  _____

G  Returned  _____

_____
_____

G  Other (specify):  _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  3/25/08
            Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

\*  Civil Cover Sheet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 16, 2008:

MARY-OLGA LOVETT
PAMELA FERGUSON
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 7700
Direct (Lovett): 713.374.3541
T 713.374.3500
F 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com
*Attorneys for Russ A. Gressett*

GARY A. WOODFIELD
SIMEON BRIER
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd.
Suite 1150
Fort Lauderdale, FL 33301
Tel 954.667.6140
Fax 954.727.2601
gwoodfield@eapdlaw.com
sbrier@eapdlaw.com
*Attorneys for Lawson Valuation Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was sent to the following via overnight FedEx on April 16, 2008:

R. WAYNE PIERCE
The Pierce Law Firm, LLC

133 Defense Highway
Suite 106
Annapolis, MD 21401-7015
Tel 410.573.9959
Fax 410.573.9956
wpierce@adventurelaw.com
*Attorney for Mark Field d/b/a Alliance Valuation Group*

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd, Suite 204
Houston, TX 77024-2813

                                                  Respectfully submitted,

Dated:   April 16, 2008      By:   /s/
                                                 Shari Ross Lahlou (Bar No. 16570)
                                               William J. Sauers (Bar No. 17355)
                                               Sanya Sarich (admitted *pro hac vice*)
                                               CROWELL & MORING LLP
                                               1001 Pennsylvania Avenue, NW
                                               Washington, D.C. 20004-2595
                                               Telephone: (202) 624-2500
                                               Facsimile: (202) 628-5116
                                               Email: slahlou@crowell.com
                                                          wsauers@crowell.com
                                                          ssarich@crowell.com

                                               *Attorneys for Plaintiffs*
                                               *CoStar Realty Information, Inc.,*
                                               *and CoStar Group, Inc.*