AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC., and
CoSTAR GROUP, INC.

V.

MARK FIELD D/B/A/ ALLIANCE VALUATION GROUP;
LAWSON VALUATION GROUP, INC.;
RUSS A. GRESSETT;
GERALD A. TEEL COMPANY, INC.; and
JOHN DOES (1-5)

**SUMMONS IN A CIVIL CASE**

CASE AW-08-663

TO: (Name and address of Defendant)

RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, TX 77069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon          03/13/2008
CLERK                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 03-24-08 @ 2:43 pm |
| NAME OF SERVER (PRINT) Michelle Vasquez | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where  5625 FM 1960 West, Suite 509, Houston, TX 77069

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

G  Returned _____

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  03-24-08
Date        Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

\*  Civil Cover Sheet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 16, 2008:

MARY-OLGA LOVETT
PAMELA FERGUSON
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 7700
Direct (Lovett): 713.374.3541
T 713.374.3500
F 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com
*Attorneys for Russ A. Gressett*

GARY A. WOODFIELD
SIMEON BRIER
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd.
Suite 1150
Fort Lauderdale, FL 33301
Tel 954.667.6140
Fax 954.727.2601
gwoodfield@eapdlaw.com
sbrier@eapdlaw.com
*Attorneys for Lawson Valuation Group, Inc.*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was sent to the following via overnight FedEx on April 16, 2008:

R. WAYNE PIERCE
The Pierce Law Firm, LLC

133 Defense Highway
Suite 106
Annapolis, MD 21401-7015
Tel 410.573.9959
Fax 410.573.9956
wpierce@adventurelaw.com
*Attorney for Mark Field d/b/a Alliance Valuation Group*

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd, Suite 204
Houston, TX 77024-2813

Respectfully submitted,

Dated: April 16, 2008     By:  /s/
                              Shari Ross Lahlou (Bar No. 16570)
                              William J. Sauers (Bar No. 17355)
                              Sanya Sarich (admitted *pro hac vice*)
                              CROWELL & MORING LLP
                              1001 Pennsylvania Avenue, NW
                              Washington, D.C. 20004-2595
                              Telephone: (202) 624-2500
                              Facsimile: (202) 628-5116
                              Email: slahlou@crowell.com
                                     wsauers@crowell.com
                                     ssarich@crowell.com

                              *Attorneys for Plaintiffs*
                              *CoStar Realty Information, Inc.,*
                              *and CoStar Group, Inc.*