# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoStar Realty Information, Inc., *et al.*      Plaintiffs | * |
| | * |
| vs. | |
| | *   Civil Case No. 8:08-cv-00663-AW |
| Mark Field d/b/a Alliance Valuation Group, *et al.*      Defendants | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT MARK FIELD'S NOTICE OF DISCLOSURE

Pursuant to Local Rule 103.3, defendant Mark Field d/b/a Alliance Valuation Group discloses he is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest in the outcome of this litigation.

                                                        /s/

R. Wayne Pierce, Esquire
Federal Bar No. 7999
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, Maryland 21401-7015
Direct: 410-573-9959
Fax:    410-573-9956
E-mail: wpierce@adventurelaw.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 21, 2008,** a copy of the foregoing **Notice of Disclosure of Mark Field** was served through the Court's electronic notification service to:

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:  202-624-2500
Fax:  202-628-5116
E-Mail:  slahlou@crowell.com
**Attorney for Plaintiffs**

William Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:  202-624-2746
Fax:  202-628-8844
E-Mail:  wsauers@crowell.com
**Attorney for Plaintiffs**

Sanya Sarich
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:  202-624-2500
Fax:  202-628-5116
E-Mail:  ssarich@crowell.com
**Attorney for Plaintiffs**

Mary-Olga Lovett
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Phone:  713-374-3541
Fax:  713-374-3505
E-Mail:  lovettm@gtlaw.com
**Attorney for Co-Defendant Russ A. Gressett**

Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Phone:  713-374-3500
Fax:  713-374-3505
E-Mail:  fergusonp@gtlaw.com
**Attorney for Co-Defendant Russ A. Gressett**

Gary A. Woodfield

Edwards Angell Palmer Dodge LLP
350 East Las Olas Boulevard
Ft. Lauderdale, FL 33301
Phone: 954-667-6140
Fax: 954-727-2601
E-Mail: gwoodfield@eapdlaw.com
**Attorney for Co-Defendant Lawson Valuation Group, Inc.**

Simeon Brier
Edwards Angell Palmer Dodge LLP
350 East Las Olas Boulevard
Ft. Lauderdale, FL 33301
Phone: 954-667-6140
Fax: 954-727-2601
E-Mail: sbrier@eapdlaw.com
**Attorney for Co-Defendant Lawson Valuation Group, Inc.**

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was sent to the following via pre-paid U.S. mail on April 21, 2008:

Pathfinder Mortgage Company
23172 Plaza Pointe Drive, Suite 285
Laguna Hills, CA 92653

Gerald A. Teel Company, Inc.
974 Campbell Road, Suite 204
Houston, TX 77024-2813

                                                  /s/
                                          R. Wayne Pierce