# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoStar Realty Information, Inc., *et al.* <br>     *Plaintiffs* <br><br> vs. <br><br> Mark Field d/b/a Alliance Valuation Group, *et al.* <br>     *Defendants* | * <br> * <br> *    Civil Case No. 8:08-cv-00663-AW <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT PATHFINDER'S NOTICE OF DISCLOSURE

Pursuant to Local Rule 103.3, defendant Pathfinder Mortgage Co. discloses that its proper name is Pathfinder Mortgage Corp. Further, it has a parent corporation, FG1, LLC, which in turn has a majority owner, Fulcra Group, Inc., and no corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest in the outcome of this litigation.

                                                                                  /s/

                                              R. Wayne Pierce, Esquire
                                              Federal Bar No. 7999
                                              The Pierce Law Firm, LLC
                                              133 Defense Highway, Suite 106
                                              Annapolis, Maryland 21401-7015
                                              Direct: 410-573-9959
                                              Fax:     410-573-9956
                                              E-mail: wpierce@adventurelaw.com
                                              **Attorney for Defendant**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 29, 2008,** a copy of the foregoing **Notice of Disclosure of Pathfinder Mortgage Co.** was served through the Court's electronic notification service to:

Shari Ross Lahlou
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-624-2500
Fax: 202-628-5116
E-Mail: slahlou@crowell.com
**Attorney for Plaintiffs**

William Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-624-2746
Fax: 202-628-8844
E-Mail: wsauers@crowell.com
**Attorney for Plaintiffs**

Sanya Sarich
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-624-2500
Fax: 202-628-5116
E-Mail: ssarich@crowell.com
**Attomey for Plaintiffs**

Mary-Olga Lovett
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Phone: 713-374-3541
Fax: 713-374-3505
E-Mail: lovettm@gtlaw.com
**Attorney for Co-Defendant Russ A. Gressett**

Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700

Phone: 713-374-3500
Fax: 713-374-3505
E-Mail: fergusonp@gtlaw.com
**Attorney for Co-Defendant Russ A. Gressett**

Gary A. Woodfield
Edwards Angell Palmer Dodge LLP
350 East Las Olas Boulevard
Ft. Lauderdale, FL 33301
Phone: 954-667-6140
Fax: 954-727-2601
E-Mail: gwoodfield@eapdlaw.com
**Attorney for Co-Defendant Lawson Valuation Group, Inc.**

Simeon Brier
Edwards Angell Palmer Dodge LLP
350 East Las Olas Boulevard
Ft. Lauderdale, FL 33301
Phone: 954-667-6140
Fax: 954-727-2601
E-Mail: sbrier@eapdlaw.com
**Attorney for Co-Defendant Lawson Valuation Group, Inc.**

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was sent to the following via pre-paid U.S. mail on April 29, 2008:

Gerald A. Teel Company, Inc.
974 Campbell Road, Suite 204
Houston, TX 77024-2813


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　R. Wayne Pierce