# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

COSTAR REALTY INFORMATION, INC., et anno,

        Plaintiffs,

v().

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, et al.

        Defendants.
_____/

**Case No.: 8:08-CV-00663-AW**

## DEFENDANT, LAWSON VALUATION GROUP, INC.'S NOTICE OF DISCLOSURE

Pursuant to Local Rule 103.3, Defendant, Lawson Valuation Group, Inc. ("Lawson"), by and through its undersigned counsel, hereby files its Notice of Disclosure. Lawson does not have a parent corporation or any affiliates, and there is no corporation, unincorporated association, partnership or other business entity, not a party to this case, which has a financial interest in the outcome of this litigation.

        **EDWARDS ANGELL PALMER & DODGE LLP**

        By:   /s/   Gary A. Woodfield
             **Gary A. Woodfield**
             Florida Bar No.: 563102
             **Simeon D. Brier**
             Florida Bar No.: 525782
             One North Clematis Street, Suite 400
             West Palm Beach, FL 33401
             Telephone: (561) 833-7700
             Facsimile: (561) 655-8719

             **James E. Armstrong, IV**
             U.S.D.C. of Maryland Bar No.: 14592
             1875 Eye Street, NW
             Washington, DC, 20006
             Telephone (202) 478-7370
             Fax 202.478.7380

*CoStar v. Mark Field, et al.*
Civil Case No. 8:08-cv-00663- AW
Lawson Valuation Group, Inc.'s Notice of Disclosure

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Gary A. Woodfield
Gary A. Woodfield

*CoStar v. Mark Field, et al.*
Civil Case No. 8:08-cv-00663- AW
Lawson Valuation Group, Inc.'s Notice of Disclosure

## SERVICE LIST

CoStar Realty Information, Inc., et al. v. Mar Field d/b/a Alliance Valuation Group, et al.
**Case No.: 8:08-CV-00663-AW**
United States District Court, District of Maryland (GreenBelt Division)

| | |
|---|---|
| **Shari Ross Lahlou**<br>slahlou@crowell.com<br>**Sanya Sarich**<br>ssarich@crowell.com<br>**William J Sauers**<br>wsauers@crowell.com<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 624-2500<br><br>*Attorneys for Plaintiffs' CoStar Realty Information, Inc. and CoStar Group, Inc.* | **R Wayne Pierce**<br>wpierce@adventurelaw.com<br>The Pierce Law Firm LLC<br>133 Defense Hwy Ste 106<br>Annapolis, MD 21401-7015<br>Telephone: (410) 573-9959<br>Fax: (410) 573-9956<br><br>*Attorneys for Defendant Mark Field doing business as Alliance Valuation Group and Pathfinder Mortgage Company* |
| **Mary Olga Lovett**<br>lovettm@gtlaw.com<br>**Pamela Anne Ferguson**<br>fergusonp@gtlaw.com<br>**Steven M Schneebaum**<br>schneebaums@gtlaw.com<br>Greenberg Traurig LLP<br>1000 Louisiana St Ste 1800<br>Houston, TX 77002<br>Telephone: (713) 374-3500<br>Fax: (713) 374-3505<br><br>*Attorneys for Defendant Russ A. Gressett* | |