# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## PLAINTIFFS' LR 105.6 REQUEST FOR A HEARING
## ON DEFENDANTS LAWSON VALUATION GROUP'S AND
## RUSS GRESSETT'S MOTIONS TO DISMISS

Plaintiffs CoStar Realty Information and CoStar Group, Inc. (collectively, "CoStar"), by their attorneys, request a hearing on Defendant Russ Gressett's Motion to Dismiss (D.E. 32) and Defendant Lawson Valuation Group, Inc.'s Motion to Dismiss and for Transfer of Venue (D.E. 30) under Local Rule 105.6.

Dated: May 19, 2008

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Email: slahlou@crowell.com
wsauers@crowell.com
ssarich@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on May 19, 2008:

Simeon Brier
Gary A. Woodfield
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd.
Suite 1150
Fort Lauderdale, FL 33301
Telephone: 954.667.6140
Facsimile: 954.727.2601
sbrier@eapdlaw.com
gwoodfield@eapdlaw.com

*Attorneys for Defendant Lawson Valuation Group*


R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway
Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
wpierce@adventurelaw.com

*Attorney for Defendants Mark Field d/b/a Alliance Valuation Group and Pathfinder Mortgage Company*

Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 7700
Telephone: 713.374.3500
Facsimile: 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com

*Attorneys for Defendant Russ A. Gressett*

      I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via overnight FedEx on May 19, 2008:

Gerald A. Teel Co., Inc.
974 Campbell Rd.
Suite 204
Houston, TX 77069

                              /s/
                  Sanya Sarich (admitted *pro hac vice*)
                  CROWELL & MORING LLP
                  1001 Pennsylvania Avenue, NW
                  Washington, D.C. 20004-2595
                  Telephone: (202) 624-2500
                  Facsimile: (202) 628-5116
                  Email: ssarich@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*