IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COSTAR REALTY INFORMATION, )
INC., et al., )
)
    Plaintiffs, )  Civil Action No. 08-CV-663-AW
)
    v. )  Filed May 28, 2008
)
MARK FIELD d/b/a ALLIANCE )
VALUATION GROUP, et al. )
)
    Defendants. )
)

## FINAL ORDER AND JUDGMENT

Pursuant to the stipulation of Plaintiffs and Defendant GERALD A. TEEL CO., INC., it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. (collectively, "CoStar") are the owners of the registered copyrights in a number of photographs, some of which are identified in Exhibit A to the First Amended Complaint. Defendant Gerald A. Teel Co., Inc. admits that these copyrights are valid and were infringed by its unauthorized reproduction and display of such photographs through its unlicensed use of CoStar's password-protected online services.

2. Defendant Gerald A. Teel Co., Inc. admits that its use of CoStar services for which it has not obtained a valid license is a violation of the Terms of Use of CoStar's Web site.

3. Defendant Gerald A. Teel Co., Inc. and its officers, agents, servants, employees, and any other person in active concert or participation with them, who

receive actual notice of this order by personal service or otherwise, are hereby immediately and permanently restrained and enjoined from:

    a.    Making unauthorized reproductions or displays of CoStar's copyrighted photographs by means of unlicensed use of CoStar's password-protected online services.

    b.    Making use of CoStar password-protected online services for which it has not obtained a valid license agreement from CoStar.

4.    This Court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement and resolving any disputes relating thereto.

IT IS SO ORDERED.

                                                                           United States District Judge

Stipulated and Agreed To:

_____
*Counsel for Plaintiffs CoStar Realty Information, Inc.*
*and CoStar Group, Inc.*

_____
*Gerald A. Teel, President, Gerald A. Teel Co., Inc., pro se*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on May 28, 2008:

Simeon Brier
Gary A. Woodfield
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd.
Suite 1150
Fort Lauderdale, FL 33301
sbrier@eapdlaw.com
gwoodfield@eapdlaw.com

*Attorneys for Defendant Lawson Valuation Group*


R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway
Suite 106
Annapolis, MD 21401-7015
wpierce@adventurelaw.com

*Attorney for Defendants Mark Field d/b/a Alliance Valuation Group and Pathfinder Mortgage Company*


Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 7700
lovettm@gtlaw.com
fergusonp@gtlaw.com

*Attorneys for Defendant Russ A. Gressett*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the foregoing document was sent to the following via overnight FedEx on May 28, 2008:

Gerald A. Teel Co., Inc.
974 Campbell Rd.
Suite 204
Houston, TX 77069

                                                  /s/
Sanya Sarich (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: ssarich@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*