IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.,
22 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814

and

CoSTAR GROUP, INC.
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814

   Plaintiffs,

v.                 CIVIL ACTION NO. AW-08-663

Mark Field d/b/a Alliance
Valuation Group
2858 Via Bellota
San Clemente, California 92673,

LAWSON VALUATION GROUP, INC.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, Florida 33410-6263,

RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, Texas 77069,

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd., Suite 204
Houston, Texas 77024-2813, and

PATHFINDER MORTGAGE COMPANY
23172 Plaza Point Dr., Suite 285
Laguna Hills, California 92653,

and

JOHN DOES 1-4
Addresses Currently Unknown

   Defendants.

**DEFENDANT, RUSS A. GRESSETT'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant Russ A. Gressett's Unopposed Motion For Enlargement Of Time

1

Defendant, Russ A. Gressett ("Gressett"), by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and applicable Local Rules, hereby files this instant unopposed Motion for Enlargement of Time to file its Reply to Plaintiffs' Response in Opposition to Gressett's Motion to Dismiss Amended Complaint, and in support thereof, states as follows:

1. On or about March 13, 2008, Plaintiff commenced this action against, amongst others, Gresset.

2. Gressett was served with the Complaint on or about March 24, 2008. As such, Gressett's response to the complaint was due April 14, 2008.

3. On or about April 3, 2008, Plaintiff served an Amended Complaint adding a Defendant to this action.

4. Gressett filed a Motion to Dismiss for Lack of Jurisdiction Motion to Dismiss and Motion to Transfer Case on May 1, 2008.

5. Plaintiffs' Response in Opposition to Gressett's Motion was filed on May 19, 2008.

6. Accordingly, Gressett's Reply to same is due on June 2, 2008.

7. As a result of the complexity of the issues raised in asserted in Plaintiffs' Opposition to Lawson's Motion to Dismiss and the unavailability of undersigned counsel, Gressett requests an extension of time until June 16, 2008, to file its Reply to same.

8. Plaintiff will not be prejudiced by the relief sought herein. Conversely, if the relief sought herein is not granted, Gressett will be substantially prejudiced in that they and their counsel will be unable to adequately prepare its Reply. The extension is being sought in good faith and not for the purposes of delay.

9. On June 2, 2008, Pamela Ferguson, of the undersigned law firm conferred with Plaintiff's counsel, William Sauers regarding the relief sought herein. Plaintiff's counsel agreed to an extension until June 16, 2008.

10. Gressett's proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendant Gressett respectfully requests that this Court enter an Order granting it an extension of time until June 16, 2008, to file its Reply to the above referenced opposition papers, and awarding Gressett such further relief as is necessary, just and proper.

Respectfully Submitted,

**GREENBERG TRAURIG, L.L.P.**

By: s/ Pamela A. Ferguson
Mary-Olga Lovett
Pamela A. Ferguson
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505

Steven M. Schneebaum
Maryland Bar No. 04160
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Telephone: 202-530-8544
Facsimile: 202-261-2665

**ATTORNEYS FOR DEFENDANT RUSS A. GRESSETT**

Defendant Russ A. Gressett's Unopposed Motion For Enlargement Of Time
3

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Pamela A. Ferguson<br>
Pamela A. Ferguson

# SERVICE LIST

**CoStar Realty Information, Inc., et al v. Mark Field d/b/a Alliance Valuation Group, et al.**
Case No. 8:08-CV-00663-AW
United States District Court, District of Maryland (Greenbelt Division)

**Shari Ross Lahlou**
Bar No. 16570
slahlou@crowell.com
**Sanya Sarich**
ssarich@crowell.com
**William J. Sauers**
*wsauers@crowell.com*
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 2004
Facsimile: 202-628-5116

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*

**James Elwood Armstrong, IV**
*jarmstrong@eapdlaw.com*

**Simeon D. Brier**
*sbrier@eapdlaw.com,*
*eruiz@ eapdlaw.com*

**R. Wayne Pierce**
*wpierce@adventurelaw.com*