# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.,
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814,

and

CoSTAR GROUP, INC.
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814,

**Case No. 8:08-CV-00663-AW**

           Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP
2858 Via Bellota
San Clemente, CA 92673,

LAWSON VALUATION GROUP, INC.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263,

RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, TX 77069

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd., Suite 204
Houston, TX 77024-2813,

PATHFINDER MORTGAGE COMPANY
23172 Plaza Pointe Dr., Suite 285
Laguna Hills, CA 92653,

JOHN DOES 1-4
Addresses Currently Unknown,

           Defendants.
_____/

## DEFENDANT, LAWSON VALUATION GROUP, INC.'S
## MOTION FOR ENLARGEMENT OF TIME

Defendant, Lawson Valuation Group, Inc. ("Lawson"), by and through its undersigned

counsel, and pursuant to Fed.R.Civ.P. 6(b) and applicable Local Rules, hereby files this instant

PMB 356630.1

*CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field, et al.*
Case No. 8:08-CV-00663-AW
Motion for Enlargement of Time

Motion for Enlargement of Time to file its Reply to Plaintiffs' Response in Opposition to Lawson's Motion to Dismiss Amended Complaint, and in support thereof, states as follows:

1. On or about March 13, 2008, Plaintiff commenced this action against, amongst others, Lawson.

2. Lawson was served with the Complaint on or about March 17, 2008. As such, Lawson's response to the Complaint was due April 7, 2008.

3. On or about April 3, 2008, Plaintiff served an Amended Complaint adding a Defendant to this action.

4. Lawson filed a Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss and Motion to Transfer Case on May 1, 2008.

5. Plaintiffs' Response in Opposition to Lawson's Motion to Dismiss was filed on May 19, 2008.

6. Pursuant to this Court's Order extending the time to file a Reply entered on May 30, 2008, Lawson's response is due June 16, 2008

7. Undersigned counsel has just undergone foot surgery, and has been unable to confer with Lawson in preparation for the Reply and to address the number of complexities raised by Plaintiffs' Response until just recently. Lawson thus respectfully requests a five-day extension of time until June 23, 2008, to file its Reply.

8. Plaintiff will not be prejudiced by the relief sought herein. Conversely, if the relief sought herein is not granted, Lawson will be substantially prejudiced in that they and their counsel will be unable to adequately prepare its Reply. The extension is being sought in good faith and not for the purposes of delay.

*CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field, et al.*
Case No. 8:08-CV-00663-AW
Motion for Enlargement of Time

9. Pursuant to this Court's local rules, on June 16, 2008 Simeon D. Brier, of the undersigned law firm, spoke with Plaintiffs' counsel, William Sauers by telephone. Mr. Sauers advised that his client could not consent to the relief sought herein.

10. Lawson's proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendant, Lawson respectfully requests that this Court enter an Order granting it an extension of time until June 23, 2008, to file its Reply to the above referenced opposition papers, and awarding Lawson such further relief as is necessary, just and proper.

Respectfully submitted,

**EDWARDS ANGELL PALMER & DODGE LLP**

By: _s/ Gary A. Woodfield_
**James E. Armstrong, IV**
U.S.D.C. of Maryland Bar No. 14592
1875 Eye Street, NW
Washington, DC 20006
Telephone: (202) 478-7370
Facsimile: (202) 478-7380

**Gary A. Woodfield**
Fla. Bar No. 563102
gwoodfield@eapdlaw.com
**Simeon D. Brier**
Fla. Bar No. 525782
sbrier@eadplaw.com
One North Clematis Street
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719

*CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field, et al.*
Case No. 8:08-CV-00663-AW
Motion for Enlargement of Time

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/ Gary Woodfield
                                         Gary A. Woodfield

*CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field, et al.*
Case No. 8:08-CV-00663-AW
Motion for Enlargement of Time

## SERVICE LIST

CoStar Realty Information, Inc., et al. v. Mar Field d/b/a Alliance Valuation Group, et al.
**Case No. 8:08-CV-00663-AW**
United States District Court, District of Maryland (GreenBelt Division)

**Shari Ross Lahlou**
Bar No. 16570
slahlou@crowell.com
**Sanya Sarich**
ssarich@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 624-2500

*Attorneys for Plaintiffs CoStar Realty
Information, Inc. and CoStar Group, Inc.*