## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. AW-08-0663 |
| MARK FIELD, *et al.*, | * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Currently pending before the Court are Defendant Lawson Valuation Group, Inc.'s ("Lawson") Motion for Extension of Time to File its Reply to Plaintiffs' Response in Opposition to Lawson's Motion to Dismiss Amended Complaint (Doc. No. 42) and Defendant Russ A. Gressett's ("Gressett") Motion for Extension of Time to File its Reply to Plaintiffs' Response in Opposition to Gressett's Motion to Dismiss Amended Complaint (Doc. No. 44). Requesting an extension of time until June 23, 2008, Defendant Lawson submitted its reply brief on the requested date. Similarly, Defendant Gressett requested an extension of time until June 20, 2008, and, thus, submitted his reply on that date.

Having considered both Defendants' motions, any opposition thereto,[1] and finding their requests reasonable, IT IS this **25th day of June, 2008**, by the United States District Court for the

---

[1] Plaintiffs oppose both motions. While Plaintiffs have submitted their opposition in response to Defendant Lawson's Motion for Extension of Time, Plaintiffs have not yet filed their response to Defendant Gressett's Motion for Extension for Time: Plaintiffs' opposition in response to Gressett's motion is not due until July 7, 2008. Finding both requests reasonable, and considering the fact that the requested dates to extend the time for both Defendants to file their reply briefs have now passed, the Court will grant Defendant Gressett's motion without awaiting a response from Plaintiffs.

1

District of Maryland, hereby **ORDERED**:

1. That Defendant Lawson Valuation Group, Inc.'s Motion for Extension of Time to File its Reply (Doc. No. 42) BE, and the same hereby IS, **GRANTED**;

2. That the Court will accept Defendant Lawson's Reply, filed on June 23, 2008 (Doc. No. 46);

3. That Defendant Russ A. Gressett's Motion for Extension of Time to File its Reply to Plaintiffs' Response in Opposition to Gressett's Motion to Dismiss Amended Complaint (Doc. No. 44) BE, and the same hereby IS, **GRANTED**;

4. That the Court will accept Defendant Gressett's Reply, filed on June 20, 2008 (Doc. No. 45); AND

5. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

/s/
Alexander Williams, Jr.
United States District Judge