# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| CHAMBERS OF<br>ALEXANDER WILLIAMS, JR.<br><br>UNITED STATES DISTRICT JUDGE | 6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br><br>301/344-0637<br>fax: 301/344-0672 |

February 13, 2009

**MEMO TO COUNSEL RE**:     CoSTAR REALTY INFORMATION, INC., ET AL
                                                    v.
                                                    MARK FIELD, ET AL.
                                                    **(AW-08-663))**

Dear Counsel:

   The Court has set in a hearing on all pending motions in the above referenced matter for February 27, 2009 at 11:00 a.m. in courtroom, 4B. This will take place in the United States District Court for the District of Maryland, Southern Division. The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                    Sincerely,


                                                    _____/s/_____
                                                    Alexander Williams, Jr.
                                                    United States District Judge