IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

CoSTAR REALTY INFORMATION, INC.,
22 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814

and

CoSTAR GROUP, INC.
2 Bethesda Metro Center, 10th Floor
Bethesda, Maryland 20814

    Plaintiffs,

v.

Mark Field d/b/a Alliance
Valuation Group
2858 Via Bellota
San Clemente, California 92673,

LAWSON VALUATION GROUP, INC.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, Florida 33410-6263,

RUSS A. GRESSETT
5625 FM 1960 West, Suite 509
Houston, Texas 77069,

GERALD A. TEEL COMPANY, INC.
974 Campbell Rd., Suite 204
Houston, Texas 77024-2813, and

PATHFINDER MORTGAGE COMPANY
23172 Plaza Point Dr., Suite 285
Laguna Hills, California 92653,

and

JOHN DOES 1-5
Addresses Currently Unknown

    Defendants.

CIVIL ACTION NO. AW-08-663

HOU 406,596,676v1

## DEFENDANT RUSS A. GRESSETT'S NOTICE OF DISCLOSURE

Pursuant to Local Rule 103.3, defendant Russ A. Gressett ("Gressett"), by and through his undersigned counsel, hereby files his Notice of Disclosure. Gressett discloses that he is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest in the outcome of this litigation.

Respectfully submitted,

**GREENBERG TRAURIG, L.L.P.**

By: /s/ Pamela A. Ferguson
Mary-Olga Lovett
Texas Bar No. 00789289
Pamela A. Ferguson
Texas Bar No. 24059743
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505

Steven M. Schneebaum
U.S.D.C. of Maryland No. 04160
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
Telephone: 202-530-8544
Facsimile: 202-261-2665

**ATTORNEYS FOR DEFENDANT RUSS A. GRESSETT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon all counsel of record this 26th day of February, 2009, via the Court's CM/ECF system.

/s/Pamela A. Ferguson
Pamela A. Ferguson