THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-08-00663 |
| MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.*, | * | |
| Defendants. | * | |
|  | * | |

\*\*\*\*\*\*\*\*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, IT IS this **31st day of March, 2009,** by the United States District Court for the District of Maryland, hereby

**ORDERED:**

1. That Defendants' Motions to Dismiss for Lack of Personal Jurisdiction, and Improper Venue, and Motions to Dismiss Counts Five and Seven of the Complaint (Paper Nos. 30 & 32) BE and the same hereby ARE **denied;**

2. That Defendants' Motion to Dismiss Count Eight of the Complaint (Paper Nos. 30 & 32) BE and the same hereby IS **granted;**

3. That the Clerk of Court transmit a copy of the Memorandum Opinion and Order to all counsel of record.

/s/
Alexander Williams, Jr.
United States District Judge