IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

COSTAR REALTY INFORMATION and
COSTAR GROUP, INC.,

    Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, *et al*.

    Defendants.

Civil Action No. 8:08-CV-663-AW

## JOINT REPORT TO COURT

In accordance with this Court's Scheduling Order, counsel for Plaintiffs CoStar Realty Information Group, Inc., and CoStar Group, Inc. ("CoStar"), certify that they have conferred with counsel for Defendants Mark Field DBA Alliance Group ("Field"), Pathfinder Mortgage ("Pathfinder"), Russ A. Gressett ("Gressett") and Lawson Valuation Group ("Lawson") regarding the various issues set forth in the Scheduling Order, and now report as set forth below.

1. Early ADR:  CoStar and Lawson do not request early ADR in this matter.  Field, Pathfinder, and Gressett request early ADR.

2. Deposition Hours:  CoStar, Lawson and Gressett agree that 80 deposition hours are appropriate for this matter.  Field and Pathfinder believe that 25 deposition hours are appropriate.

3. Proceedings Before United States Magistrate Judge:  CoStar, Field, Pathfinder and Lawson do not consent to proceed before a United States Magistrate Judge, whereas

Gressett would so consent.

4. <u>ESI Conference</u>:  CoStar, Field, Pathfinder, Lawson, and Gressett have discussed the possible need for an ESI conference in this matter in accordance with the Court's proposed protocols.  At this time, it is the preference of all parties that an ESI conference be postponed until such time as both parties respond to written discovery, and both parties reserve the right to make demand for such a conference upon receipt and review of discovery responses.

Dated:  April 30, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   slahlou@crowell.com
            wsauers@crowell.com
            skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 30, 2009:

Simeon Brier
Gary A. Woodfield
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301
Telephone: 954.667.6140
Facsimile: 954.727.2601
sbrier@eapdlaw.com
gwoodfield@eapdlaw.com

*Attorneys for Defendant Lawson Valuation Group*

Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Telephone: 713.374.3500
Facsimile: 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com

*Attorneys for Defendant Russ A. Gressett*

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
wpierce@adventurelaw.com

*Attorney for Defendants Mark Field d/b/a Alliance Valuation Group and Pathfinder Mortgage Company*

        /s/
William Sauers Bar. No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*