# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.* <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2, defense counsel R. Wayne Pierce, Esquire, and The Pierce Law Firm, LLC, move for leave to withdraw their appearance as counsel for defendants Mark Field d/b/a Alliance Valuation Group. Counsel's certificate identifying Mr. Field's last known address and attesting to written notice to the client at least 5 days previously is attached. **Exhibit 1.** Mr. Field's consent is attached. **Exhibit 2.** Counsel for the co-defendants have indicated that they have no objection to this motion.

Dated: June 29, 2009

Respectfully submitted,

_____
R. Wayne Pierce, Esquire
Federal Bar No. 7999
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, Maryland 21401-7015
Direct: 410-573-9959

Fax: 410-573-9956
E-mail: wpierce@adventurelaw.com
***Attorney for Defendants Mark Field d/b/a Alliance Valuation Group and Pathfinder Mortgage Co.***

## CERTIFICATE OF SERVICE

A copy of the foregoing motion, certificate, and proposed order were served through the court's electronic notification service on June 29, 2009:

Simeon Brier
Gary A. Woodfield
Edwards Angell Palmer Dodge LLP
350 East Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301
Telephone: 954.667.6140
Facsimile: 954.727.2601
Email: sbrier@eapdlaw.com
gwoodfield@eapdlaw.com
*Attorneys for Defendant Lawson Valuation Group*

Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Telephone: 713.374.3500
Facsimile: 713.374.3505
Email: lovettm@gtlaw.com
fergusonp@gtlaw.com
*Attorneys for Defendant Russ A. Gressett*

Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email: slahlou@crowell.com
wsauers@crowell.com

[skerksiek@crowell.com](skerksiek@crowell.com)
*Attorneys for Plaintiffs CoStar Realty*
*Information, Inc., a Delaware Corporation,*
*and CoStar Group, Inc., a Delaware Corporation*

                                                                                             /s/ R. Wayne Pierce
                                                                                             R. Wayne Pierce, Esquire