IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.* <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## ORDER

Upon consideration of defense counsel's motion for leave to withdraw appearance, it is, this 1st day of July, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that the appearance of R. Wayne Pierce and The Pierce Law Firm, LLC, is hereby withdrawn as defense counsel for Mr. Mark Field d/b/a Alliance Valuation Group.

_____
Judge