UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.,
and
CoSTAR GROUP, INC.
          Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, LAWSON
VALUATION GROUP, INC., et al.

          Defendants.
_____/

Case No. 8:08-CV-00663-AW

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2, defense counsel, Edwards Angell Palmer & Dodge LLP, moves for leave to withdraw its appearance as counsel for Defendant, Lawson Valuation Group, Inc. Counsel's Certificate identifying Lawson Valuation Group, Inc.'s, last known address and attesting to written notice to client at least five (5) days previously is attached as Exhibit "A." Lawson Valuation Group, Inc., consent is attached as Exhibit "B." Counsel for co-defendants have indicated that they have no objection to this motion.

Dated July 15, 2009.

CoStar Realty Information, Inc. et al v. Mark Field, et al      Doc. 60

Respectfully submitted,

**EDWARDS ANGELL PALMER & DODGE LLP**

By:   /s/Simeon D. Brier
       Gary A. Woodfield
       Florida Bar No.: 563102
       Simeon D. Brier
       Florida Bar No.: 525782
       One North Clematis Street, Suite 400
       West Palm Beach, FL 33401
       Telephone: (561) 833-7700
       Facsimile: (561) 655-8719

*CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field, et al.*
Case No. 8:08-CV-00663-AW
Motion for Withdrawal as Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Simeon D. Brier
Simeon D. Brier

*CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field, et al.*
Case No. 8:08-CV-00663-AW
Motion for Withdrawal as Counsel

## SERVICE LIST

CoStar Realty Information, Inc., et al. v. Mar Field d/b/a Alliance Valuation Group, et al.
**Case No.: 8:08-CV-00663-AW**
United States District Court, District of Maryland (GreenBelt Division)

| | |
|---|---|
| **Shari Ross Lahlou**<br>slahlou@crowell.com<br>**Sanya Sarich**<br>ssarich@crowell.com<br>**William J Sauers**<br>wsauers@crowell.com<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 624-2500<br><br>*Attorneys for Plaintiffs' CoStar Realty Information, Inc. and CoStar Group, Inc.* | **R Wayne Pierce**<br>wpierce@adventurelaw.com<br>The Pierce Law Firm LLC<br>133 Defense Hwy Ste 106<br>Annapolis, MD 21401-7015<br>Telephone: (410) 573-9959<br>Fax: (410) 573-9956<br><br>*Attorneys for Defendant Mark Field doing business as Alliance Valuation Group and Pathfinder Mortgage Company* |
| **Mary Olga Lovett**<br>lovettm@gtlaw.com<br>**Pamela Anne Ferguson**<br>fergusonp@gtlaw.com<br>**Steven M Schneebaum**<br>schneebaums@gtlaw.com<br>Greenberg Traurig LLP<br>1000 Louisiana St Ste 1800<br>Houston, TX 77002<br>Telephone: (713) 374-3500<br>Fax: (713) 374-3505<br><br>*Attorneys for Defendant Russ A. Gressett* | |

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.,
and
CoSTAR GROUP, INC.
    Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, LAWSON
VALUATION GROUP, INC., et al.

    Defendants.

Case No. 8:08-CV-00663-AW

## CERTIFICATE

I, Simeon D. Brier, make the following certificate under oath:

1. I am over the age of 18 years.

2. I am competent to testify and have personal knowledge regarding the facts contained herein.

3. I am counsel for defendant Lawson Valuation Group, Inc.

4. The name and last known address for Lawson Valuation Group, Inc., is:

Lawson Valuation Group, Inc.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263

5. Written notice that our firm would be withdrawing its appearance was mailed and served via electronic mail upon Douglas Lawson, President of Lawson Valuation Group, Inc., on July 7, 2009. This was at least 5 days before filing of this motion. Mr. Lawson was urged to either retain new counsel to enter an appearance or to advise the court clerk that he would be proceeding without counsel.

Dated July 15, 2009.

PMB 380262.1

Respectfully submitted,

**EDWARDS ANGELL PALMER & DODGE LLP**

By: /s/Simeon D. Brier
    Gary A. Woodfield
    Florida Bar No.: 563102
    Simeon D. Brier
    Florida Bar No.: 525782
    One North Clematis Street, Suite 400
    West Palm Beach, FL 33401
    Telephone: (561) 833-7700
    Facsimile: (561) 655-8719

EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.,
and
CoSTAR GROUP, INC.
        Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, LAWSON
VALUATION GROUP, INC., et al.

        Defendants.

Case No. 8:08-CV-00663-AW

## CONSENT TO WITHDRAW

I, Douglas Lawson, President of Lawson Valuation Group, Inc., make the following certificate under oath:

1. I am over the age of 18 years.

2. I am competent to testify and have personal knowledge regarding the facts contained herein.

3. I am President of Lawson Valuation Group, Inc., a Defendant in this action.

4. I have been advised that my defense counsel, Edwards Angell Palmer & Dodge LLP, would like to withdraw its appearance on behalf of Lawson Valuation Group, Inc.

5. I, on behalf of Lawson Valuation Group, Inc., hereby consent to the firm's withdrawal as counsel.

6. I understand my responsibility to engage new counsel for my Lawson Valuation, Inc.

Dated July 9, 2009.

Respectfully submitted,

By: _____
Douglas Lawson, on behalf of
Lawson Valuation Group, Inc.

PMB 380261.1