# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk
Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

July 16, 2009

**Mary Olga Lovett**
Greenberg Traurig LLP
1000 Louisiana St Ste 1800
Houston , TX 77002

      Re:    Case No. AW-08-663

Dear Counsel/Party:

      Your Defendant Russ Gressett's Notice of Service of Expert Disclosures was filed electronically on July 15, 2009; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**

☐ Case caption and number do not match. Document should be refiled in case no.: _____.
☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**

☐ Discovery requests and responses should not be filed with the court.
☐ Notices of service of discovery requests and responses should not be filed with the court.
☒ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**

☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Other. _____
_____

      Very truly yours,
      /s/_____
      Edith Tate for
      Felicia C. Cannon, Clerk

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

Dockets.Justia.com