IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

**PLAINTIFFS COSTAR REALTY INFORMATION, INC. AND COSTAR GROUP INC.'S RESPONSE TO COUNSEL FOR DEFENDANT LAWSON VALUATION GROUP, INC.'S AMENDED MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. ("CoStar") hereby responds to counsel for Defendant Lawson Valuation Group, Inc.'s ("Lawson Valuation") Amended Motion for Leave to Withdraw Appearance.

CoStar does not object to request of counsel to withdraw from its representation of Lawson Valuation. Instead, CoStar responds only for the purpose of noting that, under Local Rule 101(1)(a), Lawson Valuation may not act without counsel in this lawsuit.

Local Rule 101(1)(a) provides that only individuals may represent themselves before the Court and that business entities such as Lawson Valuation Group must appear through counsel. *See* Local Rule 101(1)(a). Moreover, in the event that the Court eventually grants counsel for Lawson's motion, Lawson will be required to obtain new counsel within 30 days by Local Rule 101(2)(b). Local Rule 101(2)(b) states:

> In the event that within thirty days of the filing of the motion to withdraw, new counsel has not entered an appearance, the Court may take such action, if any, that it deems appropriate, including granting the motion to withdraw and dismissing any affirmative claim for relief asserted by the party and/or directing the party to show cause why a default should not be entered on claims asserted against it.

Local Rule 101(2)(b). As noted by Local Rule 101(2)(b), Lawson Valuation Group, Inc. will face serious consequences if it fails to obtain new counsel.

Accordingly, CoStar respectfully requests that if the Court grants counsel's motion, it also issue an Order (1) informing Lawson Valuation of its need to procure new counsel in compliance with the Local Rules; and (2) requiring Lawson Valuation to Show Cause no later than 30 days from July 16, 2009 why default judgment should not be entered against it if new counsel has not entered an appearance by that time.

Dated: July 16, 2009

William J. Sauers (Bar No. 17355)
Shari Ross Lahlou (Bar No. 16570)
Sanya Sarich Kerksiek (Bar No. 17636)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
slahlou@crowell.com
skerksiek@crowell.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2009, a true copy of the foregoing was served by electronic mail and ECF on:

| | |
|---|---|
| Simeon Brier | R. Wayne Pierce |
| Gary A. Woodfield | The Pierce Law Firm, LLC |
| Edwards Angell Palmer and Dodge LLP | 133 Defense Highway, Suite 106 |
| One N. Clematis St. Ste. 400 | Annapolis, MD 21401-7015 |
| West Palm Beach, FL 33401 | Telephone: 410.573.9959 |
| Telephone: 561.833.7700 | Facsimile: 410.573.9956 |
| Facsimile: 561.655.8719 | wpierce@adventurelaw.com |
| sbrier@eapdlaw.com | |
| gwoodfield@eapdlaw.com | *Attorney for Defendants and Pathfinder Mortgage Company* |

*Attorneys for Defendant Lawson Valuation Group*

Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Telephone: 713.374.3500
Facsimile: 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com

*Attorneys for Defendant Russ A. Gressett*

**I FURTHER CERTIFY** that on July 9, 2009, a true copy of the foregoing was sent by Federal Express and, if applicable, e-mail, to:

Mark Field
d/b/a Alliance Valuation Group
2858 Via Bellota
San Clemente, CA 92673
Mark.field@cox.net

And

Lawson Valuation Group
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263

*[signature]*

William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc..*