UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.,
and
CoSTAR GROUP, INC.
      Plaintiffs,
v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, LAWSON
VALUATION GROUP, INC., et al.

**Case No. 8:08-CV-00663-AW**

      Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant, LAWSON VALUATION GROUP, INC,. hereby files this notice that a Chapter 7 Bankruptcy petition was filed on its behalf in the U.S. Bankruptcy Court, Southern District of Florida on July 28, 2009 under Bankruptcy Court in case number: 09-25404-BKC-PGH. Pursuant to 11 U.S.C. 362, an automatic stay may be in effect, in which any pending proceedings may be stayed pursuant to the aforementioned statutory authority, subject to any exceptions set forth therein. The undersigned counsel has previously field a motion to withdraw as counsel for LAWSON VALUATION GROUP, INC., in this action. This pleading merely serves the limited purpose of advising the Court and parties below of the aforementioned bankruptcy proceeding. As a result of the stay, no further pleadings or papers will be filed by the undersigned in this action.

  Dated July 29, 2009.

Respectfully submitted,

**EDWARDS ANGELL PALMER & DODGE LLP**

By:   /s/Simeon D. Brier
      Gary A. Woodfield
      Florida Bar No.: 563102
      Simeon D. Brier
      Florida Bar No.: 525782
      One North Clematis Street, Suite 400
      West Palm Beach, FL 33401
      Telephone: (561) 833-7700
      Facsimile: (561) 655-8719

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Simeon D. Brier
      Simeon D. Brier

# SERVICE LIST

CoStar Realty Information, Inc., et al. v. Mar Field d/b/a Alliance Valuation Group, et al.
**Case No.: 8:08-CV-00663-AW**
United States District Court, District of Maryland (GreenBelt Division)

| | |
|---|---|
| **Shari Ross Lahlou**<br>slahlou@crowell.com<br>**Sanya Sarich**<br>ssarich@crowell.com<br>**William J Sauers**<br>wsauers@crowell.com<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 624-2500<br><br>*Attorneys for Plaintiffs' CoStar Realty Information, Inc. and CoStar Group, Inc.* | **R Wayne Pierce**<br>wpierce@adventurelaw.com<br>The Pierce Law Firm LLC<br>133 Defense Hwy Ste 106<br>Annapolis, MD 21401-7015<br>Telephone: (410) 573-9959<br>Fax: (410) 573-9956<br><br>*Attorneys for Defendant Mark Field doing business as Alliance Valuation Group and Pathfinder Mortgage Company* |
| **Mary Olga Lovett**<br>lovettm@gtlaw.com<br>**Pamela Anne Ferguson**<br>fergusonp@gtlaw.com<br>**Steven M Schneebaum**<br>schneebaums@gtlaw.com<br>Greenberg Traurig LLP<br>1000 Louisiana St Ste 1800<br>Houston, TX 77002<br>Telephone: (713) 374-3500<br>Fax: (713) 374-3505<br><br>*Attorneys for Defendant Russ A. Gressett* | |