#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND
#### GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

#### COSTAR'S MOTION TO COMPEL DEFENDANT PATHFINDER TO CONDUCT AN ADEQUATE SEARCH, PROPERLY PREPARE ITS RULE 30(B)(6) WITNESS, AND RESPOND TO DEPOSITION QUESTIONS

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(i), Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby move to compel Defendant Pathfinder Mortgage Company ("Pathfinder") to conduct an adequate search, properly prepare its Rule 30(b)(6) witness, and respond to deposition questions. Pathfinder failed to conduct anything approaching a reasonable investigation in preparing for its deposition in this matter, even though the information sought was within Pathfinder's possession, custody, or control. Pathfinder has provided no plausible explanation for its failure to adequately search for information responsive to CoStar's Rule 30(b)(6) deposition topics, and in some instances, has even admitted that responsive information likely exists, but that it simply never sought the information.

For these reasons, and for the reasons set forth in the accompanying memorandum of law, CoStar respectfully requests that the Court grant its motion and require Pathfinder to:

(1) contact Brad Christensen and request that he provide to Pathfinder any and all responsive documents and information to CoStar's discovery requests and deposition topics;

(2) conduct a search of Pathfinder's long-term storage for responsive documents that exist in both paper form and in electronic form;

(3) conduct a search for documents bearing the CoStar trademark;

(4) produce a corporate witness for deposition pursuant to Rule 30(b)(6) after Pathfinder has conducted an adequate investigation and after the corporate witness for Pathfinder has been properly educated, including but not limited to, by obtaining knowledge related to documents and information obtained by Pathfinder orally or otherwise from Mr. Christenson.

CoStar also respectfully requests that sanctions be awarded pursuant to Federal Rule of Civil Procedure 37 for CoStar's reasonable costs and fees for bringing this Motion.

Dated:  September 24, 2009            Respectfully submitted,

        _____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek Bar No. 17636
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   slahlou@crowell.com
        wsauers@crowell.com
        skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

## Local Rule 104.7 Certification

Pursuant to Local Rule 104.7, counsel for CoStar certifies that he has in good faith met and conferred with counsel for Pathfinder, but that no agreement regarding the issues related to this motion could be reached.   The conferences took place on August 12 by telephone, August 17, 2009 in person at the Pathfinder deposition, on September 21 and 22, 2009 by telephone, and by ongoing correspondence. The issues requiring resolution for the Court are listed above in the motion as numbers (1) through (4).

        _____/s/_____
William Sauers Bar. No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   wsauers@crowell.com
        skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document, with attachments, was served upon the attorneys of record for the following parties by electronically filing the document and attachments with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on September 24, 2009:

| | |
|---|---|
| Mary-Olga Lovett | R. Wayne Pierce |
| Pamela Ferguson | The Pierce Law Firm, LLC |
| Greenberg Traurig | 133 Defense Highway, Suite 106 |
| 1000 Louisiana Street, Suite 1800 | Annapolis, MD 21401-7015 |
| Houston, TX 7700 | Telephone: 410.573.9959 |
| Telephone: 713.374.3500 | Facsimile: 410.573.9956 |
| Facsimile: 713.374.3505 | wpierce@adventurelaw.com |
| lovettm@gtlaw.com | |
| fergusonp@gtlaw.com | *Attorney for Defendant Pathfinder Mortgage Company* |
| *Attorneys for Defendant Russ A. Gressett* | |

**I FURTHER CERTIFY** that on September 24, 2009, a true copy of the foregoing was sent by electronic and first class mail to the attorneys listed above and to:

Mark Field
Alliance Valuation Group
638 Camino De Los Maries, Suite H130A
San Clemente, CA 92673
mark.field@cox.net

and

Lawson Valuation Group, Inc.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263
lawsonmai@aol.com

Dated: September 24, 2009                                    Respectfully submitted,

          /s/
William Sauers Bar. No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*