IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## COSTAR'S NOTICE OF FILING OF DOCUMENT UNDER SEAL

Plaintiffs COSTAR REALTY INFORMATION, INC., a Delaware Corporation, and COSTAR GROUP, INC. (collectively "CoStar" or "Plaintiffs") hereby give notice that their Memorandum in Support of their Motion to Compel Defendant Pathfinder Mortgage Company to Conduct an Adequate Search, Properly Prepare Its Rule 30(B)(6) Witness, and Respond to Deposition Questions has been filed partially UNDER SEAL with the Clerk's Office pursuant to Local Rule 105.11 and Section II.B.16 of the Electronic Filing Requirements and Procedures for Civil Cases (January 1, 2008). This Notice is attached to a REDACTED VERSION of the Memorandum.

Dated:  September 24, 2009						Respectfully submitted,

	/s/
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   slahlou@crowell.com
           wsauers@crowell.com
           skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*