CoStar Realty Information, Inc. et al v. Mark Field, et al                                    Doc. 70 Att.

# EXHIBIT 2

Dockets.Justia.com

# Sauers, William

**From:** Sauers, William
**Sent:** Wednesday, August 12, 2009 5:36 PM
**To:** 'Wayne Pierce'
**Cc:** Kerksiek, Sanya
**Subject:** FW: CoStar v. Mark Field d/b/a Alliance Valuation Group, et al. 8:08-cv-663-AW - Protective Order

Dear Wayne,

Per our letter of August 5, our discussion this Monday, and my voice messages to you from yesterday and earlier today, I'm writing regarding (1) the deposition of Pathfinder scheduled for this Monday, August 17; and (2) Pathfinder's discovery responses and document production.

Regarding the deposition, as noted in the below e-mail, you had previously confirmed that the deposition would proceed on August 17 at our DC offices. However, during our call on Monday, you indicated that Pathfinder may not appear. Please confirm immediately that Pathfinder will appear for its deposition at our offices this coming Monday.

Regarding documents, you noted that you would check on various issues raised in our letter and during our call, including but not limited to, the status of contact with prior employees of Pathfinder regarding documents and information; the status of searching the documents in "storage" for responsive documents; and the name of the person associated with a missing folder of electronic documents. This list is not intended to mean that the other issues we discussed are no longer relevant. As you can appreciate, we need to have Pathfinder's responsive documents and any supplemental discovery responses in sufficient advance of Monday's deposition for preparation purposes, especially given that the discovery requests were served in mid June.

We look forward to your response.

Regards,

Bill