# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## **COSTAR'S NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Plaintiffs COSTAR REALTY INFORMATION, INC., a Delaware Corporation, and COSTAR GROUP, INC. (collectively "CoStar" or "Plaintiffs") hereby give notice that Exhibit 3 of their Motion to Compel Defendant Pathfinder Mortgage Company ("Pathfinder") to Conduct an Adequate Search, Properly Prepare Its Rule 30(B)(6) Witness, and Respond to Deposition Questions (D.E. ___) has been filed UNDER SEAL with the Clerk's Office pursuant to Local Rule 105.11 and Section II.B.16 of the Electronic Filing Requirements and Procedures for Civil Cases (January 1, 2008).

Dated: September 24, 2009					Respectfully submitted,


							_____/s/_____
							Shari Ross Lahlou, Bar. No. 16570
							William Sauers Bar. No. 17355
							Sanya Sarich Kerksiek (admitted *pro hac vice*)
							Crowell & Moring LLP
							1001 Pennsylvania Avenue, N.W.
							Washington, D.C. 20004
							Telephone (202) 624-2500
							Facsimile (202) 628-5116
							Email   slahlou@crowell.com
							           wsauers@crowell.com
							           skerksiek@crowell.com

							*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*