IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## COSTAR'S MOTION TO SEAL PORTIONS OF THE MEMORANDUM IN SUPPORT OF AND EXHIBIT 3 TO ITS MOTION TO COMPEL PATHFINDER

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. (collectively "CoStar") move this Court pursuant to Local Rule 105.11 and Section II.B.16 of the Electronic Filing Requirements and Procedures for Civil Cases (January 1, 2008) to file under seal portions of the Memorandum in support of and the entire Exhibit 3 to CoStar's Motion to Compel Defendant Pathfinder Mortgage Company ("Pathfinder") to Conduct an Adequate Search, Properly Prepare Its Rule 30(B)(6) Witness, and Respond to Deposition Questions and.  The memorandum contains quoted and paraphrased testimony from the deposition of Samuel Wu, Pathfinder's Rule 30(b)(6) witness.  Exhibit 3 contains excerpts of that deposition.  Pathfinder's counsel designated the deposition "CONFIDENTIAL" under the Protective Order entered in this case.  D.E. 69.  If deposition quotes, paraphrases, and excerpts were filed publicly, CoStar would risk disclosing information designated confidential by the defendant and

thereby violating the Protective Order. Any alternative to filing the deposition excerpts under seal would be insufficient to protect against the public disclosure of deposition transcript.

Dated: September 24, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email  slahlou@crowell.com
           wsauers@crowell.com
           skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on September 24, 2009:

Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Telephone: 713.374.3500
Facsimile: 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com

*Attorneys for Defendant Russ A. Gressett*

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
wpierce@adventurelaw.com

*Attorney for Defendant Pathfinder Mortgage Company*

**I FURTHER CERTIFY** that on September 24, 2009, a true copy of the foregoing was sent by electronic and first class mail to the attorneys listed above and to:

Mark Field
Alliance Valuation Group
638 Camino De Los Maries, Suite H130A
San Clemente, CA 92673
mark.field@cox.net

and

Lawson Valuation Group, Inc.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263
lawsonmai@aol.com

Dated:  September 24, 2009                    Respectfully submitted,


                                              _____/s/_____
                                              William Sauers Bar. No. 17355
                                              Crowell & Moring LLP
                                              1001 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20004
                                              Telephone (202) 624-2500
                                              Facsimile (202) 628-5116
                                              Email   wsauers@crowell.com

                                              *Attorneys for Plaintiffs CoStar Realty
                                              Information, Inc., a Delaware Corporation,
                                              and CoStar Group, Inc., a Delaware
                                              Corporation*