IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

**COSTAR'S MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFAULT
<u>SHOULD NOT BE ENTERED AGAINST DEFENDANT MARK FIELD</u>**

Pursuant to Rules 37(d) and 55(a) of the Federal Rule of Civil Procedure, Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby move for an Order to Show Cause Why Default Should Not Be Entered Against Defendant Mark Field d/b/a Alliance Valuation Group ("Alliance" or "Field"). Field has completely failed to participate in discovery in this case. He has not responded to one written discovery request and failed to appear for his properly noticed deposition. He has not responded to numerous letters, e-mails, and voicemails from CoStar's counsel informing him that if he does not participate in discovery, then sanctions could be entered against him, including but not limited to the entry of default judgment.

For those reasons, and for the reasons stated in the accompanying memorandum of law, CoStar respectfully requests that, at a minimum, the Court:

(a) Enter an Order to Show Cause Why Default Should Not Be Entered Against Mark Field d/b/a Alliance Valuation Group, specifically providing that, in the event Mark Field does not respond to the Order to Show Cause within fourteen (14) days, the Court will order the Clerk to enter default against him; and

(b) Award CoStar its attorneys' fees and costs associated with bringing this motion pursuant to Fed. R. Civ. P. 37(d)(3).


Dated: September 24, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar. No. 17355
Sanya Sarich Kerksiek, Bar No. 17636
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email  slahlou@crowell.com
       wsauers@crowell.com
       skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document, with attachments, was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on September 24, 2009:

| | |
|---|---|
| Mary-Olga Lovett<br>Pamela Ferguson<br>Greenberg Traurig<br>1000 Louisiana Street, Suite 1800<br>Houston, TX 7700<br>Telephone: 713.374.3500<br>Facsimile: 713.374.3505<br>lovettm@gtlaw.com<br>fergusonp@gtlaw.com<br><br>*Attorneys for Defendant Russ A. Gressett* | R. Wayne Pierce<br>The Pierce Law Firm, LLC<br>133 Defense Highway, Suite 106<br>Annapolis, MD 21401-7015<br>Telephone: 410.573.9959<br>Facsimile: 410.573.9956<br>wpierce@adventurelaw.com<br><br>*Attorney for Defendant Pathfinder Mortgage Company* |

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document, with attachments, was served upon the attorneys of record listed above and on the following parties by U.S. Mail and electronic mail on September 24, 2009:

| | |
|---|---|
| Mark Field<br>Alliance Valuation Group<br>638 Camino De Los Maries, Suite H130A<br>San Clemente, CA 92673<br>mark.field@cox.net<br><br>Pro se *defendant* | Lawson Valuation Group, Inc.<br>c/o Douglas Lawson<br>8895 N. Military Trail, Suite 304E<br>Palm Beach Gardens, FL 33410-6263<br>Lawsonmai@aol.com<br><br>Pro se *defendant* |

Dated: September 24, 2009

        /s/
William Sauers Bar. No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*