# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Case No. 8:08-cv-663-AW |

**PLAINTIFFS COSTAR REALTY INFORMATION, INC. AND COSTAR
GROUP INC.'S NOTICE OF DEPOSITION TO
MARK FIELD D/B/A ALLIANCE VALUATION GROUP
<u>PURSUANT TO RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. ("CoStar"), by their counsel, shall take the deposition upon oral examination of Mark Field, d/b/a Alliance Valuation Group, 2858 Via Bellota, San Clemente, CA 92673, at the offices of Crowell & Moring LLP, 1001 Pennsylvania Ave. NW, Washington, DC, on August 18, 2009, beginning on each day at 9:00 a.m., and continuing from time to time until completed. The deposition shall be taken before a duly certified court reporter authorized to administer oaths and shall be recorded by stenographic and videotape means.

Dated: June 30, 2009

William J. Sauers (Bar No. 17355)
Shari Ross Lahlou (Bar No. 16570)
Sanya Sarich Kerksiek (Bar No. 17636)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
slahlou@crowell.com
skerksiek@crowell.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2009, a true copy of the foregoing was sent by electronic mail and first class mail to:

| | |
|---|---|
| Simeon Brier<br>Gary A. Woodfield<br>Edwards Angell Palmer and Dodge LLP<br>One N Clematis St. Ste. 400<br>West Palm Beach, FL 33401<br>Telephone: 561.833.7700<br>Facsimile: 561.655.8719<br>sbrier@eapdlaw.com<br>gwoodfield@eapdlaw.com<br><br>*Attorneys for Defendant Lawson Valuation Group* | R. Wayne Pierce<br>The Pierce Law Firm, LLC<br>133 Defense Highway, Suite 106<br>Annapolis, MD 21401-7015<br>Telephone: 410.573.9959<br>Facsimile: 410.573.9956<br>wpierce@adventurelaw.com<br><br>*Attorney for Defendants Mark Field d/b/a Alliance Valuation Group and Pathfinder Mortgage Company* |
| Mary-Olga Lovett<br>Pamela Ferguson<br>Greenberg Traurig<br>1000 Louisiana Street, Suite 1800<br>Houston, TX 7700<br>Telephone: 713.374.3500<br>Facsimile: 713.374.3505<br>lovettm@gtlaw.com<br>fergusonp@gtlaw.com<br><br>*Attorneys for Defendant Russ A. Gressett* | |

William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc..*