# EXHIBIT 4


**Sanya Sarich Kerksiek**
202 624-2862
skerksiek@crowell.com

July 1, 2009

Mark Field
d/b/a Alliance Valuation Group
2858 Via Bellota
San Clemente, CA 92673

    Re: *CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field d/b/a Alliance Valuation Group, et al.,*
         Case No. 8:08-cv-663

Dear Mr. Field:

Enclosed are copies of the following documents:

- Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.'s Notice of Deposition to Mark Field d/b/a Alliance Valuation Group Pursuant to Rule 30 of the Federal Rules of Civil Procedure;

- CoStar Realty Information, Inc.'s First Set of Interrogatories to Defendant Mark Field d/b/a Alliance Valuation Group; and

- Plaintiff CoStar Realty Information, Inc.'s First Request for Production of Documents to Defendant Mark Field d/b/a Alliance Valuation Group.

Sincerely,

Sanya Sarich Kerksiek

Enclosures

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels