CoStar Realty Information, Inc. et al v. Mark Field, et al — Doc. 73 Att.

# EXHIBIT 5

Dockets.Justia.com



|  |  |  |  |
|---|---|---|---|
| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

September 24,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **797769600905**.

## Delivery Information:

| Status: | Delivered | Delivery location: | 638 CAMINO DE LOS MARES H130<br>SAN CLEMENTE, CA 92673 |
|---|---|---|---|
| Signed for by: | J.BERKINSHAW | Delivery date: | Jul 17, 2009 09:03 |
| Service type: | Priority Envelope | | |



## Shipping Information:

| Tracking number: | 797769600905 | Ship date: | Jul 16, 2009 |
|---|---|---|---|
| | | Weight: | 0.5 lbs. |

| Recipient: | Shipper: |
|---|---|
| Mr. Mark Field | Cathy Ryan |
| Alliance Valuation Group | Crowell & Moring LLP |
| 638 CAMINO DE LOS MARES STE H130A | 1001 Pennsylvania Avenue, NW |
| SAN CLEMENTE, CA 92673 US | Washington, DC 20004 US |
| **Reference** | 018977.0000011 |
| **Department number** | IP 018977.0000011 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339