CoStar Realty Information, Inc. et al v. Mark Field, et al                                                                Doc. 73 Att.

# EXHIBIT 6

Dockets.Justia.com

# Kerksiek, Sanya

| | |
|---|---|
| **From:** | Kerksiek, Sanya |
| **Sent:** | Tuesday, August 04, 2009 2:07 PM |
| **To:** | 'mark.field@cox.net' |
| **Cc:** | LovettM@gtlaw.com; 'FergusonP@gtlaw.com'; 'Wayne Pierce'; Sauers, William |
| **Subject:** | CoStar v. Mark Field, et al. |
| **Attachments:** | 2009.08.04 Ltr to Field.pdf; 2009.06.30 Notice_Deposition_Field.pdf; 1009.06.18 CoStar RFPs to Alliance.pdf; 2009.06.18 CoStar ROGs to Alliance.pdf; 8477623_Alliance - CoStar Draft Protective Order - Standard.DOC |

Mr. Field:

Please see the attached.

Sincerely,

Sanya Sarich Kerksiek
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2862
Facsimile: (202) 628-5116
Email: skerksiek@crowell.com

    

2009.08.04 Ltr to Field.pdf (2...    2009.06.30 otice_Deposition_F.    1009.06.18 CoStar RFPs to Alli...    2009.06.18 CoStar ROGs to Alli...    8477623_Alliance - CoStar Draf...



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

William J. Sauers
(202) 624-2746
wsauers@crowell.com

August 4, 2009

**VIA ELECTRONIC and U.S. REGISTERED MAIL**

Mark Field
Alliance Valuation Group
638 Camino De Los Maries, Suite H130A
San Clemente, CA 92673
mark.field@cox.net

Re: *CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field d/b/a Alliance Valuation Group, et al.*

Dear Mr. Field:

Please find enclosed the following requests for documents, interrogatories, and notice of your deposition:

- Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.'s Notice of Deposition to Mark Field d/b/a Alliance Valuation Group Pursuant to Rule 30 of the Federal Rules of Civil Procedure,

- CoStar Realty Information, Inc.'s First Set of Interrogatories to Defendant Mark Field d/b/a Alliance Valuation Group, and

- Plaintiff CoStar Realty Information, Inc.'s First Request for Production of Documents to Defendant Mark Field d/b/a Alliance Valuation Group.

The above-listed document requests and interrogatories were originally served on your former attorney Mr. Wayne Pierce on June 18, 2009, and the notice of deposition was served on Mr. Pierce on June 30, 2009. Mr. Pierce was still representing you as of those dates. In addition, all three of the documents were

forwarded directly to you at the above address on or about July 16, 2009.[1]

Your responses to the document requests and interrogatories were due on July 21, 2009. *See* Rules 33(b)(2), 34(b)(2)(A), and 6(d) of the Federal Rules of Civil Procedure. Your responses are now 14 days past due. We understand that you are now representing yourself *pro se*. **Nevertheless, failure to respond to these requests could result in sanctions or other adverse consequences, including an order imposing sanctions and/or attorneys' fees and costs, or the entry of default judgment against you.** *See* Rule 37 of the Federal Rules of Civil Procedure. Accordingly, if we do not receive responses to the document requests and interrogatories, including all documents responsive to our requests, by close of business on Friday, August 14, 2009, we will take whatever action is necessary to enforce CoStar's rights, including but not limited to filing a motion to compel and for sanctions with the Court.

The enclosed notice of deposition notifies you that your deposition is scheduled to take place on August 18, 2009, at 9:00 a.m. at the offices of Crowell & Moring LLP, 1001 Pennsylvania Ave. NW, Washington, DC. Please be advised that sanctions may also be imposed on you for your failure to appear at the deposition. *See* Rule 37 of the Federal Rules of Civil Procedure. If it is not convenient for you to appear in Washington, DC, we are open to discussing the possibility of taking your deposition in Orange County, California. Please contact us immediately to discuss this issue.

Last, we enclose a copy of the Confidentiality Order sent to you on July 15, 2009. This order has been agreed to by CoStar, Pathfinder, and Mr. Gressett. Please let us know if you agree to the order, and if so, return a signed copy to us together with your discovery responses. If you do not agree to the order, please let us know why.

Please feel free to contact me at any time to discuss these matters.

Sincerely,

William J. Sauers

---

[1] We originally forwarded these documents to you by Federal Express on July 1, 2009 at the following address: 2858 Via Bellotta, San Clemente, CA, 92673. However, the materials were returned to us, and we promptly re-sent them to you at what we believe is your current address.

August 4, 2009
Page 3

cc (via electronic mail):
    Sanya Sarich Kerksiek
    R. Wayne Pierce
    Mary-Olga Lovett
    Pamela Ferguson

cc (via United States mail):
    Lawson Valuation Group, Inc.
    c/o Douglas Lawson
    8895 N. Military Trail, Suite 304E
    Palm Beach Gardens, FL 33410-6263

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Field
Alliance Valuation Group
638 Camino De Los Mares, Suite H130A
San Clemente, CA 92673

2. Article Number
(Transfer from service label)    7008 2200 0005 2091 3542

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
  VIC IC

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail        ☐ Express Mail
   ☒ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes