CoStar Realty Information, Inc. et al v. Mark Field, et al                                                       Doc. 73 Att.

# EXHIBIT 7

Dockets.Justia.com

# Kerksiek, Sanya

| | |
|---|---|
| **From:** | Kerksiek, Sanya |
| **Sent:** | Tuesday, August 11, 2009 3:27 PM |
| **To:** | 'mark.field@cox.net' |
| **Cc:** | Sauers, William |
| **Subject:** | CoStar v. Mark Field et al. |

Dear Mr. Field:

We attempted to call you today at ▮▮▮▮▮▮▮ to follow up on our August 4 letter to you. However, your voicemail stated that the mailbox "belonging to Mark Field is full and cannot accept additional messages."

As we stated in our August 4 correspondence, your deposition is scheduled for August 18, 2009, at Crowell & Moring's Washington, D.C. offices, and responses to our discovery requests are overdue. We request that you indicate in writing whether you will attend your deposition and that you provide discovery responses immediately.

We note that discovery in this case closes on August 31, 2009. If we do not hear from you within a reasonable time period, we will have to choice but to involve the court.

Sincerely,

**Sanya Sarich Kerksiek**
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2862
Facsimile: (202) 628-5116
Email: skerksiek@crowell.com