# EXHIBIT 8

Dockets.Justia.com

| | |
|---|---|
| **From:** | Kerksiek, Sanya |
| **Sent:** | Monday, August 17, 2009 3:50 PM |
| **To:** | 'mark.field@cox.net' |
| **Cc:** | Sauers, William |
| **Subject:** | CoStar v. Mark Field, et al. |

Dear Mr. Field:

I am writing regarding the voicemail I left you a moment ago at ████████. I called to follow up on our August 4, 2009 correspondence to you regarding your outstanding discovery requests and your deposition noticed for tomorrow, August 18, 2009, at our Washington, D.C. offices (see address in signature block below).

As we informed you in the letter, your responses to CoStar's discovery requests were due on July 21, 2009. Your failure to respond to these requests could result in sanctions or other adverse consequences, including an order imposing sanctions and/or attorneys' fees and costs, or the entry of default judgment against you.

In addition, we would like to inform you that we intend to proceed with your deposition, and would like to know whether you intend to attend.

Please feel free to contact me or my colleague Bill Sauers (202.624.2746) to discuss these matters.

Sincerely,

**Sanya Sarich Kerksiek**
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2862
Facsimile: (202) 628-5116
Email: skerksiek@crowell.com