# EXHIBIT 9

Dockets.Justia.com

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

- - - - - - - - - - - - - - - -x

                        :

COSTAR REALTY INFORMATION    :

and COSTAR GROUP, INC.,      :

                        :

        Plaintiffs,     :

                        :

     vs.               : Civil Action No.

                        : 8:08-cv-663-AW

MARK FIELD d/b/a ALLIANCE   :

VALUATION GROUP, et al.,    :

                        :

        Defendants.     :

                        :

- - - - - - - - - - - - - - - -x

                    Washington, D.C.

            Tuesday, August 18, 2009

Proposed Videotaped Deposition of:

          MARK FIELD

called for oral examination by counsel for

Plaintiffs, pursuant to notice, at the law offices of

Crowell & Moring, 1001 Pennsylvania Avenue, Northwest,

Washington, D.C., before Denise M. Brunet, RPR, of

Capital Reporting Company, a Notary Public in and for

the District of Columbia, beginning at 9:07 a.m., when

were present on behalf of the respective parties:

```
 1              A P P E A R A N C E S

 2

 3   On behalf of the Plaintiffs:

 4        WILLIAM SAUERS, ESQUIRE

 5        Crowell & Moring, LLP

 6        1001 Pennsylvania Avenue, Northwest

 7        11th Floor

 8        Washington, D.C.  20004

 9        (202) 625-2500

10        wsauers@crowell.com

11

12   ALSO PRESENT:  Solomon Francis, Videographer

13

14

15

16

17

18

19

20

21

22
```

1                      C O N T E N T S

2

3    FIELD DEPOSITION EXHIBITS:   *                    PAGE

4    1     Plaintiffs CoStar Realty Information,       5

5          Inc. and CoStar Group, Inc.'s Notice of

6          Deposition to Mark Field d/b/a Alliance

7          Valuation Group Pursuant to Rule 30 of the

8          Federal Rules of Civil Procedure

9

10         (*Exhibit retained by counsel for Plaintiffs.)

11

12

13

14

15

16

17

18

19

20

21

22

1                    P R O C E E D I N G S

2              THE VIDEOGRAPHER:  Good morning.  This

3     begins tape number one of the videotape deposition of

4     Mr. Mark Field, taken in the matter of CoStar Realty

5     Information and CoStar Group, Inc., Plaintiffs, versus

6     Mark Field, d/b/a Alliance Valuation Group, et al.,

7     Defendants, pending in the United States District

8     Court, For The District of Maryland, Greenbelt

9     Division, case number 8:08-cv-663-AW.

10              This deposition is being held at the law

11     office of Crowell & Moring, located at 1001

12     Pennsylvania Avenue, Northwest, Washington, D.C., on

13     August 18, 2009, at approximately 9:07 a.m.

14              My name is Solomon Francis from the firm of

15     Capital Reporting Company, and I'm the legal video

16     specialist.  The court reporter is Denise Brunet in

17     association with Capital Reporting Company, located at

18     1821 Jefferson Place, Northwest, Washington, D.C.

19              Mr. Sauers, do you want to say something

20     for the record?

21              MR. SAUERS:  William Sauers for the CoStar

22     plaintiffs, and I'd like to introduce Exhibit Number

1    1, which is a deposition notice titled Plaintiff

2    CoStar Realty Information, Inc., and CoStar Group,

3    Inc.'s Notice of Deposition to Mark Field, d/b/a

4    Alliance Valuation Group, Pursuant to Rule 30 of the

5    Federal Rules of Civil Procedure.  Please mark that.

6              (Field Exhibit Number 1 was marked for

7              identification.)

8              MR. SAUERS:  I'll note for the record that

9    Mr. Field is not in attendance.  We are going to go

10   off the record and wait to see if he arrives at -- we

11   haven't -- if he's not arrived by 10:00, we'll go back

12   on the record and adjourn the deposition, but keep it

13   open.  And I think now we'll just go off the record

14   and wait.

15             THE VIDEOGRAPHER:  The time is 9:08 a.m.

16   We're going off the record.

17             (Whereupon, a short recess was taken.)

18             THE VIDEOGRAPHER:  The time is 10:01 a.m.

19   We're back on the record.

20             MR. SAUERS:  I'll note that Mr. Field has

21   still not arrived for the deposition, and we have not

22   had any responses from him in some time.  So we are

1    going to adjourn the deposition, but leave it open,

2    and I think that's all we have for today.

3                THE VIDEOGRAPHER:  The time is 10:01 a.m.

4    This concludes today's videotaped deposition of

5    Mr. Mark Field.

6                (Whereupon, at 10:01 a.m. the deposition of

7                MARK FIELD was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
1              CERTIFICATE OF COURT REPORTER

2          I, Denise M. Brunet, the court reporter

3    before whom the foregoing proceedings were taken,

4    do hereby certify that the proceedings

5    were taken by me stenographically and thereafter

6    reduced to print by means of computer-assisted

7    transcription by me; that said proceedings are a

8    true record; that I am neither counsel for, related

9    to, nor employed by any of the parties to this

10   litigation and have no interest, financial or

11   otherwise, in the outcome of this matter.

12

13

14                    _____

15                       DENISE M. BRUNET,

16                    Notary Public in and for

17                    the District of Columbia

18

19

20

21   My commission expires:

22   October 14, 2011
```