# EXHIBIT 10

# Kerksiek, Sanya

| | |
|---|---|
| **From:** | Kerksiek, Sanya |
| **Sent:** | Thursday, September 24, 2009 9:36 AM |
| **To:** | 'lovettm@gtlaw.com'; 'fergusonp@gtlaw.com'; 'wpierce@adventurelaw.com'; 'mark.field@cox.net'; 'lawsonmai@aol.com' |
| **Cc:** | Sauers, William |
| **Subject:** | CoStar v. Field, et al. |
| **Attachments:** | Motion to Compel Pathfinder - Exhibit 4.pdf; Motion to Compel Pathfinder - Exhibit 5.pdf; Motion to Compel Pathfinder - Exhibit 6.pdf; Motion to Compel Pathfinder - Memo in Support - Redacted.pdf; Motion to Compel Pathfinder - Notice of Filing of Portions of Memo Under Seal.pdf; Motion to Compel Pathfinder.pdf; Motion to Compel Pathfinder - Exhibit 1.pdf; Motion to Compel Pathfinder - Exhibit 2.pdf; Ex. 3 - Wu Mini Excerpts UNDER SEAL VERSION.pdf; Memorandum in Support of Motion to Compel Pathfinder UNDER SEAL VERSION.pdf; Motion to Compel Pathfinder - Exhibit 3 - Notice of Filing Under Seal.pdf; DE 71 - Motion to Seal Portions of Motion to Compel Pathfinder.pdf |

Please see the attached, filed in the above-referenced matter today.

Please note that this e-mail contains documents filed UNDER SEAL pursuant to the Protective Order entered in this case.

Sincerely,

**Sanya Sarich Kerksiek**
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2862
Facsimile: (202) 628-5116
Email: skerksiek@crowell.com

      

Motion to Compel Pathfinder - ...   Motion to Compel Pathfinder - ...   Motion to Compel Pathfinder - ...   Motion to Compel Pathfinder - ...   Motion to Compel Pathfinder - ...   Motion to Compel Pathfinder.pd...   Motion to Compel Pathfinder - ...

   

Motion to Compel Pathfinder - ...   Ex. 3 - Wu Mini Excerpts UNDER...   Memorandum in Support of Motio...   Motion to Compel Pathfinder - ...   DE 71 - Motion to Seal Portion...

# Kerksiek, Sanya

**From:** System Administrator
**To:** mark.field@cox.net
**Sent:** Thursday, September 24, 2009 9:37 AM
**Subject:** Undeliverable: CoStar v. Field, et al.

Your message did not reach some or all of the intended recipients.

    Subject:    CoStar v. Field, et al.
    Sent:    9/24/2009 9:36 AM

The following recipient(s) could not be reached:

    mark.field@cox.net on 9/24/2009 9:37 AM
        The e-mail account does not exist at the organization this message was sent to. Check the e-mail address, or contact the recipient directly to find out the correct address.
        <DCEX01.crowell.com #5.1.1 smtp;550 5.1.1 <mark.field@cox.net> recipient rejected>