IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## **JOINT STATUS REPORT**

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar"), defendant Russ Gressett ("Gressett"), and defendant Pathfinder Mortgage Corporation ("Pathfinder") hereby submit the following joint status report.[1]

a.  Completion of Discovery

The discovery period has closed.

CoStar has filed a motion to compel Pathfinder to search for additional documents and to provide a properly educated Rule 30(b)(6) witness.  In addition, CoStar has filed a Motion for an Order to Show Cause Why Default Should Not Be Entered Against Mark Field d/b/a Alliance Valuation Group, as he has not responded to CoStar's discovery requests, did not attend his deposition, and has not responded to any of CoStar's correspondence and attempts to contact him since the withdrawal of his counsel from

---

[1] Defendant Mark Field d/b/a Alliance Valuation Group has not responded to any of CoStar's attempts at contact.  In addition, defendant Lawson Valuation Group has filed for bankruptcy and so CoStar has

this case. CoStar has not been able to take discovery of defendant Lawson Valuation Group, as it filed for bankruptcy in Florida. However, CoStar wishes to preserve its rights with respect to Mark Field d/b/a Alliance Valuation Group and Lawson Valuation Group.

  b. <u>Pending Motions</u>

CoStar has filed (1) a motion to compel production against Pathfinder; and (2) a Motion for an Order to Show Cause against Mark Field d/b/a Alliance Valuation Group.

  c. <u>Dispositive Pretrial Motions</u>

CoStar plans to file a Motion for Summary Judgment against Pathfinder and a Motion for Summary Judgment against Russ Gressett. Pathfinder plans to file a Motion for Summary Judgment against CoStar. Gressett plans to file a Motion for Summary Judgment against CoStar.

CoStar also intended to file motions for summary judgment against Mark Field d/b/a Alliance Valuation Group and Lawson Valuation Group. CoStar wishes to preserve its right to file for summary judgment against both of these entities.

CoStar contends that the lack of responsive information from Pathfinder, Mark Field d/b/a Alliance Valuation Group and Lawson Valuation Group, hinders the ability of CoStar to move for summary judgment against all of the defendants, as each was involved with Mark Field, and Lawson Valuation Group and Mr. Gressett were part of National Valuation Group.

CoStar and Pathfinder have agreed to the following schedule for their summary judgment motions:

| | |
|---|---|
| Pathfinder to file motion for summary judgment: | September 28, 2009 |
| CoStar to file opposition to Pathfinder motion and cross motion for summary judgment: | October 15, 2009 |

---

refrained from further contact.

| | |
|---|---|
| Pathfinder to file reply in support of motion for summary judgment and opposition to CoStar cross motion for summary judgment: | November 2, 2009 |
| CoStar reply in support of cross motion for summary judgment: | November 13, 2009 |

CoStar and Russ Gressett have agreed to the following schedule for their summary judgment motions:

| | |
|---|---|
| CoStar to file motion for summary judgment: | November 2, 2009 |
| Gressett to file opposition to CoStar motion and cross motion for summary judgment: | November 19, 2009 |
| CoStar to file reply in support of motion for summary judgment and opposition to Pathfinder cross motion for summary judgment: | December 9, 2009 |
| CoStar reply in support of cross motion for summary judgment: | December 21, 2009 |

    d.    <u>Jury Trial and Length of Trial</u>

Gressett and Pathfinder each demanded a jury trial in their respective answers. CoStar believes that a trial involving CoStar, Russ Gressett, and Pathfinder should take 4-5 days, but that additional time may be required in the event that Mark Field d/b/a Alliance Valuation Group and/or Lawson Valuation Group are included as defendants at trial.

    e.    <u>Settlement Negotiations</u>

Representatives of the parties and/or counsel for the parties engaged in settlement discussions immediately preceding and following institution of the litigations. CoStar provided terms for settlement both to Gressett and Pathfinder, but the parties were unable to resolve the matter. In the event that the

case is not resolved on summary judgment, the parties will engage in additional discussions regarding settlement.

f. <u>Request for Settlement or Other ADR Conference</u>

CoStar does not request a settlement or other ADR conference, but is willing to engage in such a conference once the dispositive motions are addressed, if appropriate.

Gressett and Pathfinder are interested in a settlement conference once the dispositive motions are addressed.

g. <u>Proceedings Before Magistrate Judge</u>

The parties have met and conferred and do not consent to have a U.S. Magistrate Judge conduct any further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or nonjury) and entry of final judgment.

Dated: September 25, 2009                                  Respectfully submitted,

                                                          _____/s/_____
                                                          Shari Ross Lahlou, Bar. No. 16570
                                                          William Sauers Bar. No. 17355
                                                          Sanya Sarich Kerksiek Bar No. 17636
                                                          Crowell & Moring LLP
                                                          1001 Pennsylvania Avenue, N.W.
                                                          Washington, D.C. 20004
                                                          Telephone (202) 624-2500
                                                          Facsimile (202) 628-5116
                                                          Email  slahlou@crowell.com
                                                                 wsauers@crowell.com
                                                                 skerksiek@crowell.com

                                                          *Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*


_____/s/_____
Mary-Olga Lovett (admitted *pro hac vice*)
Pamela A. Ferguson (admitted *pro hac vice*)
1000 Louisiana, Suite 1700
Houston, Texas  77002
Telephone:     713-374-3500
Facsimile:     713-374-3505

Steven M. Schneebaum
Bar No. 04160
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: 202-530-8544
Facsimile: 202-261-2665
*Attorneys for Defendant Russ A. Gressett*

    /s/
R. Wayne Pierce
Bar No. 7999
The Pierce Law Firm, LLC
133 Defense Hwy, Suite 106
Annapolis, MD 21401-7015
410-573-9955
wpierce@adventurelaw.com
*Attorney for Pathfinder Mortgage Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on September 25, 2009:

| | |
|---|---|
| Mary-Olga Lovett<br>Pamela Ferguson<br>Greenberg Traurig<br>1000 Louisiana Street, Suite 1800<br>Houston, TX 7700<br>Telephone: 713.374.3500<br>Facsimile: 713.374.3505<br>lovettm@gtlaw.com<br>fergusonp@gtlaw.com<br><br>*Attorneys for Defendant Russ A. Gressett* | R. Wayne Pierce<br>The Pierce Law Firm, LLC<br>133 Defense Highway, Suite 106<br>Annapolis, MD 21401-7015<br>Telephone: 410.573.9959<br>Facsimile: 410.573.9956<br>wpierce@adventurelaw.com<br><br>*Attorney for Defendant Pathfinder Mortgage Company* |

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the following parties by U.S. Mail and electronic mail on September 25, 2009:

| | |
|---|---|
| Mark Field<br>Alliance Valuation Group<br>638 Camino De Los Maries, Suite H130A<br>San Clemente, CA 92673<br>mark.field@cox.net<br><br>*Pro se* defendant | Lawson Valuation Group, Inc.<br>c/o Douglas Lawson<br>8895 N. Military Trail, Suite 304E<br>Palm Beach Gardens, FL 33410-6263<br>Lawsonmai@aol.com<br><br>*Pro se* defendant |

        /s/
William Sauers Bar. No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*