IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.* <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

**ORDER**

Upon consideration of defendant Pathfinder's motion for summary judgment, it is, this _____ day of _____, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that defendant Pathfinder's motion for summary judgment be, and it is hereby, GRANTED; and it is further

**ORDERED,** that there is no genuine dispute of material fact; and it is further

**ORDERED,** that Pathfinder be, and is hereby, dismissed from this case.

_____
Judge