# Exhibit 4

**on behalf of R. Wayne Pierce**

**From:** "Kerksiek, Sanya" <SKerksiek@crowell.com>
**To:** "Wayne Pierce" <wpierce@adventurelaw.com>
**Cc:** "Sauers, William" <WSauers@crowell.com>
**Sent:** Tuesday, June 30, 2009 3:43 PM
**Subject:** RE: CoStar v. Mark Field, et al.

Mr. Pierce:

In light of your request to be informed of our Rule 30(b)(6) topics for Pathfinder, we believe the best way to proceed is to issue the notices with the dates we proposed. We can work on dates after the notices are served.

Regarding Mr. Field, we note that you remain counsel of record for Mr. Field irrespective of your motion to withdraw. We plan to proceed accordingly until we hear otherwise from the court.

Sincerely,

**Sanya Sarich Kerksiek**
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2862
Facsimile: (202) 628-5116
Email: skerksiek@crowell.com

---

**From:** Wayne Pierce [mailto:wpierce@adventurelaw.com]
**Sent:** Tuesday, June 30, 2009 2:49 PM
**To:** Kerksiek, Sanya
**Subject:** Re: CoStar v. Mark Field, et al.

Thank you for copies of your documents. I don't think we actually requested the documents for Mark Field, but I do appreciate those for Pathfinder.

As to the proposed depositions, it would help considerably for me to respond if you:

1. Advised where you envision Pathfinder's deposition will be conducted, and if there are any special requirements so that the deposition is completed in "one day of no more than seven hours." Specifically, I assume that you want to depose a corporate representative(s) for Pathfinder, which means that I will need to know your intended topics to make a deposition plan.

2. Articulated what role you expect from me regarding any deposition of, or written discovery from, Mark Field. As you know, I requested your position on my motion to withdraw my appearance, but I did not hear from you, so I went ahead and filed the motion yesterday. Before we bog down further, I would like to know what you expect from me.

Sincerely,

R. Wayne Pierce
Adventure Lawyer
The Pierce Law Firm, LLC

133 Defense Highway, Suite 106
Annapolis, Maryland 21401-7015
Office:    410-573-9955
Fax:       410-573-9956
E-mail:   wpierce@adventurelaw.com


----- Original Message -----
**From:** Kerksiek, Sanya
**To:** wpierce@adventurelaw.com
**Cc:** Sauers, William
**Sent:** Tuesday, June 30, 2009 1:01 PM
**Subject:** CoStar v. Mark Field, et al.


Mr. Pierce:

In accordance with the Discovery Guidelines of the United States District Court for the District of Maryland, I am writing to coordinate deposition dates for Mark Field and Pathfinder in the above-referenced matter. Will you please let us know whether you and your clients are available on August 17 and 18, 2009?

In addition, attached are Word versions of the discovery requests we previously served.

Regards,

Sanya Sarich Kerksiek

**Sanya Sarich Kerksiek**
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2862
Facsimile:  (202) 628-5116
Email: skerksiek@crowell.com

<<8100468_Allilance - 2009 - 06.18 CoStar ROGs to Alliance.DOC>> <<8100467_Allilance - 2009 - 06.18 CoStar ROGs to Pathfinder.DOC>> <<8100462_Allilance - 2009 - 06.18 CoStar Doc Requests to Pathfinder.DOC>> <<8100463_Allilance - 2009 - 06.18 CoStar Doc Requests to Alliance.DOC>>