# Exhibit 6

**on behalf of R. Wayne Pierce**

**From:** "Sauers, William" <WSauers@crowell.com>
**To:** "Wayne Pierce" <wpierce@adventurelaw.com>
**Cc:** "Kerksiek, Sanya" <SKerksiek@crowell.com>
**Sent:** Tuesday, July 14, 2009 2:45 PM
**Subject:** CoStar v. Pathfinder

Wanye,

Further to our phone call, CoStar will agree to a one week extension of time for Pathfinder to respond to CoStar's discovery requests, upon the assumption that Pathfinder will produce any responsive documents it has identified in its possession, custody or control together with its written responses on that date.

In addition, as you indicated during our call, we look forward to receiving potential dates for the deposition of Pathfinder in the next few days.

Regards,

Bill

William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
tel:  (202) 624-2746
fax: (202) 628-8844
wsauers@crowell.com
www.crowell.com