# Exhibit 7

**on behalf of R. Wayne Pierce**

| | |
|---|---|
| **From:** | "on behalf of R. Wayne Pierce" <obowp@adventurelaw.com> |
| **To:** | "William Sauers" <wsauers@crowell.com>; "Pamela Ferguson" <fergusonp@gtlaw.com>; "Mary-Olga Lovett" <lovettm@gtlaw.com>; <slahlou@crowell.com>; <skerksiek@crowell.com> |
| **Sent:** | Monday, July 27, 2009 6:46 PM |
| **Attach:** | 2009.0727.6e Our ARPD Documents~.pdf; 2009.0727.6c Our AINT -- Executed FINAL.pdf |
| **Subject:** | 08cv663: CoStar Realty Information v. Mark Field et al. |

Pursuant to the agreed confidentiality order, attached are Pathfinder Mortgage Corporation's Answers to Interrogatories and documents responsive to plaintiff's Request for Production of Documents. These items are also being sent via U.S. mail.

Pathfinder Mortgage Corporation's Answers to Request for Production of Documents will follow.

Jody L. Bachman
Assistant to R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Direct: 410-573-9955
Fax: 410-573-9956
Email: obowp@adventurelaw.com