# Exhibit 8

**on behalf of R. Wayne Pierce**

| | |
|---|---|
| **From:** | "Wayne Pierce" <wpierce@adventurelaw.com> |
| **To:** | "Sauers, William" <WSauers@crowell.com>; <FergusonP@gtlaw.com>; <SBrier@eapdlaw.com>; <GWoodfield@eapdlaw.com>; <LovettM@gtlaw.com>; <mark.field@cox.net> |
| **Cc:** | "Kerksiek, Sanya" <SKerksiek@crowell.com> |
| **Sent:** | Monday, July 27, 2009 7:44 PM |
| **Attach:** | 2009.0727.10a Our ARPD -- Final.pdf |
| **Subject:** | Re: CoStar v. Field, et al. |

Attached is Pathfinder's response to CoStar's request for production of documents.

For your planning purposes at the deposition tomorrow, I will not be present or otherwise participating.


Sincerely,

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, Maryland 21401-7015
Office:   410-573-9955
Fax:       410-573-9956
E-mail:   wpierce@adventurelaw.com