# Exhibit 9

**on behalf of R. Wayne Pierce**

**From:** "Wayne Pierce" <wpierce@adventurelaw.com>
**To:** "Sauers, William" <WSauers@crowell.com>
**Sent:** Friday, July 17, 2009 11:03 AM
**Subject:** Re: CoStar v. Mark Field d/b/a Alliance Valuation Group, et al. 8:08-cv-663-AW - Protective Order

Bill

I am now confirming that the deposition of the Pathfinder Corp. representative may proceed on the date and place you originally scheduled for Monday, August 17. If any adjustments are necessary so that this deposition is concluded within "one day of 7 hours," please advise promptly. How do you want to confirm this with co-counsel and the unrepresented parties?

I will return to you shortly with the hope that we can further identify the information that you hope to obtain through your list of specified deposition topics. As currently written, it is not possible for us to properly prepare a corporate representative.

Sincerely,

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, Maryland 21401-7015
Office:   410-573-9955
Fax:      410-573-9956
E-mail:   wpierce@adventurelaw.com

----- Original Message -----
**From:** Sauers, William
**To:** Sauers, William ; on behalf of R. Wayne Pierce ; Mary-Olga Lovett ; Simeon Brier ; Wayne Pierce ; mark.field@cox.net
**Cc:** Kerksiek, Sanya
**Sent:** Wednesday, July 15, 2009 7:31 PM
**Subject:** CoStar v. Mark Field d/b/a Alliance Valuation Group, et al. 8:08-cv-663-AW - Protective Order

All,

Please disregard my earlier e-mail circulating a draft protective order. Please review the attached standard protective order for the District Court of Maryland, and let me know if you have any questions, and provide us with an executed signature page.

Regards,

Bill

William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
tel: (202) 624-2746

fax: (202) 628-8844
wsauers@crowell.com
www.crowell.com