## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.* <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

## **ORDER**

Upon consideration of plaintiff CoStar's motion to compel and defendant Pathfinder's motion to strike, it is, this _____ day of _____, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that plaintiff's motion to compel be, and it is hereby, DENIED.

_____
Judge