IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

**CONSENT MOTION TO AMEND JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby move to amend the Joint Status Report (D.E. 74) for the sole purpose of extending the remaining dates for CoStar and defendant Pathfinder Mortgage Company ("Pathfinder") to file summary judgment papers. Counsel for CoStar has conferred with counsel for Pathfinder, who consented to the filing of this motion. CoStar requests a modest extension of three business days so as to allow it to fully prepare its response to Pathfinder's summary judgment motion and to prepare its own cross-motion for summary judgment. Extending the dates will not affect any other deadlines set in this case. CoStar requests that the dates be modified as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| CoStar to file opposition to Pathfinder motion and cross motion for summary judgment: | October 15, 2009 | October 20, 2009 |
| Pathfinder to file reply in support of motion for summary judgment and opposition to CoStar cross motion for summary judgment: | November 2, 2009 | November 5, 2009 |
| CoStar to file reply in support of cross motion for summary judgment: | November 13, 2009 | November 18, 2009 |

Dated:  October 14, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Sanya Sarich Kerksiek Bar No. 17636
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   slahlou@crowell.com
            wsauers@crowell.com
            skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on October 14, 2009:

Mary-Olga Lovett
Pamela Ferguson
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, TX 7700
Telephone: 713.374.3500
Facsimile: 713.374.3505
lovettm@gtlaw.com
fergusonp@gtlaw.com

*Attorneys for Defendant Russ A. Gressett*

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
wpierce@adventurelaw.com

*Attorney for Defendant Pathfinder Mortgage Company*

**I FURTHER CERTIFY** that on October 14, 2009, a true copy of the foregoing was sent by electronic and first class mail to the attorneys listed above and to:

Mark Field
Alliance Valuation Group
638 Camino De Los Maries, Suite H130A
San Clemente, CA 92673
mark.field@cox.net

Lawson Valuation Group, Inc.
8895 N. Military Trail, Suite 304E
Palm Beach Gardens, FL 33410-6263
lawsonmai@aol.com

Dated: October 14, 2009

Respectfully submitted,

_____/s/_____
William Sauers Bar. No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email  wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc, and CoStar Group, Inc.*