CoStar Realty Information, Inc. et al v. Mark Field, et al

Doc. 80 Att. 3

# Exhibit 3

Capital Reporting Company
CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

- - - - - - - - - - - - - - - -x
:
COSTAR REALTY INFORMATION       :
and COSTAR GROUP, INC.,         :
:
    Plaintiffs,                 :
:
    vs.                         : Civil Action No.
                                : 8:08-cv-663-AW
MARK FIELD d/b/a ALLIANCE       :
VALUATION GROUP, et al.,        :
:
    Defendants.                 :
:
- - - - - - - - - - - - - - - -x CONFIDENTIAL

Washington, D.C.

Monday, August 17, 2009

30(b)(6) Videotaped Deposition of:

PATHFINDER MORTGAGE CORPORATION

BY SAMUEL WU

called for oral examination by counsel for Plaintiffs, pursuant to notice, at the law offices of Crowell & Moring, 1001 Pennsylvania Avenue, Northwest, Washington, D.C., before Denise M. Brunet, RPR, of Capital Reporting Company, a Notary Public in and for the District of Columbia, beginning at 9:15 a.m., when were present on behalf of the respective parties:

Page 7

```
 1      A      The Pathfinder Mortgage Corp. is a
 2   50 percent owner of Pathfinder Mortgage Corp. of
 3   Southern California.
 4      Q      And who is the owner of the other
 5   50 percent?
 6      A      It is an investment company.  It's a
 7   corporation.
 8      Q      And who is that corporation?
 9      A      The name of it?
10      Q      Uh-huh.
11      A      It's called Fulcra -- that's F-U-L-C-R-A --
12   Group, Inc.
13      Q      Okay.  And when was -- I'm going to -- can
14   I say Pathfinder of Southern California?  Is that a
15   little faster than --
16      A      Sure.
17      Q      You'll know what I mean?
18      A      Uh-huh.
19      Q      When was Pathfinder of Southern California
20   formed?
21      A      2007.
22      Q      2007.  And when was Pathfinder Mortgage
```

Capital Reporting Company
CONFIDENTIAL

Page 8

1    Corporation, the defendant in this case, formed?

2        A    The original company was formed in 1977.

3        Q    And so how did the defendant in this case,
4    Pathfinder Mortgage Corporation, come to be a
5    50 percent owner of Pathfinder of Southern California?

6        A    How did it?

7        Q    Yes.  When did it?

8        A    Well, when the -- Pathfinder of Southern
9    California was formed.

10       Q    So from the beginning?

11       A    Yes.

12       Q    Does the -- and I'm sorry, Fulcra?

13       A    Yeah.

14       Q    F-U-L-C-R-A?

15       A    Uh-huh.

16       Q    Does Fulcra have any ownership or control
17   of Pathfinder Mortgage Corporation?

18       A    Yes.

19       Q    Okay.  And what ownership or control does
20   it have over Pathfinder Mortgage Corporation?

21       A    54 percent.

22       Q    So Fulcra has a 50 percent ownership stake

1  in Pathfinder of Southern California?

2      A    Uh-huh.

3      Q    And Pathfinder Mortgage Corporation has the
4  other 50 percent ownership stake in Pathfinder of
5  Southern California?

6      A    Yes.

7      Q    And Fulcra owns 54 percent of Pathfinder
8  Mortgage Corporation?

9      A    Yes.

10      Q    So does -- so does Fulcra control
11  Pathfinder Mortgage Corporation?

12      A    As a controlling interest.

13      Q    As a controlling interest.

14      A    Right.

15      Q    Okay.  Who owns the other 50 percent of
16  Pathfinder Mortgage Corporation?

17      A    Brad Christensen.

18      Q    So he owns 50 percent of -- okay.

19      Do you know when Fulcra obtained a
20  50 percent ownership interest in Pathfinder Mortgage
21  Corporation?

22      A    In end of 2003.

Page 26

1   which it owns 54 percent?
2        A    Uh-huh.
3        Q    And Pathfinder of Southern California, of
4   which it owns 50 percent?
5        A    Yes.
6        Q    And Brad Christensen owns 50 percent of
7   Pathfinder Mortgage Corporation?
8        A    Forty-six.
9        Q    Oh, I'm sorry, 46.  That's right.  Yes,
10  46 percent --
11       A    Yes.
12       Q    -- of -- okay.
13       A    Uh-huh.
14       Q    Okay.  And Pathfinder attempted to contact
15  Mr. Christensen -- I'm sorry, I just forget.  I may
16  have asked this already.  Did Pathfinder attempt to
17  contact Mr. Christensen?
18       A    No, we did not.
19       Q    Why not?
20       A    He had resigned and we don't have any
21  jurisdiction over him.
22       Q    He's -- he has an ownership interest in the

Page 33

1   contact Mr. Christensen to find out what that policy

2   was?

3       A    No.

4       Q    What was Mr. Christensen's title at

5   Pathfinder Mortgage Corporation?

6       A    He was the president.

7       Q    And what did that title mean at Pathfinder?

8       A    Well, Pathfinder is a corporation with

9   normal corporate titles.

10      Q    Okay.

11      A    However, each manager of the office

12  independently and autonomously ran that office on an

13  operational level.  And so Mr. Christensen was the

14  manager of the Pathfinder Mortgage Corp.

15      Q    Okay.  And you were the CEO over that and

16  all of the Pathfinder entities?

17      A    No.

18      Q    Just that one?

19      A    Yes.

20      Q    Do you have any positions or titles with

21  the other Pathfinder entities?

22      A    No.

Capital Reporting Company
CONFIDENTIAL

Page 62

1    Q    Does he have any other positions or titles
2  with Pathfinder or any other -- Pathfinder Mortgage
3  Corporation or any other Pathfinder entity?
4    A    Yes.
5    Q    What would those titles be?
6    A    For the other offices, except for Southern
7  California, I believe he's also board member.
8    Q    He's not a board member with respect to
9  Pathfinder Mortgage, is he?
10   A    Not any more.
11   Q    He was?
12   A    He was.
13   Q    Until when?
14   A    Until his resignation, when he turned in
15  his resignation from Pathfinder Mortgage Corp.
16   Q    So he was a 46 percent owner of Pathfinder
17  and a board member?
18   A    Yes.
19   Q    And he is a board member, but not owner, of
20  the downtown LA --
21   A    No, he's not.  The only other offices are
22  West Los Angeles, San Diego and Southern California.