IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

COSTAR REALTY INFORMATION and
COSTAR GROUP, INC.,

        Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, *et al.*

        Defendants.

Civil Action No. 8:08-CV-663-AW

**DECLARATION OF STEVEN J. WILLIAMS**

## DECLARATION OF STEVEN J. WILLIAMS

I, Steven J. Williams, declare as follows:

1.     My name is Steven J. Williams.  I am employed by CoStar Group, Inc. ("CoStar")

as the Assistant Director of the Fraud, Theft & Litigation Team.  The statements in this

declaration are based upon personal knowledge and I would testify to such statements under oath

if called upon as a witness.

2.     I have been employed by CoStar for nearly 10 years, having first been hired in

January of 2000.  During my time at CoStar, I have worked as a researcher and in CoStar's

customer support department.  As a result, I am extremely familiar with CoStar' products,

research practices, internal recordkeeping and business practices.  Since September of 2003, I

have worked in CoStar's legal department in various capacities related to the investigation of

unauthorized use of CoStar's services.  As a result of my experience, I have become very

familiar with CoStar's policies, practices, and procedures for both licensing its online products,

Dockets.Justia.com

providing service to its clients, investigating theft of its products, as well as the technological tools it uses to do those things.

3.    CoStar is the leading provider of commercial real estate information in the United States and the United Kingdom, with approximately 900 researchers collecting and maintaining data on over 3,000,000 properties and over 1,000,000 active commercial listings.

4.    Of CoStar's 900 researchers, approximately 100 are "field researchers" who are located on the ground in local commercial real estate markets canvassing for new commercial real estate availabilities, construction, and the like.  These field researchers are employees of CoStar managed remotely by a field research team in our headquarters in Bethesda, Maryland. As a part of their responsibilities, CoStar's field researchers take photographs of the commercial real estate buildings they canvass for inclusion with CoStar's database of commercial real estate information.  CoStar's field researchers are trained in photography and have taken millions of professional-quality photographs of commercial real estate and buildings.

5.    As a part of my responsibilities in CoStar's legal department, I am responsible for registering the copyrights in the photographs taken by CoStar's researchers.  CoStar makes it a part of its regular business practice to register its copyrights in the photographs taken by its researchers on a quarterly basis to ensure that those photographs have been registered within 90 days of their first publication in our database.  CoStar registers its photographs collectively on a photographer by photographer basis pursuant to the Copyright Office's regulations allowing for group registrations of photographs.  Pursuant to this process, CoStar has submitted applications for the registration of more than 2.5 million photographs.

6.    Included in CoStar's registrations are registrations VA 1-386-381 and VA 1-375-676.  These registrations are for the photographs taken by Christiaan Cruz during the first three

months of 2006 (VA 1-386-381) and during the period April 14, 2005 through December 31, 2005 (VA 1-375-676). Exhibits 1 and 2 to CoStar's Opposition to Pathfinder's Motion for Summary Judgment include not only copies of those registrations, but the supporting applications and materials submitted to the Copyright Office.

7.    CoStar makes its commercial real estate information and photographs available to those in the commercial real estate industry as a set of databases that are available on CoStar's website, www.costar.com.   CoStar sells its products all across the United States in over 100 markets, large and small.   CoStar's computers located in Maryland serve customers in all of these markets.

8.    In order to gain access to those database products, CoStar's customers enter into a license agreement with CoStar (typically on an office-wide basis) and a pay a license fee, which is usually computed on the basis of the number of commercial real estate professionals in the customer's office.   CoStar's license agreement allows its customers to, among other things, access the information in the databases to which they have subscribed and make limited use of the photographs and information contained in those databases.

9.    CoStar's licensees use a user name and password to access CoStar's products, accessing those products from the home page of the CoStar website.   The first time a user logs in to their CoStar account, they are presented with the entire text of CoStar's Terms of Use and are required to click a button saying "I Accept" before using CoStar's services.   Users are presented with CoStar's Terms of Use each month they use the service, and cannot proceed unless they click the "I Accept" button.

10.    In the same portion of the CoStar website where users input their user name and password, a line of text reads "Use/Login Subject to Terms." The word "Terms" is underlined

because it contains a hyperlink to a webpage containing CoStar's Terms of Use. I have attached a printout of CoStar's home page with the login area circled and a copy of CoStar's Terms of Use as Exhibit A to this declaration.

11.     As a part of CoStar's normal business practices and in the ordinary course of its operations, it maintains records of contemporaneous communications it has had with its customer and prospective customers. Those records are maintained in a proprietary internal contact management system created by CoStar. Unfortunately, the records in this system are only easily viewable on CoStar's system, but I am able to make copies of those records and paste them into more easily readable and exchangeable documents such at text files, Microsoft Excel files, and Microsoft Word files.

12.     One of CoStar's records indicate that two of CoStar's sales representatives conducted a demonstration of CoStar's products for Brad Christensen and others at Pathfinder Mortgage Corporation ("Pathfinder") as early as January 9, 2006 after Pathfinder expressed interest in CoStar's products. CoStar then followed up by providing Mr. Christensen a proposal for Pathfinder to license CoStar's products. Another record created on January 13, 2006, states that during a follow up call, Mr. Christensen indicated that Pathfinder was "price sensitive." Pathfinder did not take a license after these conversations. I have attached a true and accurate copy of the items in CoStar's records concerning these communications as Exhibit B to this declaration.

13.     CoStar's business records indicate a number of attempts by CoStar to sell CoStar products to Pathfinder over the course of the next few years. I have attached a true and accurate copy of the items in CoStar's records concerning these communications as Exhibit C to this declaration.

14.     CoStar's records also show that a user account was created for Brad Christensen in October 2002 under a license agreement between CoStar and Alliance Valuation Group ("Alliance"), and that Christensen was specifically included as a user on a list of users submitted by Alliance in December 2004.  I have attached a true and accurate copy of the items in CoStar's records showing that a user account was set up for Brad Christensen in October 2002 and a true and accurate copy of the user list submitted by Alliance in December 2004 containing Christensen's name as Exhibit D to this declaration.    Nowhere in the user list is anyone identified as an employee of Pathfinder, nor would CoStar permit two companies to share a single license agreement.

15.     On December 12, 2005, a CoStar sales representative had a communication with Mark Field of Alliance in which Field indicated that Christensen was "no longer with Alliance Valuation."  As such, CoStar terminated Christensen's user account as of that date.  A true and accurate copy of the record of that communication is attached hereto as Exhibit E

16.     CoStar keeps internal records of each log-in session made to its products.  These records are kept in CoStar's ordinary course of business and reflect the data gathered from CoStar's website as well as the information available from a user's computer and the Internet related to a particular log-on session.

17.     CoStar's internal records show that, beginning in February 2004, the Alliance account assigned to Christensen began to be accessed from two particular IP addresses: 64.60.14.210 and 64.60.231.251.  His account was accessed from those IP addresses up through December 2005.  I am attaching a true and correct copy of an Excel spreadsheet prepared from CoStar's records showing the log-ins under the Brad Christensen user name as Exhibit F to this declaration.

18.     During the period February 2004 through December 18, 2005, only the Christensen account was accessed from the 64.60.14.210 and 64.60.231.251. No other Alliance account was accessed using those IP addresses during that period.

19.     CoStar's internal records show that, beginning on December 19, 2005, *just one week after CoStar terminated Brad Christensen's access through his own account assigned through Alliance*, one or more persons using a user name and password assigned to Mark Field of Alliance logged on to CoStar's website on 58 occasions from two IP addresses previously associated with Christensen's account: 64.60.231.251 and 64.60.14.210.   Prior to that date, no logins from the 64.60.231.251 or 64.60.14.210 IP addresses had occurred through the account assigned to Mark Field.

