# Exhibit I

Dockets.Justia.com

Internet Archive

 **Web  Moving Images  Texts  Audio  Software  Patron Info  About IA  Projects**

Forums | FAQs | Contributions | Jobs | Donate

Search: [_____]  All Media Types [▾]  **GO!**

**Universal access to human knowledge**

Anonymous User (login or join us) | Upload |

---

**Announcements** (more)

A Future for Books: BookServer launch event

Project funded to add features to a Million books

Book Reader supports Zooming

---

**Web**    150 billion pages



**WayBackMachine**    http://pathfindercorp.net

[_____]    Advanced Search

---

**Welcome to the Archive**  **RSS**

The Internet Archive, a 501 (c)(3) non-profit, is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public.

---

**Moving Images** 🔘
214,063 movies

Browse  (by keyword)

Curator's Choice (more)



**Liberation**
The western 'way of life' is at the cost of too much waste; The war in Iraq is about economic...

Recent Reviews

The Golem
Average rating: ★★★★★

Granite
Average rating: ★★★★★

---

**Live Music Archive** 🔘
69,692 concerts

Browse  (by band)

Curator's Choice (more)


**Good Luck Live at The Bike Barn on 2008-06-04**

Recent Reviews

Grateful Dead Live at Tivolis Koncertsal on 1972-04-14
Average rating: ★★★★★

Ratdog Live at Tower Theater on 2009-10-16
Average rating: ★★★★★

---

**Audio** 🔘
419,039 recordings

Browse  (by keyword)

Curator's Choice (more)



**soulseek sample series: 002 : acp [march 2003]**
SSS: acpThe soulseek samples series is an on-going project where musicians use their creative...

Recent Reviews

The Danny Kaye Show
Average rating: ★★★★★

Danny Kaye Show
Average rating: ★★★★★

---

**Texts** 🔘
1,687,609 texts

Browse  (by keyword)

Curator's Choice (more)



**Travels in Brazil**

Recent Reviews

Espistolario di Coluccio Salutati
Average rating: ★★★★★

Department of State bulletin
Average rating: ★★★★★

---

Most recent posts (write a post by going to a forum) more...

| Subject | Poster | Forum | Replies | Date |
|---|---|---|---|---|
| Re: Tell rises to the challenge... | William Tell | GratefulDead | 0 | 24 minutes ago |
| Re: Tell rises to the challenge... | elbow1126 | GratefulDead | 0 | 28 minutes ago |
| Re: Jerry Poll | orendelschoice | GratefulDead | 0 | 31 minutes ago |
| Re: Tell rises to the challenge... | robthewordsmith | GratefulDead | 2 | 34 minutes ago |
| Re: Tell rises to the challenge... | elbow1126 | GratefulDead | 1 | 42 minutes ago |
| Re: Prove me wrong | GLSmyth | netlabels | 0 | 49 minutes ago |
| Re: Tell rises to the challenge... | William Tell | GratefulDead | 1 | 52 minutes ago |
| Re: Jerry Poll | direwolf0701 | GratefulDead | 0 | 52 minutes ago |
| nlo of tha dund empire state building | ned the head | GratefulDead | 0 | 52 minutes ago |

| Re: Jerry Poll | William Tell | GratefulDead | 1 | 55 minutes ago |

**Institutional Support**

| Alexa Internet | Prelinger Archives | LizardTech |
| HP Computer | National Science | Sloan Foundation |
| The Kahle/Austin | Foundation | Individual contributors |
| Foundation | Library of Congress | |

Skin: classic | columns | custom!
Skin: classic | columns | custom!

Terms of Use (10 Mar 2001)

Internet Archive Wayback Machine                                             Page 1 of 1



Enter Web Address: http:// _____ | All 🔍 ███████████   Adv. Search  Compare Archive Pages

Searched for http://pathfindercorp.net                                      **20** Results

\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Apr 23, 2009

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 2 pages | 0 pages | 8 pages | 7 pages | 0 pages |

|  |  |  |  |
|--|--|--|--|
|  | Aug 28, 2004 * | Feb 06, 2005 * | Apr 28, 2007 | Jan 05, 2008 |
|  | Sep 28, 2004 | Oct 16, 2005 | May 28, 2007 | Feb 05, 2008 |
|  | Dec 04, 2004 |  | Jun 30, 2007 | Apr 06, 2008 |
|  |  |  | Aug 21, 2007 | May 07, 2008 |
|  |  |  | Sep 15, 2007 | Jun 08, 2008 |
|  |  |  | Sep 22, 2007 | Jul 18, 2008 |
|  |  |  | Oct 11, 2007 | Jul 19, 2008 |
|  |  |  | Dec 06, 2007 |  |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Pathfinder Mortgage Corporation



home
.....................
services
.....................
property types
.....................
lender profile
.....................
transactions
.....................
company contacts

**Established in 1977, Pathfinder Mortgage Corporation** is a full service mortgage banking firm that specializes in financing income producing commercial real estate.

Today, with over 5 billion dollars in originations, and a 530 million dollar loan servicing portfolio, we still tailor each financing to meet the client's investment needs.

As a servicing correspondent for six life insurance companies, in addition to a Wall Street conduit, and a thrift and loan, Pathfinder is able to complete financings for a broad range of property types, with loan sizes ranging from $500,000 to $50,000,000.

