IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*.<br><br>Defendants. | Civil Action No. 8:08-CV-663-AW<br><br>**DECLARATION OF CURTIS RICKETTS** |

**DECLARATION OF CURTIS RICKETTS**

1.  My name is Curtis Ricketts. I am currently employed by CoStar Group, Inc. ("CoStar') as Vice President of Inside Sales. The statements in this declaration are based upon personal knowledge and I would testify to such statements under oath if called upon as a witness.

2.  From late 2007 through the end of 2008, I held the position of Director of CoStar's Theft, Fraud and Litigation team. In that position, I oversaw CoStar's efforts to investigate unlicensed use of its products. I also personally participated in investigations of suspected unlicensed use.

3.  In early 2008, I investigated the IP addresses associated with the CoStar account of Alliance Valuation Group ("Alliance"). Using CoStar's internal database that records the "logon history" of each customer account, I was able to see that the Alliance account, and especially that of Mark Field, was being accessed from multiple IP addresses. Two of those IP addresses were 64.60.14.210 and 64.60.231.251.

Dockets.Justia.com

4.  As a part of my investigation, I used the "Reverse IP Lookup" feature of the American Registry for Internet Numbers, ARIN to determine to which entity those IP addresses were assigned. That feature is available on the ARIN website, www.arin.net. My use of the ARIN Reverse IP Lookup in early 2008 showed that those particular IP addresses were assigned to Pathfinder Mortgage Corporation ("Pathfinder").

5.  Prior to looking up the two IP addresses on ARIN, CoStar was not previously aware that Pathfinder was the source of misuse of the Alliance user accounts. The assignment of the two IP addresses to Pathfinder was the material information that indicated to CoStar that Pathfinder was using CoStar's products without a license. In addition, the fact that Brad Christensen, who CoStar's records show previously was a user of CoStar's products under the Alliance contract, was employed by Pathfinder confirmed to me that Pathfinder was unlawfully accessing CoStar's products.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October at Bethesda, Maryland.

_____
Curtis Ricketts