# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| CoStar Realty Information, Inc., et al. | | * | |
| | Plaintiff(s) | * | |
| vs. | | * | Case No.: 8:08−cv−00663−AW |
| | | * | Judge Alexander Williams Jr. |
| Mark Field, et al. | | * | |
| | Defendant(s) | * | |
| | | ***** | |

_____

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States Court for the District of Maryland, this case is hereby referred to the Honorable Jillyn K Schulze, United States Magistrate Judge, for said District, for the following purposes(s):

- [ ] For all proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) by consent of the parties.
- [ ] Settlement or other ADR conference.
- [x] Discovery disputes as follows:
    - [x] All discovery and related scheduling matter.
    - [ ] Specifically,
- [ ] Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).
- [ ] Ordering and conducting suppplementary proceedings in accordance with Md. R. Proc. 2−633.
- [ ] Reviewing a default judgment and/or making recommendations concerning damages.
- [ ] Other

Date: October 30, 2009            _____/s/_____
                                                                             Alexander Williams Jr.
                                                                             United States District Judge