# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., *et al.*, | * * * |
| Plaintiffs, | * * |
| v. | * *   Civil Action No. AW-08-00663 |
| MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.*, | * * * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

This case was filed against Defendant Mark Field on March 13, 2008. On September 24, 2009, Plaintiffs filed a Motion for Order to Show Cause Why Default Should Not be Entered Against Mark Field. (Doc. No. 73.) Plaintiffs represent in their motion that Defendant failed to comply with discovery request and has not responded to Plaintiffs correspondence seeking such requests. Plaintiffs have asked this Court to award sanctions for this failure, which may include entering a default judgment against Defendant. Therefore, IT IS this **2nd day of November, 2009**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Within **fourteen (14) days** of this Order, Defendant Mark Field should **SHOW CAUSE** as to why this Court should not enter sanctions against him for failure to respond to discovery request, including entry of a default judgment and an award of attorney's fees and costs, pursuant to Fed R. Civ. P. 37(b)(2)(A)(i)-(vii);

2. The Clerk of the Court transmit a copy of this Order to all parties of record.

              /s/
Alexander Williams, Jr.
United States District Court Judge