# EXHIBIT 5

Started paying I believe in April or May 2004

3 quarters @ $1251 = $3,753

But do not have the invoices.... not sure they sent invoices. Seems like they started that later.

GRESSETT 00038

_Gressett_
Exhibit No. 3

# Alliance Valuation Group

17911 Sky Park Circle-Suite E
Irvine, CA 92614

# Invoice

| Date | Invoice # |
|---|---|
| 3/28/05 | 0025 |

**Bill To**

Russell A. Gressett
13723 Darrington Lane
Houston, Texas 77069

| Due Date |
|---|
| UPON RECEIPT |

| Item | Description | Amount |
|---|---|---|
| Comps Use | For months of: *April, May, June, 2005* <br> At $417.00/month <br><br> Payments made to date  —0— | $1,251.00 |

| | |
|---|---|
| Total | $1,251.00 |
| Payments/Credits | —0— |
| Balance Due | $1,251.00 |

| Phone # | Fax # |
|---|---|
| 949-955-1919 | 949-955-1972 |

GRESSETT 00039

REDACTED



Check #1042, dated 5/2/05, from National Valuation Group - Houston, c/o Russ A. Gressett, MAI, payable to Alliance V.G. for $1251.00 ("Twelve Hundred Fifty One & 50/100"). For April, May, June. Bank of America.

GRESSETT 00040

**Invoice**

...ance Valuation Group
...11 Sky Park Circle-Suite E
...ne, CA 92614

| Date | Invoice # |
|---|---|
| 6-27-05 | 0033 |

**Bill To**

Russell A. Gressett
13723 Darrington Lane
Houston, Texas 77069



REDACTED

| Due Date | |
|---|---|
| UPON RECEIPT | |

| Item | Description | Amount |
|---|---|---|
| Comps Use | For months of: July, August, September, 2005 At $417.00/month  Payments made to date ___-___ | $1,251.00 |

---

ATIONAL VALUATION GROUP - HOUSTON
/O RUSS A. GRESSETT, MAI
3723 DARRINGTON LANE
OUSTON, TX 77069

35-2/1130    1043

Pay to the order of: Alliance Valuation Group    Date 7/25/05    $ 1251.00

Twelve Hundred Fifty One 00/100 ———— Dollars

NK OF AMERICA
HOUSTON CENTER
TON, TX 77010

Comps Service
Jul, Aug, Sept 2005

[signature]

1043

$1,251.00
nts/Credits  -0-
ce Due  $1,251.00

| Phone # | Fax # |
|---|---|
| 949-955-1919 | 949-955-1972 |

GRESSETT 00041

## Alliance Valuation Group

17911 Sky Park Circle-Suite E
Irvine, CA 92614

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/05 | 0042 |

| Bill To |
|---|
| Russell A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

pd #6521
personal

| Due Date |
|---|
| UPON RECEIPT |

| Item | Description | Amount |
|---|---|---|
| Comps Use | For months of: October, November, December 2005<br>At $417.00/month<br><br>Payments made to date  -0- | $1,251.00 |

| | Total | $1,251.00 |
|---|---|---|
| | Payments/Credits | -0- |
| | Balance Due | $1,251.00 |

| Phone # | Fax # |
|---|---|
| 949-955-1919 | 949-955-1972 |

GRESSETT 00042

**Alliance Valuation Group**

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

*Pd #6826*

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/06 | 1060 B |

**Bill To**

Russell A. Gressett
13723 Darrington Lane
Houston, Texas 77069

| Due Date |
|---|
| Upon Receipt |

| Item | Description | Amount |
|---|---|---|
| Comps Use | For months of: January, February, March, 2006<br>At $417.00/month<br><br>Payments made to date  —  | $1,251.00 |

| | |
|---|---|
| Total | $1,251.00 |
| Payments/Credits | — |
| Balance Due | $1,251.00 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

