# EXHIBIT 7

Dockets.Justia.com



REDACTED

GRESSETT 00010



QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1265

39-2491/1130
3393

**HIBERNIA**
National Bank
Houston, TX

Date: _3-2-05_

Pay to the order of _Russ Gressett_ _____ $ *125.00*

_One hundred twenty-five and no/100_ _____ Dollars

For: _Rent_

_Signature_

O1265



REDACTED

GRESSETT 00011

REDACTED



OVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

1303

12-04

Date 5-7-05

PAY to the order of Russ Gressett MAT

One hundred Twenty five and No/100 _____ Dollars

$125 ∞

HIBERNIA
National Bank
Houston, TX

For _____

COLOR BAR

1303

35-749/1100
2758

GRESSETT 00012



REDACTED

OVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1337

35-249/1130
3039

Date 7-12-05

PAY to the order of Russ Gressett                         $ 250 00

Three Hundred Fifty and NO/100                                    Dollars

HIBERNIA
National Bank
Houston, TX

For Sione / Juhy

⑆013370

GRESSETT 00016



REDACTED



QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

1355

12-04

35-249/1130
3330

PAY to the order of _Russ Gressett_          Date _8-8-05_

_One hundred twenty five and No/100_          $ 125 ℠

Dollars

HIBERNIA
National Bank
Houston, TX

For _____

⑆ 01355

GRESSETT 00017

REDACTED

QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15999 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1382

35-2451/1130
2239

Date 10-5-05

PAY to the
Order of Russ Gressett                        | $250 00

Two hundred fifty and NO/100 _____ Dollars

HIBERNA
National Bank
Houston, TX

For Sept/Oct.

⑈ 1382⑈

GRESSETT 00018



REDACTED

QVAL PROPERTY ADVISORS LLC          12-04                                    1396
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079                              Date 10-28-05          35-2491/1130
                                                                             3398

PAY to the
order of  Russ Gressett                                    $ 125 00

One hundred twenty five and NO/100 Dollars

HIBERNIA
National Bank
Houston, TX

For November                                    [signature]

0 ⸱ 1396

GRESSETT 00020

REDACTED



OVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15893 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

1413

12-04

35-2101/1130
3306

PAY to the order of Russ Gressett

Date 2-6-05

$125.00

One Hundred twenty five and NO/100 Dollars

HIBERNIA
National Bank
Houston, TX

for Dee

01413

QVAL PROPERTY ADVISORS LLC          12-04                              1480
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079                          Date 3-25-06          35-2491/1130
                                                                        3398

PAY to the
order of   Russ Gressett                                    $ 500 00

Five hundred and No/100                                      Dollars

**HIBERNIA**
National Bank
Houston, TX

For JAN-APR                                    [signature]

01480

REDACTED

GRESSETT 00023

REDACTED



QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
13995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1539

35-2431/1130
3098

HIBERNIA
National Bank
Houston, TX

Note 6-12-06

PAY to the
Order of Russ Gressett MAT

Three hundred seventy five and no/100 Dollars

$ 375 00

For MAY JUNE July

1539

GRESSETT 00025

REDACTED

QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15965 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

1769

35-243/1130
3038

12-04

Date _5/31/07_

PAY to the
order of _Russ Gressett_ $ 625.00

_Six Hundred Twenty-Five & No/100_ Dollars

CapitalOne'
Capital One, N.A.

For _Explore Aux May/June_

⑆01769⑆

GRESSETT 00031

REDACTED



GRESSETT 00185

REDACTED

1265

35-2841/1131
3260

QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15935 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12/04



HIBERNIA
National Bank
Houston, TX

GRESSETT 00186

REDACTED



QUAL PROPERTY ADVISORS LLC
PH 281-752-7061
15955 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

1303

12-01

Date 5-7-05

PAY to the order of  Russ Gressett MGT                    $ 125.00

One hundred Twenty five and No/100                    Dollars

HIBERNIA
National Bank
Houston, TX

For _____

01303

GRESSETT 00187



REDACTED

QVAL PROPERTY ADVISORS LLC          12-04                                          1337
PH 281-752-7081
15895 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

                                                    Date 7-12-05

PAY to the
order of   Russ Gressett                                    | $ 250.00

Two hundred fifty and NO/100 _____ Dollars

HIBERNIA
National Bank
Houston, TX

For  Suva Suly                              Gressett

"01337"



GRESSETT 00191

REDACTED



QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1355

Date 8-8-05

PAY to the
order of   Russ Gressett

One hundred twenty five and NO/100   $ 125.00
Dollars

🏦 HIBERNIA
National Bank
Houston, TX

For _____

⑆01355

35-2491/1130
3032

GRESSETT 00192

REDACTED

QVAL PROPERTY ADVISORS LLC
PH: 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1382

35-249/1130
3389

Date 10-5-05

PAY to the
order of Russ Gressett _____ $ 250.00

Two hundred fifty and NO/100 _____ Dollars

HIBERNIA
National Bank
Houston, TX

For Sept / Oct _____

Gressett

1382

GRESSETT 00193



REDACTED

QVAL PROPERTY ADVISORS LLC    12-04            1396
PH 281-752-7061
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

Date 10-28-05    36-2491/1130
                                    3398

PAY to the
order of   Russ Gressett            $ 125.00

One hundred twenty five and No/100    Dollars

HIBERNIA
National Bank
Houston, TX

For November

⑈ 01396

GRESSETT 00195

REDACTED



OVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15985 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

1413
12-04

Date 12-1-05

PAY to the order of Russ Gressett

One hundred twenty five and no/as $ 125 00    Dollars

HIBERNIA
National Bank
Houston, TX

For Dec

⑈ 0.1413

GRESSETT 00196

REDACTED

QVAL PROPERTY ADVISORS LLC     12-04                                    1480
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079
                                        Date 3-25-06          35-2481/1130
                                                                    3398
PAY to the
order of  Russ Gressett                              $ 500 00

Five hundred and No/100                              Dollars

HIBERNIA
National Bank
   Houston, TX

For JAN - APR                                    MP

⑈0⑈1480

GRESSETT 00243

REDACTED



QVAL PROPERTY ADVISORS LLC
PH 281-752-7081
15995 N BARKERS LANDING, SUITE 205
HOUSTON, TX 77079

12-04

1539

Date 6-12-06

PAY to the order of _Russ Gressett MAT_

_Three hundred seventy five and No/100_ Dollars

HIBERNIA
National Bank
Houston, TX

For _May TONE TULY_

$375 00

25-249/1130
3220

1539

GRESSETT 00245





REDACTED

GRESSETT 00266