# Declaration of Steven J. Williams

# Exhibit B

# Exhibit B

# CoStar Enterprise - Production Database

File Edit View Module Tools Options Help

Lookup ▼ | Search | Status Board ▼ | Refresh | BrokerListings | New Edit | History ▼

**Home**

**Companies**
- List
- Contacts
- Activities
- Pipeline
- Lineitems
- All Locations
- AKA
- Research Info
- Billing Info
- CPD
- Users
- Logon History
- Sales Info
- Usage Trend
- Map
- System Info

- Contacts
- Pipeline
- Activities
- Contracts
- Lineitems
- Invoices
- Users
- Prospects
- Groups
- Properties
- Centers
- Tenants
- Comps

## Company

| Field | Value | Field | Value |
|---|---|---|---|
| Location ID | 358796 | Year Founded | 0 | CoStar Market | ORANGE (CALIFORNIA) |
| Name | Alliance Valuation Group | Ticker Symbol | | Account Executive | |
| Last Known Address | 2858 Via Bellota, San Clemente, CA 92673 | Web Site | www.alliancevaluation.com | Advertising AE | |
| | | Total Employees | 13 | Researcher | |
| Location Type | Unknown | Emps at Location | 13 | Contract Specialist | Christina Simpson |
| Corporate Headquarters | | Owner Type | | Collection Analyst | Geraldine Nohr |
| | | Country of Origin | | Internal Notes | credit card client A/P = Mark Field☐Legal Dept-NO CONTACT-3/14/08-CMR☐ |
| Location Company Reports To | | Business Type | Appraisal/Valuation | | |
| | | Business Subtype | | | |
| Is Hierarchy Locked | | Phone | (949) 230-8590 | Is CRE | ☑ |
| | | Fax | (949) 270-1745 | Portfolio | |
| Level | | Business Status | Active | Exclude from Power Broker | ☐ |

## Activity

| Field | Value | Field | Value |
|---|---|---|---|
| Activity ID | 6399838 | Product | | Problem Type | |
| Contact | Mark J Gautreau | | | Keyword | |
| Company | Alliance Valuation Group 2858 Via Bellota San Clemente, CA 92673 | Method | Prospecting | Customer Note | |
| Activity Notes | Mark called, asked to add user and put together addendum for 2 key tokens. | Activity Status | Completed | CoStar Contact | Robert Val |
| | | Date | Fri 4/9/2004  3:00 PM | Department | Sales |
| | | Priority | Normal | | |

Filter List Jump

Ready | Company 1 of 1, Activity 106 of 200 | Production Database

**Home**

**Companies**
- List
- Contacts
- Activities
- Pipeline
- Lineitems
- All Locations
- AKA
- Research Info
- Billing Info
- CPD
- Users
- Logon History
- Sales Info
- Usage Trend
- Map
- System Info

**Contacts**
**Pipeline**
**Activities**
**Contracts**
**Lineitems**
**Invoice**
**Users**
**Prospects**
**Groups**
**Properties**
**Centers**
**Tenants**
**Comps**

## Company

<Prev Next> New Edit Save Cancel Delete Contact Action Mailer Mailer Recipients Export Create Group Audit

| | | | | |
|---|---|---|---|---|
| Location ID | 358796 | Year Founded | 0 | |
| Name | Alliance Valuation Group | Ticker Symbol | | CoStar Market | ORANGE (CALIFORNIA) |
| Last Known Address | 2858 Via Bellota San Clemente, CA 92673 | Web Site | www.alliancevaluation.com | Account Executive | |
| Location Type | Unknown | Total Employees | 13 | Advertising AE | |
| Corporate Headquarters | | Emps at Location | 13 | Researcher | |
| | | Owner Type | | Contract Specialist | Christina Simpson |
| | | Country of Origin | | CollectionAnalyst | Geraldine Nohr |
| Location Company Reports To | | Business Type | Appraisal/Valuation | Internal Notes | credit card client A/P = Mark Field☐Legal Dept-NO CONTACT-3/14/08-CMR☐ |
| | | Business Subtype | | | |
| | | Phone | (949) 230-8590 | Is CRE | ☑ |
| Is Hierarchy Locked | | Fax | (949) 270-1745 | Portfolio | |
| Level | | Business Status | Active | Exclude from Power Broker | ☐ |

## Activity

<Prev Next> New Edit Save Cancel Update Export Mailer Mailer Recipients Follow UP

| | | | | |
|---|---|---|---|---|
| Activity ID | 6399808 | Product | CoStar Comps | Problem Type | |
| Contact | Kathy Jackson | | | Keyword | Removed |
| Company | Alliance Valuation Group 2858 Via Bellota San Clemente, CA 92673 | Method | Telephone | Customer Note | |
| | | Activity Status | Completed | CoStar Contact | Debra M Hartig |
| Activity Notes | CS, Can you provide Russ Gressett (contact id 2176614) with a username and password, you can remove user access from Kathy Jackson (contact id | Date | Fri 4/9/2004  2:30 PM | Department | Customer Support |
| | | Priority | Normal | | |

### Activity

📝 **Notes**

CS, Can you provide Russ Gressett (contact id 2176614) with a username and
password, you can remove user access from Kathy Jackson (contact id 2043975),
she is now part time and will not be accessing CoStar. They are at location id
358796.

Thanks,

Rob Vail
Account Executive
CoStar Group, Inc.
4590 MacArthur Boulevard, Suite 340
Newport Beach,   CA 92260-2079
Tel: (949) 677-1160
Fax: (949) 250-1613
<http://www.costar.com/>

OK    Cancel