# Declaration of Steven J. Williams

# Exhibit C

# Exhibit C

# CoStar Enterprise - Production Database

File  Edit  View  Module  Tools  Options  Help

Lookup ▼ | Search | Status Board ▼ | Refresh | Broker Listings | History ▼

| Navigation | Company |
|---|---|
| Home | |
| **Companies** | |
| List | |
| Contacts | |
| Activities | |
| Pipeline | |
| Lineitems | |
| AllLocations | |
| AKA | |
| Research Info | |
| Billing Info | |
| CPO | |
| Users | |
| Logon History | |
| Sales Info | |
| Usage Trend | |
| Map | |
| System Info | |

**Company**

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Location ID | 358796 | | Year Founded | 0 | CoStar Market | ORANGE (CALIFORNIA) |
| Name | Alliance Valuation Group | | Ticker Symbol | | Account Executive | |
| Last Known Address | 2858 Via Bellota San Clemente, CA 92673 | | Web Site | www.alliancevaluation.com | Advertising AE | |
| | | | Total Employees | 13 | Researcher | |
| Location Type | Unknown | | Emps at Location | 13 | Contract Specialist | Christina Simpson |
| Corporate Headquarters | | | Owner Type | | Collection Analyst | Geraldine Nohr |
| Location Company Reports To | | | Country of Origin | | Internal Notes | credit card client A/P = Mark Field ☐ Legal Dept-NO CONTACT-3/14/08-CMR ☐ |
| | | | Business Type | Appraisal/Valuation | Is CRE | ☑ |
| | | | Business Subtype | | Portfolio | |
| Is Hierarchy Locked | | | Phone | (949) 230-8590 | Exclude from Power Broker | ☐ |
| Level | | | Fax | (949) 270-1745 | | |
| | | | Business Status | Active | | |

**Activity**

- Contacts
- Pipeline
- Activities
- Contracts
- Lineitems
- Invoices
- Users
- Prospects
- Groups
- Properties
- Centers
- Tenants
- Comps

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Activity ID | 6399768 | | Product | | Problem Type | |
| Contact | Mark J Gautreau | | | | Keyword | |
| Company | Alliance Valuation Group 2858 Via Bellota San Clemente, CA 92673 | | Method | Email | Customer Note | |
| Activity Notes | The following username and password has been set up for you: | | Activity Status | Completed | CoStar Contact | Debra M Hartig |
| | | | Date | Fri 4/9/2004  2:22 PM | Department | Customer Support |
| | | | Priority | Normal | | |
| | Username: RGressett1 Password: ****** | | | | | |

### Activity — Notes

The following username and password has been set up for you:

Username: RGressett1
Password: ******

CoStar Group uses Microsoft security certificates to link your username and password to a specific computer via a download process. This process is automatic and is designed to protect against misuse of your user name and password by others. You must click "Yes" to all prompts to successfully complete the process. When you log into the program for the first time using the username and password provided in this email, make sure you are doing it from the computer you want to use to access CoStar Group products from. Once you download the certificate onto your computer, you will only have access from that computer. If needed, you can purchase a security ID that will enable you to log on from multiple computers. You will need to go to www.costar.com and login in the upper right hand corner under Subscriber Login. Click on Lookup or Search under the the product you wish to access. If this is your first time logging in to a CoStar Web product, you will be required to change this default password and create a secret question and answer. You can find a copy of our products user guides at http://www.costar.com/support/userguides/

[ OK ]  [ Cancel ]

Filter | List | Jump

Ready | Company 1 of 1, | Production Database

The following username and password has been set up for you:

    Username: RGressett1
    Password: ******

CoStar Group uses Microsoft security certificates to link your username and password to a specific computer via a download process. This process is automatic and is designed to protect against misuse of your user name and password by others. You must click "Yes" to all prompts to successfully complete the process. When you log into the program for the first time using the username and password provided in this email, make sure you are doing it from the computer you want to use to access CoStar Group products from. Once you download the certificate onto your computer, you will only have access from that computer. If needed, you can purchase a security ID that will enable you to log on from multiple computers. You will need to go to www.costar.com and login in the upper right hand corner under Subscriber Login. Click on Lookup or Search under the the product you wish to access. If this is your first time logging in to a CoStar Web product, you will be required to change this default password and create a secret question and answer. You can find a copy of our products user guides at http://www.costar.com/support/userguides/

IMPORTANT NOTES:

1. If there is not a valid subscription license agreement in place between your company and CoStar relating to the delivery of the above-referenced CoStar service(s), then you should reply to this email and notify CoStar Customer Support of the error. You may not access or use the CoStar service(s) if you are a non-subscriber.

2. This password is for your personal use only. Use of this password and the CoStar service(s) it allows you to access is subject to the provisions set forth in the written license agreement(s) between your company and CoStar as well as the accompanying online terms of use for the particular CoStar service(s). In particular, "No Authorized User may share their assigned passcodes with any other person, nor allow any other person to have access to their passcodes." Any related violations may result in immediate suspension of this password and possibly termination of your companys license with CoStar.

3. If you forget your login and password, please send us an email at support@costar.com or phone us at (800) 613-1303. We will send your login information to you via email, as a security measure.

4. This account gives you subscriber access to the following product(s) and market(s):

PRODUCT....: CoStar Comps
SALES UNIT.: ATLANTA
DATASET....: All Property Types
SIGNED DATE.: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT....: CoStar Comps
SALES UNIT.: AUSTIN
DATASET....: All Property Types
SIGNED DATE.: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

```
PRODUCT......: CoStar Comps
SALES UNIT...: BALTIMORE
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
SALES UNIT...: BOSTON
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
SALES UNIT...: BRK BRX QU
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
SALES UNIT...: CHARLOTTE
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
SALES UNIT...: CHI COLLAR
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
SALES UNIT...: CHI COOK
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
SALES UNIT...: CHI DUPAGE
DATASET......: All Property Types
SIGNED DATE..: Jun 25 2002  3:02PM
RENEWAL DATE: May 31 2004 12:00AM

PRODUCT......: CoStar Comps
```