20.     My colleague Curtis Ricketts has submitted a declaration establishing that those IP addresses were assigned to Pathfinder.  I am attaching a true and correct copy of an Excel spreadsheet prepared from CoStar's records showing the log-ins under the Mark Field user name as Exhibit G to this declaration.  The logins from Pathfinder's IP addresses are highlighted in yellow on this Exhibit.

21.     CoStar's records also show that one or more persons using a user name and password assigned to Barbara Quannie of Alliance logged on to CoStar's website on two occasions from an IP address associated with Pathfinder (64.60.231.251).  I am attaching a true and correct copy of an Excel spreadsheet prepared from CoStar's records showing the log-ins under the Barbara Quannie user name as Exhibit H to this declaration.  The log-ins from Pathfinder's IP address are highlighted in yellow on this Exhibit.

22.     As shown in Exhibit G, on July 10, 2006, at 3:24 p.m., someone using Mark Field's user name and password from Pathfinder's IP address attempted to access CoStar's

products *at the same time* that someone was using the Mark Field account from a different IP address. CoStar's computers note this attempted double log-in as a "violation." A similar violation occurred on March 7, 2007, where a person using a computer at Pathfinder's IP address was accessing the Mark Field account at the same time a person was accessing the same account from a different IP address, 70.169.228.131. At the time, 70.169.228.131 appeared to be the principle IP address Field used to access his CoStar account. Both of these instances show that two different people were attempting to log into the Field account at the same time from different computers on different computer networks.

23.    As shown in Exhibit H, on May 8, 2006, a person logged into the Alliance account associated with Barbara Quannie from the principle IP address used by that account at 11:52 a.m. Just a minute later, a person logged into the Barbara Quannie account from one of Pathfinder's IP addresses. Again, this instance shows two different people logging into the Quannie account nearly at the same time from different computers on different computer networks.

24.    I note that on Exhibit G, a number of additional log-ins to the Field account from the 64.60.14.210 and 64.60.231.251 IP addresses occurred within 45 minutes of log-ins from the IP addresses more typically associated with Field's account. According to the contract between CoStar and Alliance, Alliance's office was located at 2858 Via Bellota in San Clemente, California.

25.    In early 2008, I had a phone conversation with Brad Christensen of Pathfinder. During that phone call, he denied that Pathfinder itself was using CoStar's database products and instead that any unlicensed usage could only have come from Pathfinder's Los Angeles offices. According to an Internet archive of Pathfinder's website created on January 5, 2008, attached

hereto as Exhibit I, Pathfinder's Los Angeles offices were located at 725 South Figueroa St., Suite 1535, Los Angeles, CA 90017.

26.    Attached hereto as Exhibit J is a copy of a Google web page describing the driving directions and driving time between Pathfinder's Los Angeles office and Alliance's San Clemente office.

27.    CoStar's computers maintain copies of the search reports saved by CoStar users on the CoStar website. These reports are available to me in my capacity as an investigator of unlicensed use of CoStar's database products. I am able to search CoStar's system for all reports saved by a user during a session associated with a particular IP address.

28.    Attached hereto as Exhibit K are copies of reports saved by a person using the account assigned to Mark Field from the Pathfinder IP address 64.60.231.251 in January 2008. Including in these reports are photographs and property information associated with (1) 601-697 N. Euclid Street, Anaheim, CA 92801; (2) 8871-8947 Garden Grove Boulevard, Garden Grove, CA; and (3) 6847-6931 Katella Ave., Cypress, CA 90630.

29.    Attached collectively as Exhibit L to this declaration are true and accurate copies of the CoStar photographs for the following properties: (1) 601-697 N. Euclid Street, Anaheim, CA 92801; (2) 8871-8947 Garden Grove Boulevard, Garden Grove, CA; (3) 6847-6931 Katella Ave., Cypress, CA 90630.

30.    Had Pathfinder legitimately licensed the same product to which it had access during the period December 2005 through March 2008, Pathfinder would have had to pay CoStar license fees of $12,170 per month, for total license fees of $316,420. However, Pathfinder never entered into a license agreement with CoStar nor did CoStar ever specifically authorize Pathfinder to use CoStar's database products.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October at Bethesda, Maryland.

Steven J. Williams

# Exhibit A

CoStar Showcase
**Free Property Search**

Location | Search On Map ▶
city, county, state or ZIP code

**Property Type**
☐ Office      ☐ Multi-Family
☐ Industrial  ☐ Land
☐ Retail      ☐ Other

**Space Available (SF)**
min size  to  max size

**Rent - Square Feet Per Year ($)** ▶
min rent  to  max rent

**Sale Price ($)**
min price  to  max price

**Building Size (SF)**
min size  to  max size

Search Now!

Promote Your Listings
CoStar Showcase®    See How ▶

**CoStar**
**GROUP**

Find Properties | Market Properties | Analyze Properties | Products | Headlines

# #1 Commercial Real Estate Information Company

## No one tracks your market like CoStar.

Winning deals in this market requires a special edge to find, market and analyze properties. CoStar is the winning edge in turbulent times.

CoStar 10/20/2009   10,104,854,214 total avail sf | 69,340,301,841 building area | 1,355,967 total listings

## Commercial Real Estate News ▶

- In The Pipeline: CoStar Development and Construction
- CoStar's Retail News Roundup: Oct. 18 - 24, 2009
- Jesse Cuomo Maker Buys 303 W. Madison
- Global Investors Following Decline in U.S. Property
- Bank Watch: Sun National Writing Down Value of More

## Client Success Stories ▶

More deals. Improved insight. Less expense.

We really like how SHOWCASE gives our listings priority placement on Google™.

2008  POWER BROKER AWARDS   A New Standard for Data & Analysis
       See the CHAMPIONS... ▶   PPR & CoStar Team Up
                                  Learn More ▶

How Can We Help?
877-694-2177

Call Now ▶

The #1 Provider of Commercial Real Estate Information in the U.S. and U.K.

Browse CoStar Showcase Listings by Most Searched Terms

🔵 Internet

Done

100%

# CoStar Group Terms of Use

This site (the "Site") is operated by CoStar Realty Information, Inc. and its affiliates (collectively, "CoStar" or "we" or "us"). By accessing or using this Site (or any part thereof), you agree to be legally bound by the terms and conditions that follow (the "Terms of Use") as we may modify them from time to time. These Terms of Use apply to your use of this Site, including the CoStar services offered via the Site. They constitute a legal contract between you and CoStar, and by accessing or using any part of the Site you represent and warrant that you have the right, power and authority to agree to and be bound by these Terms of Use. If you do not agree to the Terms of Use, or if you do not have the right, power, and authority to agree to and be bound by these Terms of Use, you may not use the Site. Notwithstanding anything to the contrary herein, if you and CoStar have entered into a separate written agreement that covers your use of a CoStar service, the terms and conditions of such agreement shall control with respect to such service to the extent they are inconsistent with these Terms of Use.

## Purpose of Site

The Site is designed to provide information about commercial real estate and CoStar and its affiliates. The information and services offered on or through this Site are provided solely for general business information, do not constitute real estate, legal, tax, accounting or other professional advice, or an offer to sell or lease real estate, and may not be used for personal, family or household purposes or to determine an individual's eligibility for credit, insurance, or employment.

## Services

The information, data, text, software, photographs, images, graphics, organization, layout, design, and other content contained on or provided through this Site (collectively, the "Content") are proprietary to CoStar and its licensors, and are protected by copyright and other U.S. and international intellectual property rights, laws and treaties. The Content includes proprietary databases (the "Database") of commercial real estate information, which, by way of example, include information, text, photographic and other images and data contained therein (collectively, the "Information") and the proprietary organization and structures for categorizing, sorting and displaying such Information, and the related software ("Software"). The Site, Content, Database, Information, Software and any portion of the foregoing, including any derivatives, successors, updates or modifications provided thereto and any information derived from the use of the Database, including as a result of the verification of any portion of the Information, are collectively referred to herein as the "Product".