By partnering with a Pathfinder professional, our clients save time and cost by eliminating the confusion, frustration, and delays as well as ensuring they obtain the best possible terms.

Choosing the right path is critical. Let our experience and knowledge guide you.

home | services | property types | lender profile | transactions | company contacts
management access | client access | strategic relationships

Pathfinder Mortgage Corporation                                                    Page 1 of 2



## Company Contacts

Delivering quality financing solutions to our clients is our niche.

If you would like to discuss a potential financing request please contact us at any office convenient to you.

**Trusted Experience**

**Downtown LA Office**
725 South Figueroa St. Suite 1535
Los Angeles, CA 90017
Phone: (213) 225-1870
Fax: (213) 225-1875
Email: kta@pathfindercorp.net

- Originations
- Advisory Services
- Legal Department
- Strategic Relationships

Contacts:
Samuel Wu
SWu@PathfinderCorp.net
Don Bogdon Jr.
DBogdon@PathfinderCorp.net
Sonny Wang
SWang@PathfinderCorp.net
Raymond Tsang
rtsang@pathfindercorp.net
Irene Lin
lialin@pathfindercorp.net
Walter Conn
wconn@PathfinderCorp.net
Paul Salazar
psalazar@Pathfindercorp.net
JW Najarian
jw@pathfindercorp.net
Marcelo Bermudez
mb@pathfindercorp.net
Katie Ta
kta@pathfindercorp.net
Brian Gooding
bgooding@pathfindercorp.net

**Orange County Office**
23172 Plaza Pointe Drive, Suite 265
Laguna Hills, CA 92653
Phone: (949) 455-0786
Fax: (949) 455-0943
Email: InfoOC@jpathfindercorp.net

- Originations
- Advisory Services
- Loan Servicing
- Real Estate Closing

Contacts:
Brad Christenson
BChristenson@PathfinderCorp.net
Gary Hannaflous
GHannaflous@PathfinderCorp.net
Bruce Roth
Broth@PathfinderCorp.net
James Hsueh
JHsueh@PathfinderCorp.net
Jo Lene Lewis
JLewis@PathfinderCorp.net
Gina Catania
GCatania@PathfinderCorp.net
Scott English
SEnglish@pathfindercorp.net
Bruce Byrwa
BByrwa@Pathfindercorp.net

**West LA Office**
12011 San Vicente Blvd., Suite 505
Los Angeles, CA 90049
Phone: (310) 471-6560
Fax: (310) 440-2683

Pathfinder Mortgage Corporation                                                    Page 2 of 2

Email: InfoWLA@pathfindercorp.net

☒ Originations

☒ Advisory Services

Contacts:
Ron Robbins
RRobbins@PathfinderCorp.net
Harold Gingrich
HGingrich@PathfinderCorp.net
Bob Foote
BFoote@PathfinderCorp.net
Mary Arenas
MArenas@pathfindercorp.net

--------------------------------------------------------------------------------

San Diego Office
445 Marine View Avenue, Suite 295
Del Mar, CA 92014
Phone: (858) 793-1769
Fax: (858) 793-1769
Email: bstirling@pathfindercorp.net

☒ Originations

☒ Advisory Services

Contacts:
Bruce Stirling
BStirling@PathfinderCorp.net
Bill McHugh
bmchugh@pathfindercorp.net

--------------------------------------------------------------------------------

☐

home | services | property types | lender profile | transactions | company contacts
management access | client access | strategic relationships

# Exhibit J

Help | Sign in

Web Images Videos Maps News Shopping Gmail more ▾

# Google maps

1535 Los Angeles, CA 90017 to 2858 Via Bellota San Clemente California   Search Maps   Show search options

To see all the features and access any of our features

Get Directions   My Maps

☑ 1725 South Figueroa St, Suite 1535, Los
☑ 2858 Via Bellota, San Clemente, Califor
Add Destination - Show options

By car   ▾   [ Get Directions ]

Also available: 🚌 Public Transit

## Driving directions to 2858 Via Bellota, San Clemente, CA 92673

▸ Suggested routes

| | | |
|---|---|---|
| I-5 S | 1 hour 4 mins | |
| 61.7 mi | 2 hours 30 mins in traffic | |
| I-405 S | 1 hour 8 mins | |
| 67.2 mi | 1 hour 30 mins in traffic | |

🅐 725 S Figueroa St
Los Angeles, CA 90017

| 1 | Head northeast on S Figueroa St toward W 7th St | 🚶 0.3 mi |
| 2 | Turn left at W 5th St | 100 ft |
| 3 | Take the CA-110 N/Harbor Fwy N ramp | 0.2 mi |
| 4 | Merge onto CA-110 N/I-110 N | 0.4 mi |
| 5 | Take the exit toward I-5 S/Santa Ana/I-10 E/San Bernardino | 0.5 mi |
| 6 | Merge onto US-101 S | 3.6 mi |
| 7 | Merge onto I-5 S | 54.2 mi |
| 8 | Take exit 78 for Camino De Estrella | 0.3 mi |
| 9 | Turn left at Camino De Estrella | 0.3 mi |
| 10 | Continue on Camino De Los Mares | 1.2 mi |
| 11 | Turn right at Calle Nuevo | 0.3 mi |
| 12 | Take the 3rd right onto Via Amapola | 0.3 mi |
| 13 | Take the 1st left onto Calle Piedras | 100 ft |
| 14 | Take the 1st right onto Via Bellota
Destination will be on the right | 161 ft |