GRESSETT 00043

**Alliance Valuation Group**

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

# Invoice

| Date | Invoice # |
|---|---|
| 04-01-06 | 040106B |

| Bill To |
|---|
| Russell A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

| Due Date |
|---|
| UPON RECEIPT |

| Item | Description | Amount |
|---|---|---|
| Comps Use | For months of: *April, May, June, 2006*<br>At $417.00/month<br><br>Payments made to date  ∅ | $1251.00 |
| | Total | $1251.00 |
| | Payments/Credits | ─ |
| | Balance Due | $1251.00 |

| Phone # | Fax # |
|---|---|
| 949-955-1919 | 949-955-1972 |

GRESSETT 00044

# Alliance Valuation Group

17911 Sky Park Circle-Suite E
Irvine, CA 92614

# Invoice

| Date | Invoice # |
|---|---|
| 7-6-06 | 070106 |

**Bill To**

Russell A. Gressett
13723 Darrington Lane
Houston, Texas 77069

| Due Date |
|---|
| Upon Receipt |

| Item | Description | Amount |
|---|---|---|
| Comps Use | For months of: July, August, Sept. 2006 At $417.00/month  Payments made to date  —0— Pd | $1,251.00 |

Total  $1,251.00
Payments/Credits  —0—
Balance Due  $1,251.00

| Phone # | Fax # |
|---|---|
| 949-955-1919 | 949-955-1972 |

GRESSETT 00045

Alliance Valuation Group

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

# Invoice

| Date | Invoice # |
|---|---|
| 10/10/2006 | 100108 |

| Bill To |
|---|
| Russ A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

*Pd 11/2/06*

*TGC Check/ack #1011*

| Terms | Due Date |
|---|---|
| Net 15 | 10/25/2006 |

| Description | Rate | Amount |
|---|---|---|
| Charges for: Comps Usage for the Months of Oct, Nov. and Dec, 2006 @ $442.33/Month | 1,327.00 | 1,327.00 |

| | |
|---|---|
| **Total** | $1,327.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,327.00 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

GRESSETT 00046

Alliance Valuation Group

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

# Invoic[e]

| Date | Invoice # |
|---|---|
| 10/10/2006 | 100108 |

| Bill To |
|---|
| Russ A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

| Terms | Due Date |
|---|---|
| Net 15 | 10/25/2006 |

| Description | Rate | Amount |
|---|---|---|
| Charges for: Comps Usage for the Months of Oct, Nov. and Dec. 2006 @ $442.33/Month <br><br> *(handwritten: Jan./Feb/March 2007)* <br><br> *(signature)* <br><br> # 1014 <br> TGR | 1,327.00 | 1,327.0 |

| | |
|---|---|
| Total | $1,327.0 |
| Payments/Credits | $0.0 |
| **Balance Due** | $1,327.0 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

GRESSETT 00047

Alliance Valuation Group

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

# Invoice

| Date | Invoice # |
|---|---|
| 7/1/2007 | 070109 |

| Bill To |
|---|
| *Russ A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |



TGC check # 1022 2654⁰⁰ 2 invoices

| Terms | Due Date |
|---|---|
| Net 15 | 7/16/2007 |

| Description | Rate | Amount |
|---|---|---|
| Comps Usage for the Months of July, August & September, 2007 | 1,327.00 | 1,327.00 |

COPY

| Total | $1,327.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,327.00 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

GRESSETT 00048

Alliance Valuation Group

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

*Original of this billing was stolen from Post Box on 3/3/07 - Date of Mailing!*

*Please pay ASAP.*

*Thank You!*

# Invoice

| Date | Invoice # |
|---|---|
| 3/3/2007 | 30308 |

| Bill To |
|---|
| *Russ A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

| Terms | Due Date |
|---|---|
|  | 3/3/2007 |

| Description | Rate | Amount |
|---|---|---|
| Comps Usage for the Months of April, May & June, 2007 | 1,327.00 | 1,327.00 |

COPY

| | |
|---|---|
| **Total** | $1,327.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,327.00 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

Sign Off

Search   Locations   Mail   Help   En Español

Accounts    Bill Pay    Transfers    Investments    Customer Service

Accounts Overview    Account Details    My Portfolio    Alerts    Open an Account

## Transaction Details

**Customer Service**

Add or Change your account nicknames

**Transaction Details**

Description:  Check 1022

Posting Date:  07/17/2007

Amount:  $2,654.00

Type:  Check

Account Number:

2 invoices

**REDACTED**

- **Please Note:** Only items posted to your account within the newest 180 calendar days will be available online.

Return to previous screen

Stop writing checks and save $53

Let's assume you pay 12 bills a month the old-fashioned way. Over the course of a year, that adds up to $53 in stamps. Take advantage of Free Bill Pay today, and keep the $53. It's on us.