Those portions of the Product that may be accessed by the general public and that do not require any use of Passcodes (as defined below) are referred to as the "Non-Passcode Protected Product". Those portions of the Product that require use of Passcodes for access and are available only to individuals or entities ("CoStar Clients"), or those acting through them, who enter into a License Agreement (as defined below) with CoStar that authorizes access to such CoStar service are referred to as the "Passcode Protected Product".

The Passcode Protected Product includes, for example, the CoStar Property Professional®, CoStar COMPS Professional®, CoStar Exchange® and CoStar Tenant® services as well as the CoStar COMPS Express®, CoStar Property Express®, CoStar Listings Express®, and CoStar Commercial MLS®, and CoStar Showcase® services. A "License Agreement" is defined as either (i) a written hand-signed contract between a CoStar Client and CoStar that authorizes access to a CoStar service, or (ii) an online contract between the CoStar Client and CoStar that is formed by online registration and acceptance of these Terms of Use and that authorizes access to a CoStar service.

Only Authorized Users for a Passcode Protected Product may access such product and they may access it solely using the user name, password and, if applicable, key token (collectively, the "Passcodes") assigned to such user by CoStar. No Authorized User may share his Passcodes with any other person, nor may an Authorized User allow any other person to use or have access to his Passcodes. An Authorized User is defined as an individual (a) employed by a CoStar Client or an Independent Contractor (as defined below) of a CoStar Client at a site identified in the License Agreement as a user of a specific Passcode-Protected Product. An "Independent Contractor" is defined as an individual person working solely for the CoStar Client and not another company with real estate information needs and performing substantially the same services for such CoStar Client as an employee of such CoStar Client.

## Free Trial

From time to time, in CoStar's sole discretion, CoStar may offer a free trial period ("Free Trial") to certain individuals ("Free Trial Participant") chosen by CoStar to participate in the free trial. Unless terminated sooner by CoStar, the Free Trial shall last for the length of time specified in the email from CoStar that distributes Passcodes to the Free Trial Participant. The terms set forth in that email, combined with these Terms of Use, shall constitute a License Agreement between CoStar and the Free Trial Participant relating to such individual's access to and use of the associated Passcode Protected Product being offered through the Free Trial. During the Free Trial the Free Trial Participant shall be considered an Authorized User and a CoStar Client (as defined in these Terms of Use) and may use the Passcode Protected Product during the Free Trial subject to and solely in accordance with the terms outlined in such License Agreement relating to the Free Trial (which includes these Terms of Use).

## Permitted Uses

Subject to the provisions in these Terms of Use, you may use the Non-Passcode Protected Product (or, if you are an Authorized User, subject to the provisions in your License Agreement and these Terms of Use, you may use the applicable Passcode-Protected Product), in the ordinary course of your business for:

(1) Your internal research purposes;

(2) Providing information regarding particular properties and market trends to your clients and prospective clients;

(3) Marketing properties;

(4) Supporting your valuation, appraisal or counseling regarding a specific property; and

(5) Creating periodic general market research reports for in-house use or for clients' or prospective clients' use, provided that such reports do not contain building-specific or tenant-specific Information and are not commercially or generally distributed.

Subject to the provisions in your License Agreement and these Terms of Use, you may print Information or copy Information into word processing, spreadsheet and presentation programs (or other software programs with the express written consent of CoStar), so long as the level of Information being printed or copied is reasonably tailored for your purposes, insubstantial and used in compliance with these use and copying provisions.

Notwithstanding the foregoing, the Information you access through the "Free Building Lookup" feature on this Site may only be viewed by you for your individual, non-commercial use while visiting this Site.

### Prohibited Uses

You shall not, except (i) as may be expressly set forth above under "Permitted Uses" and (ii) to the extent necessary to integrate commercial property listings with CoStar's commercial real estate marketing website available through CoStar Showcase®, (a) distribute, disclose, copy, reproduce, display, publish, transmit, assign, sublicense, transfer, provide access to, use or sell, directly or indirectly (including in electronic form) any portion of the Product, or (b) modify or create derivative works of any portion of the Product.

Notwithstanding anything to the contrary herein, you shall not:

(1) Access any portion of a Passcode-Protected Product unless you are an Authorized User for such Passcode-Protected Product using the Passcodes assigned to you by CoStar to access the components and services of the Passcode-Protected Product that your License Agreement authorizes you to access, subject to the terms contained therein and in these Terms of Use;

(2) Access or use any portion of the Product if you are a direct or indirect competitor of CoStar, nor shall you provide, disclose or transmit any portion of the Product to any direct or indirect competitor of CoStar (by way of

CoStar Group, Inc.

example, a "direct or indirect competitor" of CoStar includes, but is not limited to, Internet listing services or other real estate information services and employees, independent contractors and agents of such services);

(3) Use or distribute any Information from the Product, including Information that has been verified or confirmed by you or anyone else, to directly or indirectly create or contribute to the development of any database or product;

(4) Modify, merge, decompile, disassemble, translate, decode or reverse engineer any portion of the Product, or use any data mining, gathering or extraction tool, or any robot, spider or other automatic device or manual process, to monitor or copy any portion of the Product;

(5) Use, reproduce, publish or compile any portion of the Product for the purpose of selling or licensing any portion of the Product or making any portion of the Product publicly available;

(6) Store, copy or export any portion of the Product into any database or other software, except as expressly set forth in the Permitted Uses above;

(7) Upload, post or otherwise publish any portion of the Product on, or provide access to any portion of the Product through, the Internet, any bulletin board system, any other electronic network, any data library, any listing service or any other data sharing arrangement, except that you may e-mail a report containing Information that complies with the Permitted Use provisions set forth above to a limited number of your clients and prospective clients;

(8) Upload, post, e-mail or otherwise transmit any information, data, text, software, photographs, images, graphics, or other content to or through the Product, or use any portion of this Product in a manner, that:

- is unlawful, threatening, abusive, harmful, libelous, tortious, defamatory, false, misleading, obscene, vulgar, racially or ethnically offensive or otherwise objectionable;
- infringes any patent, copyright, trademark, trade secret, or other proprietary right of any party or violates the privacy or publicity rights of any party;
- constitutes unlawful advertising or fraudulent, unfair or deceptive practices, "spam," or any other form of unlawful solicitation, including the Kansas non-solicitation law (K.S.A. 45-230), which, with limited exceptions, prohibits anyone from knowingly selling, giving or receiving, for the purpose of selling or offering for sale any property or service to persons listed therein, any list of names and addresses contained in or derived from Kansas public records;
- contains software viruses or any other computer code, files or programs that are designed to or have the capability to interrupt, modify, damage, improperly access, disable, destroy or limit the functionality of the Product or servers or networks connected thereto or the activities of other users of the Product or of any computer software or hardware or telecommunications equipment; or
- you do not have a right to transmit under any law, contractual obligation (i.e., nondisclosure agreement) or fiduciary duty;

(9) Impersonate any person or entity, or falsely state or otherwise misrepresent any registration information, or otherwise disguise the origin of any information, data, text, software, photographs, images, graphics, or other content posted on or transmitted through the Product; and

(10) Use any portion of the Product to encourage or engage in illegal activity, stalk or harass another person, or violate these Terms of Use or any applicable local, state, national or international law, rule, regulation or ordinance, including without limitation, state and local real estate practice, spam or privacy laws.

**Fees**

You are responsible for the timely payment of any fees incurred by your use of components and services available on the Site or via links to other web sites, and all taxes applicable to your use of the Product.