🅑 2858 Via Bellota
San Clemente, CA 92673

Save to My Maps

Done

🖶 Print  ✉ Send  ⚙⚙ Link

Map   Satellite   Terrain

Traffic   More...   ▾

©2009 Google - Map data ©2009 Tele Atlas - Terms of Use

🌐 Internet

# Exhibit K

## 2010 E 1st St

Medical/dental Office Site
Santa Ana, CA 92705

**Commercial Land of 7.82 AC Sold on 03/06/2006 for $8,856,614**

### buyer

**NMP SA LLC**
c/o Newport Real Estate Services Inc
1122 Bristol St
Costa Mesa, CA 92626
(714) 850-0085

### seller

Sisters of the Company of Mary Our Lady
c/o Sister Mary S. Estarda, ODN
16791 E Main St
Tustin, CA 92780
(714) 541-3125



### vital data

| | | | |
|---|---|---|---|
| Sale Date: | **03/06/2006** | Sale Price: | **$8,856,614** |
| Escrow/Contract: | **420 days** | Status: | **Confirmed** |
| Days on Market: | **-** | Down Pmnt: | **-** |
| Exchange: | **No** | Pct Down: | **-** |
| Conditions: | **Land Contract** | Doc No: | **0148075** |
| Density: | **-** | Trans Tax: | **-** |
| Max No of Units: | **-** | Corner: | **No** |
| Price/Unit: | **-** | Topography: | **Level** |
| Lot Dimensions: | **Irregular** | Improvements: | **Finished lots** |
| Frontage | **336 feet on 1st St** | Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Sewer, Streets, Water** |
| Comp ID: | **1101528** | Zoning: | **C5, Santa Ana** |
| | | Submarket: | **Park Center** |
| | | Map Page: | **Thomas Bros. Guide 829-J3** |
| | | Parcel No: | **402-201-09** |
| | | Property Type: | **Land** |
| | | Proposed Use: | **Office** |

### income expense data

| | Gross | Net |
|---|---|---|
| Acres: | 7.82 AC | - |
| Price/Acre: | $1,132,559.34 | - |
| SF: | 340,639 SF | - |
| Price/SF: | $26.00 | - |

### listing broker

**Voit Commercial Brokerage**
2020 Main St
Irvine, CA 92614
(949) 851-5100
Dave Alderman, John Collins

### buyer broker

**Voit Commercial Brokerage**
2020 Main St
Irvine, CA 92614
(949) 851-5100
Dave Alderman, John Collins

### financing

**1st Alliance Bank (Construction)**
Bal/Pmt: **$4,711,000**

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

**7711 Beach Blvd**

Buena Park, CA 90620

(Theme/Festival Center) Building of 68,462 SF Sold on
05/18/2007 for $8,600,000



### buyer

Community Redevelopment Agency of the City of Bue
6650 Beach Blvd
Buena Park, CA 90621

### seller

Fong & Paul Associates

### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | 60 days | Sale Price: | $8,600,000 |
| Sale Date: | 05/18/2007 | Status: | Confirmed |
| Days on Market: | 115 days | Building SF: | 68,462 SF |
| Exchange: | No | Price/SF: | $125.62 |
| Conditions: | - | Buyer Cap Rate: | - |
| Land Area SF: | 368,518 | Seller Cap Rate: | - |
| Acres: | 8.46 | Down Pmnt: | - |
| $/SF Land Gross: | $23.34 | Pct Down: | - |
| Year Built, Age: | - | Doc No: | 0322465 |
| Parking Spaces: | - | Trans Tax: | - |
| Parking Ratio: | - | Corner: | No |
| FAR: | 0.19 | Zoning: | - |
| Lot Dimensions: | - | No Tenants: | 2 |
| Frontage: | 625 feet on Beach Blvd | Percent Improved: | - |
| Tenancy: | Multi | Submarket: | Buena Park |
| Comp ID: | 1319435 | Map Page: | - |
| | | Parcel No: | 136-203-40 |
| | | Property Type: | Retail |