**Check Image**

The check image you have requested is not available online. We apologize for this inconvenience.

**Please Note:** Images are available after 7:00 a.m. local time the day the item posts. If you require a copy of this item, you can order a check copy

Order Check Copy                    Return to previous screen

Additional Details  [?]

My Description:

Save   Cancel

🔒 Secure Area

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
© 2008 Bank of America Corporation. All rights reserved.

GRESSETT 00050

New Key token

Check from Russ and Rebecca Gressett, 13723 Darrington Lane, Houston, TX 77069, dated 8/28/07, Pay to the order of: Alliance Valuation Group, amount $150, "One Hundred Fifty and 00/100 Dollars", Bank of America, N.A., Houston, TX. For: Key Token - Lo Star. Check #7325.

- Lost key token device
- Mark Field sent me another

**REDACTED**

GRESSETT 00051

Alliance Valuation Group

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2007 | 70002 |

| Bill To |
|---|
| *Russ A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

| Terms | Due Date |
|---|---|
| Net 15 | 10/27/2007 |

| Description | Rate | Amount |
|---|---|---|
| Charges for: Comps Usage for the Months of October, November and December, 2007<br>*PLEASE NOTE: THE CHARGES FOR COMPS HAVE BEEN INCREASED. THIS INVOICE REPRESENTS THE NEW QUARTERLY AMOUNT WHICH REFLECTS A #23.00 INCREASE. THANK YOU. | 1,350.00 | 1,350.00 |

*Pd / #7365*

| Total | $1,350.00 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $1,350.00 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

GRESSETT 00052

Sign Off

Search    Locations    Mail    Help    En Español

**Accounts**    **Bill Pay**    **Transfers**    **Investments**    **Customer Service**

Accounts Overview    Account Details    My Portfolio    Alerts    Open an Account

## Transaction Details

**Customer Service**

Add or Change your account nicknames

**Transaction Details**

Description:    Check 7365



Posting Date:    11/23/2007

Amount:    $1,350.00

Type:    Check

Account Number:

**Please Note:** Only items posted to your account within the newest 180 calendar days will be available online.

Return to previous screen

Stop writing checks and save $53

Let's assume you pay 12 bills a month the old-fashioned way. Over the course of a year, that adds up to $53 in stamps. Take advantage of Free Bill Pay today, and keep the $53. It's on us.

**Check Image**

The check image you have requested is not available online. We apologize for this inconvenience.

**Please Note:** Images are available after 7:00 a.m. local time the day the item posts. If you require a copy of this item, you can order a check copy.

Order Check Copy    Return to previous screen

Additional Details   ?

My Description:

Save    Cancel

Secure Area

Accounts · Bill Pay · Transfers · Investments · Customer Service
Privacy & Security · Search · Locations · Alerts · Mail · Help · Site Map · Sign Off

GRESSETT 00053

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2008 Bank of America Corporation. All rights reserved.

Alliance Valuation Group

638 Camino De Los Mares
Suite H130A
San Clemente, CA 92673

# Invoice

| Date | Invoice # |
|---|---|
| 1/4/2008 | 80002 |

| Bill To |
|---|
| *Russ A. Gressett<br>13723 Darrington Lane<br>Houston, Texas 77069 |

*PAID*
*NVG Check*
*# 1048*

| Terms | Due Date |
|---|---|
| Net 15 | 1/19/2008 |

| Description | Rate | Amount |
|---|---|---|
| Charges for: Comps Usage for the Months of January, February, March, 2008 | 1,350.00 | 1,350.00 |

| | |
|---|---|
| Total | $1,350.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,350.00 |

| Phone # | Fax # |
|---|---|
| 949-230-8590 | 949-270-1745 |

GRESSETT 00054

**Bank of America**     Online Banking

Business Interest Chk - : Check Image

Check Image:

REDACTED

```
NATIONAL VALUATION GROUP - HOUSTON         35-2/1120      1048
C/O RUSS A. GRESSETT, MAI
13723 BARRINGTON LANE                   Date 2/3/08
HOUSTON, TX 77060

Pay to  Alliance Valuation Group            $1350.00
One Thousand Three Hundred Fifty & 00/100

BANK OF AMERICA
HOUSTON, TX 77010

For Corpus Christi Swimsuit 06        R A Gressett
                                           1048
```

GRESSETT 00055