WE RESERVE THE RIGHT, AT ANY TIME AND FROM TIME TO TIME, TO PROSPECTIVELY CHANGE THE NATURE AND AMOUNT OF FEES CHARGED FOR ACCESS TO THE PRODUCT OR ANY OF THE

COMPONENTS OR SERVICES AVAILABLE ON THE PRODUCT, AND THE MANNER IN WHICH SUCH FEES ARE ASSESSED.

If you are accessing the Passcode Protected Product, you agree: (1) to provide CoStar with accurate and complete registration and billing information and to promptly update such information in the event it changes; and (2) to pay any applicable license fees or other fees incurred by your use of the Passcode-Protected Product.

**Termination**

You acknowledge and agree that CoStar may interrupt or terminate or block your access to the Product or portions thereof at any time. In the event that occurs, you shall cease using any portion of the Product, permanently delete or destroy all portions of the Product within your possession, custody or control, and, upon written request from CoStar, certify, in writing, your compliance with this provision.

If you are a CoStar Client, your License Agreement sets forth an initial term that expires on a specified date and that may automatically renew for a specified length. Following the effective date of termination or non-renewal of your License Agreement, you shall cease using any portion of the Product. In addition, you shall permanently delete or destroy all portions of the Product within your possession, custody or control and, upon written request from CoStar, certify, in writing, your compliance with this provision.

**Confidentiality Within Web Version of CoStar Property Professional®**

The documents stored in the "My Survey" section of the CoStar Property Professional® service are intended to be confidential and private. Except as otherwise provided herein, CoStar personnel shall not review or disclose to others the documents or other information stored there. Authorized access is designed to be restricted to the Authorized User(s) that store the information there and other users designated by such Authorized User(s) to have access to the information.

Consistent with these goals of confidentiality and privacy, in addition to any other right provided for herein, CoStar reserves the right to compile statistical information regarding use of various features of this Site and CoStar's services, including the "My Survey" section of CoStar Property Professional. CoStar also reserves the right for CoStar and its contractors to access any portion of its services to perform customer support, product or system development, routine security inspections, to protect against unauthorized use of our products or services, to respond to legal process, or if otherwise required to do so by law.

CoStar takes these confidentiality and privacy issues seriously. If you have any questions or concerns, you should contact support@costar.com.

**Submitted Content**

This Product may include opportunities for users to submit information, data, text, photographs, images, graphics, and other content to the Product, for it to be publicly displayed on the Product, used by CoStar in connection with researching real estate activity, or for some other purpose ("Submitted Content"). CoStar acknowledges that if you provide CoStar with any information or images, then you retain any applicable ownership rights that you may have with respect to such information and images. However, you understand that all such Submitted Content, whether publicly posted or privately transmitted, is the sole responsibility of the person from which such content originated. This means that you, and not CoStar, are entirely responsible for all such content that you upload, post, e-mail or otherwise transmit to or via the Product. CoStar is under no obligation to post or use any such Submitted Content you may provide and may remove any such content at any time in CoStar's sole discretion.

With respect to all Submitted Content you elect to upload, post, e-mail or otherwise transmit to or via the Product, you grant CoStar and its affiliates and their licensees a royalty-free, perpetual, irrevocable, non-exclusive and fully sub-licensable right and license (through multiple tiers) to use, reproduce, adapt, perform, display, publish, translate, prepare derivative works from, modify, distribute, sell, and take any other action with respect to such content (in whole or part) worldwide and/or to incorporate it in other works in any form, media, or technology now known or later developed. You further acknowledge and agree that CoStar may preserve any such content and may also disclose such content in its discretion.

You represent and warrant that (a) you own or have the full right, power and authority to grant to CoStar use of and rights in and to all Submitted Content that you upload, post, e-mail or otherwise transmit to or via the Product; (b) your license of such content to CoStar hereunder does not, and the use or license of such content by CoStar to third parties will not, infringe any right or interest owned or possessed by any third party; and (c) there are no claims, judgments or settlements to be paid by you, or pending claims or litigation, relating to such content.

## Information about You

When you use the Product, CoStar collects both personally and non-personally identifying information about you and your use of the Product. Such information includes (a) what you intentionally submit to us while using the Product, including, for example, by filling out forms with your contact information or by logging in with your UserID and password, and (b) information that may be collected automatically while you use the Product, including, for example, your IP address, your IP host, session duration, and "click stream" data that tracks user activity in the Product.

We generally use or disclose the information we collect through the Product to conduct research on and to improve the Product, to perform customer service and support, to fulfill your requests for services, and to provide you with information regarding our services, including service-related announcements.

In some but not all circumstances, at the time you submit personally identifiable information, we may provide you with the opportunity to "opt out" of some uses or disclosures of personally identifiable information. In addition, regardless of whether you exercise an opportunity to opt out, CoStar reserves the right to use or disclose the information we collect whenever we have reason to believe that use or disclosure may be necessary to identify possible violations of these Terms of Use or a separate License Agreement, to identify, contact or bring legal action against persons or entities who may be violating your rights, our rights or the rights of others, or if we believe that we are required to do so to respond to legal process or otherwise to comply with law. We also reserve the right to use and disclose the information we collect to protect the security of our software, products and services, web sites, users, and to protect ourselves from liability or in connection with a merger, acquisition or liquidation.

CoStar takes steps to protect the security of the personally identifiable information we collect, including, for example, physical, electronic, and procedural safeguards.

Although the Product can technically be viewed by children, we do not knowingly request personally identifiable information from them nor does the Product publish content that is targeted to children. No information should be submitted to, or posted at, the Product by visitors under 18 years of age.

If you have a further question, please notify us by e-mail at webmaster@costar.com. We will do our best to look into your request and respond promptly.

## Links; Framing

You may provide a hyperlink to the home page of this Site, which is www.costar.com, provided that you must remove any such link upon request from CoStar. Except as set forth in the preceding sentence, or as otherwise authorized by CoStar in writing, links to and the framing of this Product or any of its Content is prohibited. The Product may include links to other sites, some of them operated by CoStar and some of them operated by third parties. Under no circumstances shall CoStar be deemed to be associated or affiliated with, or viewed as endorsing or sponsoring, any web site that links to this Site, or is linked to from this Site, or any services that may be offered through such web sites. CoStar has not necessarily reviewed any or all of the content of such other web sites, and we disclaim responsibility for the content and services available therein. Different terms and conditions may apply to your use of any linked site. It is your responsibility to review any such terms and conditions in connection with your use of any such sites. Any issues or disputes that may arise with respect to any such sites shall solely be between you and the applicable third party.

### Information Regarding Accuracy, Completeness and Timeliness of Information in the Product

The Product is provided for general information only and should not be relied upon or used as the basis for

making significant decisions without consulting primary or more accurate, more complete or more timely sources of information. Any reliance upon the Product shall be at your own risk. Neither we, nor any third party involved in creating, producing or delivering the Product, is responsible if the Product is not accurate, complete or current. Neither we, nor any third party involved in creating, producing or delivering the Product, has any responsibility for any consequence relating directly or indirectly to any action or inaction that you take based on the Product.

## No Warranties

ALTHOUGH COSTAR MAKES EFFORTS TO PROVIDE AN ACCURATE PRODUCT, THE PRODUCT AND ALL PARTS THEREOF ARE PROVIDED "AS IS", "WITH ALL FAULTS", AND "AS AVAILABLE". COSTAR AND ITS AFFILIATES AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND THIRD PARTY SUPPLIERS (COLLECTIVELY, THE "COSTAR PARTIES") DISCLAIM ANY AND ALL REPRESENTATIONS, WARRANTIES OR GUARANTEES OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION (1) AS TO TITLE, MERCHANTABILITY, FITNESS FOR ORDINARY PURPOSES AND FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, WORKMANLIKE EFFORT, QUIET ENJOYMENT AND NO ENCUMBRANCES OR LIENS, (2) THE QUALITY, ACCURACY, TIMELINESS OR COMPLETENESS OF THE LICENSED PRODUCT, (3) THOSE ARISING THROUGH COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE; (4) THE PRODUCT CONFORMING TO ANY FUNCTION, DEMONSTRATION OR PROMISE BY ANY COSTAR PARTY, AND (5) THAT ACCESS TO OR USE OF THE PRODUCT WILL BE UNINTERRUPTED, ERROR-FREE OR COMPLETELY SECURE. ANY RELIANCE UPON THE PRODUCT IS AT YOUR OWN RISK AND THE COSTAR PARTIES MAKE NO WARRANTIES.