### income expense data

### listing broker

**Voit Commercial Brokerage**
2020 Main St
Irvine, CA 92614
(949) 851-5100
Tony Gleason

### buyer broker

**No Buyer Broker on Deal**

### financing

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

## 1800-1840 N Bristol St

Santa Ana, CA 92706

Retail Building of 107,687 SF Sold on 12/14/2006 for $20,500,000



### buyer

**BMPBTC LLC**
c/o Bruce Conzelman
320 Goodhill Rd
Kentfield, CA 94904
(800) 937-1889

### seller

**L&M O'Hearn Properties LLC**
c/o Leo O'Hearn
3650 Ketch Ave
Oxnard, CA 93035
(805) 984-5880

### vital data

| | | | | |
|---|---|---|---|---|
| Escrow/Contract: | 90 days | | Sale Price: | $20,500,000 |
| Sale Date: | 12/14/2006 | | Status: | Confirmed |
| Days on Market: | 153 days | | Building SF: | 107,687 SF |
| Exchange: | Yes | | Price/SF: | $190.37 |
| Conditions: | 1031 Exchange | | Buyer Cap Rate: | 6.6% |
| Land Area SF: | 216,929 | | Seller Cap Rate: | - |
| Acres: | 4.98 | | Down Pmnt: | $7,000,000.00 |
| $/SF Land Gross: | $94.50 | | Pct Down: | 34.1% |
| Year Built, Age: | 1958  Age: 48 | | Doc No: | 0843244 |
| Parking Spaces: | - | | Trans Tax: | $22,550 |
| Parking Ratio: | 5.21/1000 SF | | Corner: | No |
| FAR: | 0.50 | | Zoning: | C-2 |
| Lot Dimensions: | - | | Percent Improved: | - |
| Frontage: | 121 feet on W 17th St (with 1 curb cut) | | Submarket: | Santa Ana Civic Center |
| Tenancy: | Multi | | Map Page: | - |
| Comp ID: | 1198699 | | Parcel No: | 399-121-48 |
| | | | Property Type: | Retail |

### income expense data

| | | |
|---|---|---|
| **Income** | Gross Scheduled Income | $1,356,000 |
| | + Other Income | |
| | - Vacancy Allowance | |
| | Effective Gross Income | |
| **Net Income** | Net Operating Income | $1,356,000 |
| | - Debt Service | |
| | - Capital Expenditure | |
| | Cash Flow | $1,356,000 |

### financing

1st John Hancock Life Ins (Assumed, 6.16%)
    Bal/Pmt: $13,500,000/$831,600

### listing broker

**Sperry Van Ness**
4320 La Jolla Village Dr
San Diego, CA 92122
(858) 452-9100
Ryan Litrich

### buyer broker

Unknown

This copyrighted report contains research licensed to Alliance Valuation Group - 58056

## 3310-3398 S Bristol St

Bristol Place
Santa Ana, CA 92704

(Community Center) Building of 66,804 SF Sold on 02/23/2006
for $25,100,000

### buyer

CP Bristol SA, LLC
c/o William R. Rothacker
8480 E Orchard Rd
Greenwood Village, CO 80111
(720) 493-5100

### seller

SIMI Cochran Shopping Center, LP
c/o Glick Family, LLC
21800 Burbank Blvd
Woodland Hills, CA 91367
(818) 610-0930



### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | - | Sale Price: | $25,100,000 |
| Sale Date: | 02/23/2006 | Status: | Confirmed |
| Days on Market: | - | Building SF: | 66,804 SF |
| Exchange: | No | Price/SF: | $375.73 |
| Conditions: | - | Buyer Cap Rate: | - |
| Land Area SF: | 219,542 | Seller Cap Rate: | 5.9% |
| Acres: | 5.04 | Down Pmnt: | $6,500,000.00 |
| $/SF Land Gross: | $114.33 | Pct Down: | 25.9% |
| Year Built, Age: | 1986  Age: 20 | Doc No: | 0122067 |
| Parking Spaces: | 200 | Trans Tax: | - |
| Parking Ratio: | - | Corner: | No |
| FAR: | 0.30 | Zoning: | C4, Santa Ana |
| Lot Dimensions: | - | No Tenants: | 19 |
| Frontage: | - | Percent Improved: | 30.4% |
| Tenancy: | Multi | Submarket: | South Coast Metro |
| Comp ID: | 1098703 | Map Page: | Thomas Bros. Guide 859-D2 |
| | | Parcel No: | 412-141-23 |
| | | Property Type: | Retail |

### income expense data

### listing broker

Hanley Investment Group
2030 Main St
Irvine, CA 92614
(949) 585-7610
Edward Hanley

### buyer broker

Hanley Investment Group
2030 Main St
Irvine, CA 92614
(949) 585-7610
Edward Hanley

### financing

1st Nomura Credit & Capital
Bal/Pmt: **$18,600,000**

### prior sale

| | |
|---|---|
| Date/Doc No: | 01/24/2000 |
| Sale Price: | $12,154,000 |
| CompID: | 436573 |

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

**601-697 N Euclid St**

Euclid Plaza
Anaheim, CA 92801

(Neighborhood Center)  Building of 131,849 SF Sold on
03/14/2007 for $32,250,000





| buyer |
| --- |

C & Z Partners-Euclid LLC
c/o David Diamond
4207 S Hudson Pky
Englewood, CO 80113
(303) 639-9455

| seller |
| --- |

250 S Reno Street Apartments LLC
c/o Mark Kaufman
3659 E Thousand Oaks Blvd
Westlake Village, CA 91362
(818) 501-8656

vital data

| | | | | |
| --- | --- | --- | --- | --- |
| Escrow/Contract: | 150 days | | Sale Price: | $32,250,000 |
| Sale Date: | 03/14/2007 | | Status: | Confirmed |
| Days on Market: | 28 days | | Building SF: | 131,849 SF |
| Exchange: | Yes | | Price/SF: | $244.60 |
| Conditions: | 1031 Exchange | | Buyer Cap Rate: | 6.9% |
| Land Area SF: | 457,380 | | Seller Cap Rate: | 6.7% |
| Acres: | 10.5 | | Down Pmnt: | - |
| $/SF Land Gross: | $70.51 | | Pct Down: | - |
| Year Built, Age: | 1961  Age: 46 | | Doc No: | 0138633 |
| Parking Spaces: | - | | Trans Tax: | - |
| Parking Ratio: | 3.41/1000 SF | | Corner: | Yes |
| FAR: | 0.29 | | Zoning: | C |
| Lot Dimensions: | 740x620 | | No Tenants: | 14 |
| Frontage: | - | | Percent Improved: | 50.2% |
| Tenancy: | Multi | | Submarket: | Katella North |
| Comp ID: | 1260684 | | Map Page: | - |
| | | | Parcel No: | 272-041-07 |
| | | | Property Type: | Retail |