COSTAR RESERVES THE RIGHT TO RESTRICT OR TERMINATE YOUR ACCESS TO THE PRODUCT OR ANY FEATURE OR PART THEROF AT ANY TIME. IF YOU DOWNLOAD ANY CONTENT FROM THIS PRODUCT, YOU DO SO AT YOUR OWN DISCRETION AND RISK. YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH CONTENT.

THESE DISCLAIMERS ARE INDEPENDENT OF ANY OTHER TERM IN THESE TERMS OF USE OR THE LICENSE AGREEMENT.

## MapQuest Disclaimer/Terms of Use

The following disclaimer also applies to any maps/directions from MapQuest.com, Inc. ("MapQuest") that are displayed in the Product: THESE MAPS/DIRECTIONS ARE INFORMATIONAL ONLY. NO REPRESENTATION IS MADE OR WARRANTY GIVEN AS TO THEIR CONTENT, ROAD CONDITIONS OR ROUTE USABILITY OR EXPEDITIOUSNESS. USER ASSUMES ALL RISK OF USE. MAPQUEST, COSTAR, AND THEIR SUPPLIERS ASSUME NO RESPONSIBILITY FOR ANY LOSS OR DELAY RESULTING FROM SUCH USE. Additional information and terms governing use of any maps/directions from MapQuest, which are by reference hereby deemed a part of this Agreement, can be found at http://www.mapquest.com/about/copyright.adp

## Limitation of Liability

YOU ACKNOWLEDGE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE COSTAR PARTIES WILL NOT BE HELD LIABLE FOR ANY LOSS, COST OR DAMAGE SUFFERED OR INCURRED BY YOU OR ANY THIRD PARTY ARISING OUT OF OR RELATED TO ANY FAULTS, INTERRUPTIONS OR DELAYS IN THE PRODUCT, OUT OF ANY INACCURACIES, ERRORS OR OMISSIONS IN THE INFORMATION CONTAINED IN THE PRODUCT, REGARDLESS OF HOW SUCH FAULTS, INTERRUPTIONS, DELAYS, INACCURACIES, ERRORS OR OMISSIONS ARISE, OR FOR ANY UNAUTHORIZED USE OF THE PRODUCT. IN ADDITION, IF YOU HAVE NOT PAID ANY FEES TO COSTAR TO ACCESS THE PRODUCT, TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, NONE OF THE COSTAR PARTIES SHALL BE LIABLE FOR ANY DIRECT DAMAGES ARISING FROM, RELATING TO OR RESULTING FROM THE PRODUCT, THESE TERMS OF USE, OR YOUR USE OR INABILITY TO USE ANY OF THE FOREGOING. THESE LIMITATIONS OF LIABILITY INCLUDE DAMAGES FOR ERRORS, OMISSIONS, INTERRUPTIONS, DEFECTS, DELAYS, COMPUTER VIRUSES, YOUR LOSS OF PROFITS, LOSS OF DATA, UNAUTHORIZED ACCESS TO AND ALTERATION OF YOUR TRANSMISSIONS AND DATA, AND OTHER TANGIBLE AND INTANGIBLE LOSSES.

NOTWITHSTANDING ANY PROVISION CONTAINED HEREIN TO THE CONTRARY, IN NO EVENT WILL THE MAXIMUM AGGREGATE, CUMULATIVE LIABILITY OF THE COSTAR PARTIES FOR ANY AND ALL REASONS TO ANY PARTY FOR DAMAGES, DIRECT OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH THE PRODUCT, THESE TERMS OF USE, OR A SEPARATE LICENSE AGREEMENT EXCEED THE TOTAL AMOUNT OF LICENSE FEES ACTUALLY PAID TO COSTAR UNDER THE RELEVANT LICENSE AGREEMENT BETWEEN THE RELEVANT COSTAR CLIENT AND COSTAR DURING THE TWELVE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE SUCH CLAIM AROSE, REGARDLESS OF THE CAUSE OR FORM OF ACTION. RECOVERY OF THIS AMOUNT SHALL BE THE SOLE AND EXCLUSIVE REMEDY FOR THE COSTAR CLIENT OR ANY OTHER PARTY FOR ANY APPLICABLE DAMAGES.

UNDER NO CIRCUMSTANCES WILL ANY OF THE COSTAR PARTIES BE HELD LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR ANY OTHER DAMAGES, INCLUDING, WITHOUT LIMITATION, LOST PROFITS, ARISING OUT OF, BASED ON, OR RESULTING FROM, OR IN CONNECTION WITH THE PRODUCT, THESE TERMS OF USE, OR YOUR USE OR INABILITY TO USE ANY OF THE FOREGOING, EVEN IF COSTAR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING EXCLUSION OF DAMAGES IS INDEPENDENT OF THE EXCLUSIVE REMEDY DESCRIBED ABOVE AND SURVIVES IN THE EVENT SUCH REMEDY FAILS.

NONE OF THE COSTAR PARTIES SHALL HAVE ANY LIABILITY FOR ANY DAMAGES RESULTING FROM ANY FAILURE TO PERFORM ANY OBLIGATION HEREUNDER OR FROM ANY DELAY IN THE PERFORMANCE THEREOF DUE TO CAUSES BEYOND COSTAR'S CONTROL, INCLUDING, WITHOUT LIMITATION, INDUSTRIAL DISPUTES, ACTS OF GOD OR GOVERNMENT, PUBLIC ENEMY, WAR, FIRE, OTHER CASUALTY, FAILURE OF ANY LINK OR CONNECTION WHETHER BY COMPUTER OR OTHERWISE, OR FAILURE OF TECHNOLOGY OR TELECOMMUNICATIONS OR OTHER METHOD OR MEDIUM OF STORING OR TRANSMITTING THE PRODUCT.

IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE SECTION 1542, WHICH SAYS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

ALL OF THESE LIMITATIONS APPLY REGARDLESS OF THE CAUSE OR FORM OF ACTION, WHETHER THE DAMAGES ARE CLAIMED UNDER THE TERMS OF A CONTRACT, TORT OR OTHERWISE, AND EVEN IF WE OR OUR REPRESENTATIVES HAVE BEEN NEGLIGENT OR HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NO ACTION ARISING OUT OF OR PERTAINING TO THESE TERMS OF USE MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CAUSE OF ACTION HAS ARISEN.

## User Data

If you create any settings, surveys, fields or functions in the Product or input, add or export any data into or from the Product (collectively, the "User Data"), none of the CoStar Parties shall have any liability or responsibility for any of such User Data, including the loss, destruction or use by third parties of such User Data. It is your responsibility to make back-up copies of such User Data.

## Your Liability

If you cause a technical disruption of the Product, you agree to be responsible for any and all liabilities, costs and expenses (including reasonable attorneys' fees and costs of enforcement) arising from or related to that disruption. Upon your breach of any term of these Terms of Use or a separate License Agreement, CoStar's remedies shall include any damages and relief available at law or in equity as well as interruption and/or termination of your access to the Product or any portion thereof and permanent deletion or destruction of all portions of the Product within your possession, custody or control. If CoStar retains any third party to obtain any remedy to which it is entitled under these Terms of Use or a separate License Agreement, CoStar shall be entitled to recover all costs, including attorney's fees or collection agency commissions, CoStar incurs.