| income expense data | listing broker |
| --- | --- |
| | **Investment Real Estate Associates**<br>16501 Ventura Blvd<br>Encino, CA 91436<br>(818) 386-6888<br>Chris Thompson |
| | buyer broker |
| | **Investment Real Estate Associates**<br>16501 Ventura Blvd<br>Encino, CA 91436<br>(818) 386-6888<br>Clark Everitt |

| financing | prior sale | |
| --- | --- | --- |
| | Date/Doc No: | 04/30/2004 |
| | Sale Price: | $27,500,000 |
| | CompID: | 888571 |

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

## 6847-6931 Katella Ave

Cypress Center
Cypress, CA 90630

**(Neighborhood Center)  Building of 155,860 SF Sold on 01/22/2007 for $15,525,000**



### buyer

**Cypress Center Holding LLC**
c/o Simon Honeybone
8115 Preston Rd
Dallas, TX 75225
(214) 692-4200

### seller

**Bixby - Cypress Center Inc.**
c/o Greg Gilroy
1200 Newport Center Dr
Newport Beach, CA 92660
(949) 335-0080

### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | **30 days** | Sale Price: | **$15,525,000** |
| Sale Date: | **01/22/2007** | Status: | **Confirmed** |
| Days on Market: | **20 days** | Building SF: | **155,860 SF** |
| Exchange: | **No** | Price/SF: | **$99.61** |
| Conditions: | **-** | Buyer Cap Rate: | **6.5%** |
| Land Area SF: | **492,228** | Seller Cap Rate: | **-** |
| Acres: | **11.3** | Down Pmnt: | **$6,009,000.00** |
| $/SF Land Gross: | **$31.54** | Pct Down: | **38.7%** |
| Year Built, Age: | **1984  Age: 23** | Doc No: | **0048592** |
| Parking Spaces: | **475** | Trans Tax: | |
| Parking Ratio: | **3.05/1000 SF** | Corner: | **No** |
| FAR: | **0.32** | Zoning: | **PC-1** |
| Lot Dimensions: | **-** | No Tenants: | **12** |
| Frontage: | **-** | Percent Improved: | **69.3%** |
| Tenancy: | **Multi** | Submarket: | **Cypress/Los Alamitos** |
| Comp ID: | **1221798** | Map Page: | **-** |
| | | Parcel No: | **134-451-28** |
| | | Property Type: | **Retail** |

### income expense data

### listing broker

**CB Richard Ellis**
3501 Jamboree Rd
Newport Beach, CA 92660
(949) 725-8500
Kirk Brummer, Preston Fetrow, Todd Goodman

### buyer broker

**CB Richard Ellis**
3501 Jamboree Rd
Newport Beach, CA 92660
(949) 725-8500
Preston Fetrow, Todd Goodman, Kirk Brummer

### financing

**1st Bank of America**
Bal/Pmt: **$9,516,000**

### prior sale

| | |
|---|---|
| Date/Doc No: | 12/18/1997 |
| Sale Price: | $8,300,000 |
| CompID: | 158897 |

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

## Seal Beach Blvd

Pacific Gateway Business Center
Seal Beach, CA 90740

**Commercial Land of 4.67 AC Sold on 09/26/2006 for $5,085,625**

### buyer

**Pacific Gateway Retail, LLC**
c/o John T Mehigan
18111 Von Karman Ave
Irvine, CA 92612
(949) 474-7830

### seller

**The Boeing Company**
c/o Alan DeFrancis
15480 Laguna Canyon Rd
Irvine, CA 92618
(949) 790-1900

Photo N/Ap, Land Sale

### vital data

| | | | |
|---|---|---|---|
| Sale Date: | **09/26/2006** | Sale Price: | **$5,085,625** |
| Escrow/Contract: | - | Status: | **Confirmed** |
| Days on Market: | - | Down Pmnt: | - |
| Exchange: | **No** | Pct Down: | - |
| Conditions: | - | Doc No: | **0637750** |
| Density: | - | Trans Tax: | - |
| Max No of Units: | - | Corner: | **No** |
| Price/Unit: | - | Topography: | **Level** |
| Lot Dimensions: | **Irregular** | Improvements: | **Not Available** |
| Frontage | - | Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Sewer, Streets, Water** |
| Comp ID: | **1160038** | Zoning: | **SP, Seal Beach** |
| | | Submarket: | **Seal Beach** |
| | | Map Page: | **Thomas Bros. Guide 826-H2** |
| | | Parcel No: | **095-010-58** |
| | | Property Type: | **Land** |
| | | Proposed Use: | **Unknown** |