## Indemnity

You agree to indemnify, defend, and hold harmless the CoStar Parties from and against any third party action, suit, claim or demand and any associated losses, expenses, damages, costs and other liabilities (including reasonable attorneys' fees), arising out of or relating to your (and your users') Submitted Content, use or misuse of any portion of the Product, or your violation of these Terms of Use or a separate License Agreement. You shall cooperate as fully as reasonably required in the defense of any such claim or demand. CoStar and any third party involved in creating, producing, or delivering the Product reserves the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, at your expense, and you shall not in any event settle any such matter without the written consent of CoStar and any such third party.

## Cookies

Some areas of this Product use and require that your computer accept "cookies." Cookies are small text files that are stored on your computer to keep track of settings or data for a particular web site. Cookies make it possible and easier for you to access and use certain areas of this Product. If you have disabled cookies from within your browser, or if you are running third-party software that intercepts or deletes cookies, you may not be able to visit certain areas of the Product.

## Trademarks

The Product employs various trademarks and service marks of CoStar and of other third parties. All of these trademarks and service marks are the property of their respective owners. You agree not to use or display them in any manner without the prior written permission of the applicable trademark owner.

## Procedure for Making Notification of Claims of Copyright Infringement

CoStar and its affiliates respect the intellectual property of others, and we ask those posting or transmitting any content to or through this Site to respect copyright law. It is the policy of CoStar to restrict and/or terminate in appropriate circumstances the ability to submit content and/or use this Product by individuals or entities that repeatedly submit infringing content in violation of these Terms of Use. If you believe that your work has been copied and is available on this Site or our other online services in a way that constitutes copyright infringement, you may notify CoStar according to the notice requirements of the Digital Millennium Copyright Act. Pursuant to 17 U.S.C. Section 512, CoStar's DMCA registered agent can be reached as follows: by mail to Legal Department (attn: General Counsel), CoStar Realty Information, Inc., Two Bethesda Metro Center, 10th Floor, Bethesda, MD 20814; by e-mail to copyright@costar.com; and by telephone at (301) 280-7576.

## Ownership

You acknowledge that CoStar and its licensors have and shall retain exclusive ownership of all proprietary rights in or to the Product, including all U.S. and international intellectual property and other rights such as patents, trademarks, copyrights and trade secrets. This is a license agreement and not an agreement for sale. You shall have no right or interest in any portion of the Product except the right to use the Product as set forth in these Terms of Use and, if you are a CoStar Client, your License Agreement. You acknowledge that the Software, Database, Content, Information, Passcode-Protected Product, Non-Passcode-Protected Product, and Product constitute the valuable property and confidential copyrighted information of CoStar and its licensors (collectively, the "Proprietary Information"). You agree to (a) comply with all copyright, trademark, trade secret, patent, contract and other laws necessary to protect all rights in the Proprietary Information, (b) not challenge CoStar's and its licensor's ownership of (or the validity or enforceability of their rights in and to) the Proprietary Information, and (c) not remove, conceal, obliterate or circumvent any copyright or other notice or license, use or copying technological measure included in the Product. You shall be liable for any violation of the provisions of these Terms of Use and, if applicable, the License Agreement by your employees, Independent Contractors, affiliates and agents and for any unauthorized use of the Product by such persons.

## NOTICE -- U.S. Government Rights/Commercial Technical Data and Software Unpublished, Rights Reserved Under the Copyright Laws of the United States

This Site contains commercial technical data and computer software that have been privately developed and are normally vended commercially under a license or lease agreement restricting their use, disclosure and

reproduction. In accordance with FAR 12.211, 12.212, 27.405(b)(2) and 52.227-19 and DFARS 227.7202, 227.7102 and 252.227-7015, as well as other applicable supplemental agency regulations, use, reproduction, disclosure and dissemination of this commercial technical data and computer software are governed strictly in accordance with CoStar's commercial license agreements, including these Terms of Use.

## Export Restrictions

This Site is controlled and operated by CoStar from its offices within the United States. CoStar makes no representation that any portion of the Product or other material accessed through this Site is appropriate or available for use in other locations, and access to them from other countries where their contents are illegal is prohibited. Those who choose to access the Product or the Site from other locations do so on their own volition and are responsible for compliance with applicable local laws. You may not export or re-export any portion of the Product except in full compliance with all United States laws and regulations, this Terms of Use, and, if applicable, the associated License Agreement. In particular, no portion of the Product may be exported or re-exported into (or to a national or resident of) any country to which the United States embargoes goods, or to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Denial Orders.

## Sweepstakes

From time to time, CoStar conducts sweepstakes that entitle the winners to prizes. Each sweepstakes has its own terms and conditions, set forth in the "official rules" for that sweepstakes.

## Jurisdiction

CoStar is headquartered in the State of Maryland of the United States. These Terms of Use and your use of this Product shall be governed by the laws of the State of Maryland without regard to its conflicts of laws principles. The federal and state courts located in the State of Maryland shall be the exclusive jurisdiction for any action brought against CoStar in connection with these Terms of Use or use of the Product. You irrevocably consent to the jurisdiction of the federal and state courts located in the State of Maryland, and to the jurisdiction of the federal and state courts located in any State where you are located, for any action brought against you in connection with these Terms of Use or use of the Product. All disputes arising outside of the United States shall be settled by arbitration held in London, England and in accordance with the Rules of Arbitration and Conciliation of the International Chamber of Commerce. All arbitrators shall be fluent in English and all documents submitted in connection with the arbitration shall be in English. Judgment upon an arbitration award may be entered in any court having jurisdiction, or application may be made to such court for a judicial acceptance of the award and an order of enforcement. If any material in this Product, or your use of the Product, is contrary to the laws of the place where you are when you access it, or if CoStar is not licensed as required by applicable laws or regulations in such locale, the Product is not intended for you, and we ask you not to use the Product. You are responsible for informing yourself of, and complying with, the laws of your jurisdiction.

## Modifications to Product; Changes to these Terms

CoStar is continuously updating and changing the Product, and reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Product (or any part thereof) with or without notice. You agree that CoStar shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Product (or any part thereof). Additionally, we reserve the right, in our complete and sole discretion, to change these Terms of Use at any time by posting revised terms on the Product. It is your responsibility to check periodically for any changes we may make to the Product and these Terms of Use. Your continued use of this Product following the posting of changes to these terms or other policies means you accept the changes.

## Miscellaneous

These Terms of Use contain the entire understanding of the parties with respect to the Product and supersede any prior oral or written statements and documents with respect to such subject matter; provided, that these Terms of Use do not supersede any written license agreement between the parties. Your obligations hereunder

are binding on your successors, legal representatives and assigns. You may not assign or transfer (by operation of law or otherwise) these Terms of Use or any portion hereunder, in whole or in part, without the prior written consent of CoStar. In the event any portion of these Terms of Use not being of a fundamental nature is held to be invalid, illegal or unenforceable, such part shall be deemed severed from these Terms of Use without invalidating the remaining provisions of these Terms of Use or affecting the enforceability of such remaining provisions. If a provision is held to be invalid, illegal or otherwise unenforceable, it shall be deemed to be replaced with an enforceable provision that retains the intent and benefits of the original provision. No waiver by CoStar of any right under or term or provision of these Terms of Use will be deemed a waiver of any other right, term, or provision of these Terms of Use at that time or a waiver of that or any other right, term, or provision of these Terms of Use at any other time. These Terms of Use apply to your use of the Product and not to any other areas, including, without limitation, CoStar's research activities. Headings are for reference only. All notices to CoStar pertaining to these Terms of Use will be in writing, mailed by registered or certified mail, return receipt requested, or delivered by a well-recognized overnight U.S. or international carrier, delivered to CoStar Realty Information, Inc., 2 Bethesda Metro Center, Bethesda, MD 20814, attention: General Counsel.