### income expense data

| | Gross | Net |
|---|---|---|
| Acres: | **4.67 AC** | - |
| Price/Acre: | **$1,088,998.93** | - |
| SF: | **203,425 SF** | - |
| Price/SF: | **$25.00** | - |

### listing broker

### buyer broker

### financing

**1st City National Bank**
Bal/Pmt:  **$8,100,000**

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

1/30/2008
Page 7

## 1800-1840 N Bristol St

Santa Ana, CA 92706

**Retail Building of 107,687 SF Sold on 12/14/2006 for $20,500,000**



### buyer

**BMPBTC LLC**
c/o Bruce Conzelman
320 Goodhill Rd
Kentfield, CA 94904
(800) 937-1889

### seller

**L&M O'Hearn Properties LLC**
c/o Leo O'Hearn
3650 Ketch Ave
Oxnard, CA 93035
(805) 984-5880

### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | **90 days** | Sale Price: | **$20,500,000** |
| Sale Date: | **12/14/2006** | Status: | **Confirmed** |
| Days on Market: | **153 days** | Building SF: | **107,687 SF** |
| Exchange: | **Yes** | Price/SF: | **$190.37** |
| Conditions: | **1031 Exchange** | Buyer Cap Rate: | **6.6%** |
| Land Area SF: | **216,929** | Seller Cap Rate: | **-** |
| Acres: | **4.98** | Down Pmnt: | **$7,000,000.00** |
| $/SF Land Gross: | **$94.50** | Pct Down: | **34.1%** |
| Year Built, Age: | **1958  Age: 48** | Doc No: | **0843244** |
| Parking Spaces: | **-** | Trans Tax: | **$22,550** |
| Parking Ratio: | **5.21/1000 SF** | Corner: | **No** |
| FAR: | **0.50** | Zoning: | **C-2** |
| Lot Dimensions: | **-** | Percent Improved: | **-** |
| Frontage: | **121 feet on W 17th St (with 1 curb cut)** | Submarket: | **Santa Ana Civic Center** |
| Tenancy: | **Multi** | Map Page: | **-** |
| Comp ID: | **1198699** | Parcel No: | **399-121-48** |
| | | Property Type: | **Retail** |

### income expense data

| | | |
|---|---|---|
| Income | Gross Scheduled Income | $1,356,000 |
| | + Other Income | |
| | - Vacancy Allowance | |
| | Effective Gross Income | |
| Net Income | Net Operating Income | $1,356,000 |
| | - Debt Service | |
| | - Capital Expenditure | |
| | Cash Flow | $1,356,000 |

### listing broker

Sperry Van Ness
4320 La Jolla Village Dr
San Diego, CA 92122
(858) 452-9100
Ryan Litrich

### buyer broker

Unknown

### financing

**1st John Hancock Life Ins (Assumed, 6.16%)**
Bal/Pmt:  $13,500,000/$831,600

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

## 15550-15640 Brookhurst St

Brookhurst Town Center
Westminster, CA 92683

(Community Center) Building of 49,875 SF Sold on 02/02/2005
for $7,050,000



### buyer

**Young Seok Suh MD Inc**
c/o Young Seok Suh
223 S Central Ave
Los Angeles, CA 90012
(213) 680-3393

### seller

**Brookhurst-McFadden LP**
c/o Gary Hamilton
363 San Miguel Dr
Newport Beach, CA 92660
(949) 640-4060

### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | **45 days** | Sale Price: | **$7,050,000** |
| Sale Date: | **02/02/2005** | Status: | **Confirmed** |
| Days on Market: | **300 days** | Building SF: | **49,875 SF** |
| Exchange: | **No** | Price/SF: | **$141.35** |
| Conditions: | **Ground Lease (Leasehold)** | Buyer Cap Rate: | **-** |
| Land Area SF: | **200,812** | Seller Cap Rate: | **10.0%** |
| Acres: | **4.61** | Down Pmnt: | **$2,424,000.00** |
| $/SF Land Gross: | **$35.11** | Pct Down: | **34.4%** |
| Year Built, Age: | **1988  Age: 17** | Doc No: | **0085971** |
| Parking Spaces: | **327** | Trans Tax: | **$7,755** |
| Parking Ratio: | **6.56/1000 SF** | Corner: | **No** |
| FAR: | **0.25** | Zoning: | **C1, Westminster** |
| Lot Dimensions: | **-** | Percent Improved: | **56.2%** |
| Frontage: | **588 feet on Brookhurst** | Submarket: | **Westminster Complex** |
| Tenancy: | **Multi** | Map Page: | **-** |
| Comp ID: | **973832** | Parcel No: | **108-441-15 [Partial List]** |
| | | Property Type: | **Retail** |