Thank you for visiting our Site!

Updated: March 16, 2009

# Exhibit B

CoStar Enterprise - Production Database

File   Edit   View   Module   Tools   Options   Help

< Prev   Next >   Search   Refresh   New   Status Board ▾

Company | < Prev | Next > | New | Edit | Save | Cancel | Delete | Mailer | Assign | Export | Revenue | Group | Audit

**Home**

Companies
List
Contacts
Activities
Pipeline
Linelsteses
All Locations
AKA
Research Info
Billing Info
Coverage Info
CFO
Users
Logon History
Sales Info
Usage Trend
Map
System Info

Contacts
Pipeline
Activities
Contacts
Linelsteses

Users
Prospects
Groups
Properties
Centers
Tenants
Comps

**Company**

Location ID          284561
Name                 Pathfinder Mortgage Corp.
Address              23172 Plaza Pointe Dr, Suite 285
                     Laguna Hills, CA 92653-1457
Location Type        Main HQ
Corporate
Headquarters
Location
Company
Reports To
Is Hierarchy Locked
Level

Year Founded
Ticker Symbol
Web Site             http://www.pathfindercorp.net/
Total Employers      11
Emps at Location     5
Owner Type
Country of Origin
Business Type        Mortgage Brokers/Finance
Business Subtype
Phone                (949) 455-0766
Fax                  (949) 454-0943
Business Status      Active

CoStar Market        ORANGE (CALIFORNIA)
Account Executive
Advertising AE
Researcher
Contract Specialist
Collection Analyst
Internal Notes       x14

Is CRE               ☑
Portfolio
Exclude from
Power Broker         ☐

**Activity** | < Prev | Next > | New | Save | Cancel | Delete | Export | Mailer | Audit | Recipients | Follow Up

Activity ID          8658939
Contact              Ted Christensen
Company              Pathfinder Mortgage Corp.
                     23172 Plaza Pointe Dr, Suite 285
                     Laguna Hills, CA 92653-1457
Activity Notes       Called back, has seen us at mba
                     & thru approachers, used some
                     on-demand--willing to see demo
                     come mid-dec.

Product
                                          Problem Type
                                          Keyword
                                          Customer Note
Method       Quality Call                 CoStar Contact   James Watson
Activity Status Completed                 Department        Sales
Date         Tue 11/22/2005      2:30 PM
Priority     Normal

Ready                    Company 4 of 8, Activity 34 of 62                    Production Database



CoStar Enterprise - Production Database

File  Edit  View  Module  Tools  Options  Help

Search   Status Board   Next   Prev

**Company** — Refresh   New   Edit   Save   Cancel   Delete   BrokerListings   Assign   History

Home
Companies
  List
  Contacts
  Activities
Pipeline
Listens
All Locations
AKA
Research Info
Billing Info
CPO
Users
Logon History
Sales Info
Usage Trend
Map
System Info

Contacts
Pipeline
Activities
Contracts
Listens
Users
Prospects
Groups
Properties
Centers
Tenants
Comps

**Company**    < Prev   Next >   New   Edit   Save   Cancel   Delete   Export   Mailer   Assign   Revenue   Setup   Audit

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Location ID | 284651 | | Year Founded | | CoStar Market | ORANGE (CALIFORNIA) |
| Name | Pathfinder Mortgage Corp. | | Ticker Symbol | | Account Executive | |
| Address | 23172 Plaza Pointe Dr, Suite 285 Laguna Hills, CA 92653-1487 | | Web Site | http://www.pathfindercorp.net/ | Advertising AE | |
| | | | Emps at Location | 5 | Researcher | |
| Location Type | Main HQ | | Total Employees | 11 | Contract Specialist | |
| Corporate Headquarters | | | Owner Type | | Collection Analyst | |
| Location Company Reports To | | | Country of Origin | | Internal Notes | X-H |
| | | | Business Type | Mortgage Brokers/Finance | | |
| Is Hierarchy Locked | | | Business Subtype | | Is CRE | ☑ |
| Level | | | Phone | (949) 455-0766 | Portfolio | |
| | | | Fax | (949) 455-0943 | Exclude from Power Broker | ☐ |
| | | | Business Status | Active | | |

**Activity**    < Prev   Next >   New   Edit   Save   Cancel   Delete   Export   Mailer   Audit   Recipients   Follow Up

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Activity ID | 8878808 | | Product | | Problem Type | |
| Contact | Brad Christensen | | | | Keyword | |
| Company | Pathfinder Mortgage Corp. 23172 Plaza Pointe Dr, Suite 285 Laguna Hills, CA 92653-1487 | | Method | Email | Customer Note | |
| | | | Activity Status | Completed | CoStar Contact | Tobias H Morrison |
| Activity Notes | Sent proposal | | Date | Tue 1/10/2006   1:30 PM | Department | Sales |
| | | | Priority | Normal | | |

Kerkseik, Sonya

Ready          Company 4 of 8, Activity 29 of 62          Filter  List  Jump          Production Database



# Exhibit C

CoStar Enterprise - Production Database

File  Edit  View  Module  Tools  Options  Help

Home  Search  Status Board ▼  History ▼

Companies
  List
  Contacts
  Activities
  Pipeline
  Lifetimes
  All Locations
  AKA
  Research Info
  Billing Info
  CPD
  Users
  Logon History
  Sites Info
  Usage Trend
  Map
System Info
  Contacts
  Pipeline
  Activities
  Contracts
  Lifetimes
  Users
  Prospects
  Groups
  Properties
  Centers
  Tenants
  Comps

**Company** | < Prev | Next > | New | Edit | Save | Cancel | Delete | Save | Mailer | Assign | Export | Revenue | ... | Audit

Location ID: 289861
Name: Pathfinder Mortgage Corp.
Address: 23172 Plaza Pointe Dr, Suite 285, Laguna Hills, CA 92653-1407

Location Type: Main HQ
Corporate Headquarters:
Location Company Reports To:
Is Hierarchy Locked:
Level:

Year Founded:
Ticker Symbol:
Web Site: http://www.pathfindercorp.net/
Total Employees: 11
Emps at Location: 5
Owner Type:
Country of Origin:
Business Type: Mortgage Brokers/Finance
Business Subtype:
Phone: (949) 454-0766
Fax: (949) 454-0943
Business Status: Active

CoStar Market: ORANGE (CALIFORNIA)
Account Executive:
Advertising AE:
Researcher:
Contract Specialist:
Collection Analyst:
Internal Notes: x14

Is CRE: ☑
Portfolio:
Exclude from Power Broker: ☐

**Activity** | < Prev | Next > | New | Edit | Save | Cancel | Delete | Save | Mailer | Export | Audit | Redicents | Follow Up

Activity ID: 9024027
Contact: Brad Christensen
Company: Pathfinder Mortgage Corp.
23172 Plaza Pointe Dr, Suite 285, Laguna Hills, CA 92653-1407
Activity Notes: statused interest in moving forward

Product:
Method: Quality Call
Activity Status: Completed
Date: Wed, 2/8/2006    10:00 PM
Priority: Normal

Problem Type:
Keyword:
Customer Note:
CoStar Contact: James Watson
Department: Sales

Filter [ List ] Jump

Ready    Company 4 of 8, Activity 26 of 62

Production Database



# Exhibit D

CoStar Enterprise - Production Database

File  Edit  View  Module  Tools  Options  Help

Search    Status Board    Refresh    New    Save    Cancel    Delete    BrokerListings    Mailer    Export    History