### income expense data

### listing broker

**Sperry Van Ness**
18881 Von Karman Ave
Irvine, CA 92612
(949) 250-4100
Sharon Browning, Mehran Foroughi

### buyer broker

**Sperry Van Ness**
18881 Von Karman Ave
Irvine, CA 92612
(949) 250-4100
Sharon Browning

### financing

**1st Center Bank**
Bal/Pmt: **$4,626,000**

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

1/30/2008
Page 2

## 15553-15691 Brookhurst St

Westminster, CA 92683

(Strip Center)  Building of 62,048 SF Sold on 01/19/2005 for
$6,835,000



### buyer

**Thomas Wong**
19760 Reedview Dr
Rowland Heights, CA 91748
(626) 272-7732

### seller

**Sherry Liou**

Westminster, CA 92684

### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | - | Sale Price: | **$6,835,000** |
| Sale Date: | **01/19/2005** | Status: | **Full Value** |
| Days on Market: | - | Building SF: | **62,048 SF** |
| Exchange: | **No** | Price/SF: | **$110.16** |
| Conditions: | - | Buyer Cap Rate: | - |
| Land Area SF: | **291,416** | Seller Cap Rate: | - |
| Acres: | **6.69** | Down Pmnt: | - |
| $/SF Land Gross: | **$23.45** | Pct Down: | - |
| Year Built, Age: | - | Doc No: | **0042815** |
| Parking Spaces: | - | Trans Tax: | **$7,518.50** |
| Parking Ratio: | - | Corner: | **Yes** |
| FAR: | **0.21** | Zoning: | **C1, Westminster** |
| Lot Dimensions: | - | No Tenants: | **1** |
| Frontage: | - | Percent Improved: | **44.1%** |
| Tenancy: | **Multi** | Submarket: | **Westminster Complex** |
| Comp ID: | **992632** | Map Page: | **Thomas Bros. Guide 828-E5** |
| | | Parcel No: | **143-142-02 [Partial List]** |
| | | Property Type: | **Retail** |

### income expense data

### listing broker

### buyer broker

### financing

**1st East West Bank**
Bal/Pmt: **$9,450,000**

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

## 18175-18255 Brookhurst St

Fountain Valley, CA 92708

**(Neighborhood Center)  Building of 39,600 SF Sold on 10/04/2006 for $13,960,000**



### buyer

**Mariposa Plaza**
c/o May Hasso
250 Newport Center Dr
Newport Beach, CA 92660
(949) 729-1622

### seller

**GMN Company**
c/o Earl Greif
8 Deerfeild Ct
Rancho Mirage, CA 92270
(760) 770-9936

### vital data

| | | | | |
|---|---|---|---|---|
| Escrow/Contract: | **120 days** | | Sale Price: | **$13,960,000** |
| Sale Date: | **10/04/2006** | | Status: | **Confirmed** |
| Days on Market: | **304 days** | | Building SF: | **39,600 SF** |
| Exchange: | **No** | | Price/SF: | **$352.53** |
| Conditions: | - | | Buyer Cap Rate: | **6.3%** |
| Land Area SF: | **166,399** | | Seller Cap Rate: | - |
| Acres: | **3.82** | | Down Pmnt: | - |
| $/SF Land Gross: | **$83.89** | | Pct Down: | - |
| Year Built, Age: | **1987  Age: 19** | | Doc No: | **0658594** |
| Parking Spaces: | - | | Trans Tax: | - |
| Parking Ratio: | **4/1000 SF** | | Corner: | **Yes** |
| FAR: | **0.24** | | Zoning: | **C1,Fountain Valley** |
| Lot Dimensions: | - | | No Tenants: | **28** |
| Frontage: | - | | Percent Improved: | **61.4%** |
| Tenancy: | **Multi** | | Submarket: | **Fountain Valley** |
| Comp ID: | **1160851** | | Map Page: | - |
| | | | Parcel No: | **157-241-24** |
| | | | Property Type: | **Retail** |

### income expense data

### listing broker

**Sperry Van Ness**
18881 Von Karman Ave
Irvine, CA 92612
(949) 250-4100
Mehran Foroughi, Sharon Browning

### buyer broker

**Sperry Van Ness**
18881 Von Karman Ave
Irvine, CA 92612
(949) 250-4100
Mehran Foroughi, Sharon Browning

### financing

**1st Wells Fargo Bank N.A.**
    Bal/Pmt:  **$4,300,000**

### prior sale

| | |
|---|---|
| Date/Doc No: | 12/27/1996 |
| Sale Price: | $6,475,000 |
| CompID: | 157664 |

This copyrighted report contains research licensed to Alliance Valuation Group - 58856.

**8871-8947 Garden Grove Blvd**

Garden Plaza
Garden Grove, CA 92841

**(Neighborhood Center)** Building of 65,120 SF Sold on 06/04/2007 for $18,000,000

buyer

Charles S & Donna Y Lee
3287 W Olympic Blvd
Los Angeles, CA 90006

seller

GG Rhee Property LLC
3550 Wilshire Blvd
Los Angeles, CA 90010



vital data

| | | | | |
|---|---|---|---|---|
| Escrow/Contract: | - | | Sale Price: | $18,000,000 |
| Sale Date: | 06/04/2007 | | Status: | Full Value |
| Days on Market: | - | | Building SF: | 65,120 SF |
| Exchange: | No | | Price/SF: | $276.41 |
| Conditions: | - | | Buyer Cap Rate: | - |
| Land Area SF: | - | | Seller Cap Rate: | - |
| Acres: | - | | Down Pmnt: | $5,640,000.00 |
| $/SF Land Gross: | - | | Pct Down: | 31.3% |
| Year Built, Age: | 1974  Age: 33 | | Doc No: | 0562658 |
| Parking Spaces: | 350 | | Trans Tax: | $19,800 |
| Parking Ratio: | 5.37/1000 SF | | Corner: | Yes |
| FAR: | - | | Zoning: | - |
| Lot Dimensions: | - | | No Tenants: | 16 |
| Frontage: | - | | Percent Improved: | 31.3% |
| Tenancy: | Multi | | Submarket: | Garden Grove |
| Comp ID: | 1402164 | | Map Page: | - |
| | | | Parcel No: | 133-443-05 |
| | | | Property Type: | Retail |