**Home**
- Companies
- Contacts
  - List
  - Activities
  - Calendar
  - Company
  - Credentials
  - Prior Comp.
  - Research Info
  - CoStar Info
  - Subscriptions
  - LoginHistory
  - CFO
  - User
  - Orders
  - Sales Info
  - Usage Trend
  - System Info
  - CoStarAdvisor
- Pipeline
- Activities
- Contracts
- LineItems
- Users
- Prospects
- Groups
- Properties
- Centers
- Tenants
- Comps

**Contact**

| Contact ID | 2059433 |
| Name | Prefix  First  Suffix   M.  Luke |
|  | Brad    Christensen |
| Job Title | |
| Company | |
| Nick Name | |
| Gender | Male |
| Language | |

Office Phone
Fax
Mobile Phone
Other Phone
Email
Preferred Contact Method
Best Time To Call
Alternate Contact
Premium Lease Listings
Premium Sale Listings

Care Of
Price-As
☐ Exclude From Email
☐ Exclude From Fax
☐ Exclude From Mail
☐ Product User
☐ Internal Notes

**Activity**

| Date | Type | Status | Description | | | |
|---|---|---|---|---|---|---|
| 12/12/2005 | Prospecting | Completed | moved no longer with Alliance Valuation Group, as per Mark Field | Tricia A Adamson | Sales | Brad Christensen | Alliance Valuation Group |
| 11/8/2005 | Email | Completed | Dear CoStar User, | Tricia A Adamson | Sales | Mark J Gautreau (949) 983-2407 | Alliance Valuation Group |
| 09/12/2005 | Email | Completed | Hello CoStar User, | Tricia A Adamson | Sales | Brad Christensen | Alliance Valuation Group |
| 08/10/2005 | Email | Completed | Dear CoStar Subscriber, | Tricia A Adamson | Sales | Brad Christensen | Alliance Valuation Group |
| 06/27/2005 | Email | Completed | Hello CoStar Property Professional, | Tricia A Adamson | Sales | Douglas Amato (949) 955-1919 | Alliance Valuation Group |
| 03/15/2005 | Email | Completed | Search for Sale | Tricia A Adamson | Sales | Brad Christensen | Alliance Valuation Group |
| 03/24/2005 | Email | Completed | Dear Property Professional User, | Tricia A Adamson | Sales | Cheryl Kindrick | Alliance Valuation Group |
| 03/16/2005 | Email | Completed | Hello CoStar Property User, | Tricia A Adamson | Sales | Cheryl Kindrick | Alliance Valuation Group |
| 12/27/2004 | Email | Completed | The following username and password has been set up for you: | Duane Hart | Fulfillment | Brad Christensen | Alliance Valuation Group |
| 11/19/2004 | Email | Completed | Dear CoStar User, | Tricia A Adamson | Sales | Cheryl Kindrick | Alliance Valuation Group |
| 04/01/2004 | Telephone | Completed | The following username and password has been set up for you: | Saleem Muhammed | Customer Su | Brad Christensen | Alliance Valuation Group |
| 03/24/2004 | Email | Completed | The following username and password has been set up for you: | Steve Gesaldi | Fulfillment | Brad Christensen | Alliance Valuation Group |
| 03/24/2004 | Email | Completed | ($56 - $104) | Steve Gesaldi | Fulfillment | Brad Christensen | Alliance Valuation Group |
| 03/03/2004 | Telephone | Completed | spoke to his assistant alex, he was passing his account told him... | Ari J Becker | Customer Su | Brad Christensen | Alliance Valuation Group |
| 06/25/2003 | Email | Completed | $25 sweepstakes winner | Stephanie DiMcCor... | Marketing | Stephanie DiMcCor... | Alliance Valuation Group |
| 11/24/2002 | Email | Completed | The following username and password has been set up for you: | Bradley J Kirchner | Customer Su | Brad Christensen | Alliance Valuation Group |
| 11/04/2002 | Email | Completed | The following username and password has been set up for you: | Julie De Leon | Customer Su | Brad Christensen | Alliance Valuation Group |

Filter  Detail  Jump

Ready          Contact: 1 of 1, Activity 17 of 17                    Production Database



FILE No.984 12/17 '04 17:05   ID:                          FAX:                    PAGE   1/ 2

*** TRANSMISSION REPORT ***

PRINT TIME  12/14 '04 13:48 ID:                    FAX:
TIMER=—:—                                                          U*****2AP 181  J

FILE START      MODE            LOCATION                  STORE   TX/RX  TOTAL  CODE
No. TIME                                                 PAGE    PAGE   TIME
973  12/14 13:47 TX              13012807598              4       4  0  01'19" OK

ERROR PAGE=

To Rence LeVine                    12/17
Resend User List

## CONTRACT
### COVER SHEET

GROUP
Real Estate Information

| To: | Ravid Keyser | Fax Number: | 301-280-7598 |
|---|---|---|---|
| From: | Tricia Adamson | Direct Line: | |
| Account Executive (s): | Tricia Adamson | No. Of Pages Being Faxed: (Including Cover Page) | |
| Research Lead: | | Managers Initials: Terry Munoz | |

| Company Name: | Alliance Valuation | Bill To Location ID: | 358786 |
|---|---|---|---|
| Sales Log Market (s): | National | Site Location ID: | 388786 |
| Product Type: | COMPS Professional - Comm/Ind/Res Land | | |
| Business Type: | Appraisal/Valuation | | |
| Total Net New: | 0 | Total Contract Amount | 4589 |
| One Time Fee: | | Number of Users: | 11 |
| Implementation Fee: | | Escalation: | 0% |
| Website: (For Connect Only) | | Existing Customer: | ☐ |
| Annual Enhancement(s) Fee: (For Connect Only) | | New Customer: | ☐ |

To the best of my knowledge, the Contract and associated forms:

| | | |
|---|---|---|
| (a) comply with CoStar's current pricing and licensing guidelines | Yes ☒ | No ☐ |
| (b) cover all pertinent personnel and sites in the user and site counts | Yes ☒ | No ☐ |
| (c) are complete and accurate, and do not contain any false information | Yes ☒ | No ☐ |
| (d) do not state Licensees or Authorized Users that should be licensed under a different company | Yes ☒ | No ☐ |

Notes: Follow up T and C, please remove from reversal log all paperwork should be complete

12-20-04P12:07 RCVD

| FirstName | LastName | JobTitle | PhoneNumber | PhoneExt | MobilePhone | EmailAddress |
|---|---|---|---|---|---|---|
| Douglas | Amaro | Appraiser | (949) 955-1919 | 24 | | damaro@adelphia.net |
| Nikki | Bertoni | Appraiser | (949) 955-1919 | 30 | | nikkibertoni@cox.net |
| Brad | Christensen | | | | | brad.christensen@cox.net |
| Mark | Field | Appraiser | (949) 955-1919 | 22 | (949) 220-8590 | lmfield@cox.net |
| Kirsten | Fournier | Assistant | (949) 955-1919 | 41 | | kirsterf@lycos.com |
| Mark | Gautreau | Principal/S | (949) 955-1919 | 26 | (949) 683-2407 | markgautreau@cox.net |
| Russ | Gressett | Appraiser | (949) 955-1919 | | | markgautreau@cox.net |
| Kathy | Jackson | Assistant | (949) 955-1919 | 27 | (562) 964-9599 | ajack5150@aol.com |
| Cheryl | Kirdzik | Assistant | (949) 955-1919 | 40 | | chek72@aol.com |
| Debra | Lawson | appraiser | (949) 361-3655 | | | markgautreau@cox.net |
| Marian | Peak | Appraiser | (949) 955-1919 | 25 | | marianohn@aol.com |
| Barbara | Quennie | | (949) 955-1919 | 21 | | bquennie@yahoo.com |
| Kathy | Sly | Assistant | (949) 955-1919 | 28 | | sly2@cox.net |

# Exhibit E