income expense data

listing broker

No Listing Broker on Deal

buyer broker

No Buyer Broker on Deal

financing

1st Farmers & Merchants Bk
  Bal/Pmt: **$12,360,000**

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

**16275-16377 Harbor Blvd**

Harbor Plaza
Fountain Valley, CA 92708

**(Strip Center) Building of 41,550 SF Sold on 02/22/2007 for $11,760,000**

### buyer

Amusement Industry Inc
6665 Long Beach Blvd
Long Beach, CA 90805
(310) 639-0782

### seller

U.N.T. Atia.,
2142 Liane Ln
Santa Ana, CA 92705
(714) 730-6257



### vital data

| | | | |
|---|---|---|---|
| Escrow/Contract: | - | Sale Price: | $11,760,000 |
| Sale Date: | 02/22/2007 | Status: | Confirmed |
| Days on Market: | - | Building SF: | 41,550 SF |
| Exchange: | No | Price/SF: | $283.03 |
| Conditions: | - | Buyer Cap Rate: | - |
| Land Area SF: | 172,062 | Seller Cap Rate: | 6.3% |
| Acres: | 3.95 | Down Pmnt: | - |
| $/SF Land Gross: | $68.35 | Pct Down: | - |
| Year Built, Age: | 1985  Age: 22 | Doc No: | 0391146 |
| Parking Spaces: | - | Trans Tax: | - |
| Parking Ratio: | - | Corner: | No |
| FAR: | 0.24 | Zoning: | - |
| Lot Dimensions: | - | No Tenants: | 3 |
| Frontage: | - | Percent Improved: | 63.0% |
| Tenancy: | Multi | Submarket: | Fountain Valley |
| Comp ID: | 1336145 | Map Page: | - |
| | | Parcel No: | 144-231-71 |
| | | Property Type: | Retail |

### income expense data

### listing broker

Hanley Investment Group
2030 Main St
Irvine, CA 92614
(949) 585-7610
Eric Wohl, Edward Hanley

### buyer broker

Hanley Investment Group
2030 Main St
Irvine, CA 92614
(949) 585-7610
Eric Wohl, Edward Hanley

### financing

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

## 6847-6931 Katella Ave



Cypress Center
Cypress, CA 90630

**(Neighborhood Center)  Building of 155,860 SF Sold on
01/22/2007 for $15,525,000**

### buyer

**Cypress Center Holding LLC**
c/o Simon Honeybone
8115 Preston Rd
Dallas, TX 75225
(214) 692-4200

### seller

**Bixby - Cypress Center Inc.**
c/o Greg Gilroy
1200 Newport Center Dr
Newport Beach, CA 92660
(949) 335-0080

### vital data

| | | | | |
|---|---|---|---|---|
| Escrow/Contract: | 30 days | | Sale Price: | $15,525,000 |
| Sale Date: | 01/22/2007 | | Status: | Confirmed |
| Days on Market: | 20 days | | Building SF: | 155,860 SF |
| Exchange: | No | | Price/SF: | $99.61 |
| Conditions: | - | | Buyer Cap Rate: | 6.5% |
| Land Area SF: | 492,228 | | Seller Cap Rate: | - |
| Acres: | 11.3 | | Down Pmnt: | $6,009,000.00 |
| $/SF Land Gross: | $31.54 | | Pct Down: | 38.7% |
| Year Built, Age: | 1984  Age: 23 | | Doc No: | 0048592 |
| Parking Spaces: | 475 | | Trans Tax: | - |
| Parking Ratio: | 3.05/1000 SF | | Corner: | No |
| FAR: | 0.32 | | Zoning: | PC-1 |
| Lot Dimensions: | - | | No Tenants: | 12 |
| Frontage: | - | | Percent Improved: | 69.3% |
| Tenancy: | Multi | | Submarket: | Cypress/Los Alamitos |
| Comp ID: | 1221798 | | Map Page: | - |
| | | | Parcel No: | 134-451-28 |
| | | | Property Type: | Retail |

### income expense data

### listing broker

**CB Richard Ellis**
3501 Jamboree Rd
Newport Beach, CA 92660
(949) 725-8500
Kirk Brummer, Preston Fetrow, Todd Goodman

### buyer broker

**CB Richard Ellis**
3501 Jamboree Rd
Newport Beach, CA 92660
(949) 725-8500
Preston Fetrow, Todd Goodman, Kirk Brummer

### financing

**1st Bank of America**
Bal/Pmt:  **$9,516,000**

### prior sale

| | |
|---|---|
| Date/Doc No: | 12/18/1997 |
| Sale Price: | $8,300,000 |
| CompID: | 158897 |

This copyrighted report contains research licensed to Alliance Valuation Group - 58656.

# Exhibit L



601-697 N Euclid Street
Anaheim, CA  92801





6847-6931 Katella Avenue
Cypress, CA  90630