# Declaration of Steven J. Williams

# Exhibit D

# Exhibit D



# CONTRACT
## COVER SHEET

Real Estate Information

| | | | |
|---|---|---|---|
| To: | David Keyser | Fax Number: | 301-260-7598 |
| From: | Robert Vail | Direct Line: | 949-677-1160 |
| Account Executive (s): | Robert Vail | No. Of Pages Being Faxed: | 3 (Including Cover Page) |
| Research Lead: | | Managers Initials: | John Dawson |

| | | | |
|---|---|---|---|
| Company Name: | Alliance Valuation Group | Bill To Location ID: | 368796 |
| Sales Log Market (s): | Orange County | Site Location ID: | 368796 |
| Product Type: | Key Token | | |
| Business Type: | Appraisal/Valuation | | |
| Total Net New: | | Total Contract Amount: | 298 |
| One Time Fee: | 298 | Number of Users: | 2 |
| Implementation Fee: | 0 | Escalation: | 0% |
| Website: (For Connect Only) | | Existing Customer | ☒ |
| Annual Enhancement(s) Fee: (For Connect Only) | | New Customer | ☐ |

Notes: Key tokens for Alliance Valuation Group.

| Mark J Gautreau | |
|---|---|
| Alliance Valuation Group | |
| 17911 Sky Park Cir, Suite E, Irvine, CA 92614-6322 | |
| 358796 | Robert Vail |



*Real Estate Information*

## Addendum to License Agreement

This Addendum is made as of the date hereof by and between CoStar Realty Information, Inc. ("CoStar") and 17911 Sky Park Cir, Suite E, Irvine, CA 92614-6322 ("Licensee") and is executed pursuant to and made a part of the License Agreement signed by Licensee on 6/25/2002 for the provision of CoStar's commercial real estate information service known as Key Token (together with any other license agreements for web-based, subscription CoStar products and the Terms of Use located at www.costar.com, collectively, the "License Agreement"). Any capitalized term used in this Addendum and not otherwise defined shall have the meaning set forth in the License Agreement.

WHEREAS, an Authorized User may use an electronic key token ("Key Token") distributed by CoStar in combination with the associated passcodes of such Authorized User to access the Licensed Product, or any other CoStar web-based subscription product for which said user is an Authorized User, from additional computers beyond such user's designated computer.

NOW THEREFORE, CoStar and Licensee agree that the License Agreement shall be amended as follows:

1. In addition to the service already licensed to Licensee, CoStar agrees to deliver a total of 2 Key Tokens to the site(s) located at 17911 Sky Park Cir, Suite E, Irvine, CA 92614-6322, for which Licensee agrees to pay an additional one-time license fee of $149.00 per Key Token (before tax). Such Key Tokens shall constitute a Licensed Product under the terms of the License Agreement, and such fees shall constitute Licensee Fees under the terms of the License Agreement. Each Key Token shall be used only by the designated Authorized User and shall be used in accordance with the terms of the License Agreement.

2. An Authorized User may e-mail CoStar Customer Support at support@costar.com in order to receive additional Key Tokens for a one-time license fee that is currently $149.00 per Key Token (before tax). If a Key Token has been lost, stolen or damaged, upon Licensee's e-mail request to CoStar Customer Service for a replacement Key Token, CoStar shall deliver Licensee a replacement Key Token and Licensee shall pay CoStar $149 for each such replacement Key Token; provided, however, that CoStar will replace the Key Token if it malfunctions through normal usage (due to no fault of the Licensee) free of charge for a period of two years from the date of this Addendum.

IN WITNESS WHEREOF, the parties hereto have executed this Addendum on the day and year set forth below and do each hereby warrant and represent that their respective signatories, whose signatures appear below, have been and are on the date hereof duly authorized by all necessary and appropriate action to execute this Amendment. CoStar and Licensee agree that except as expressly provided above, all of the terms of the License Agreement will remain in full force and effect. In particular, CoStar and Licensee agree that nothing in this Addendum increases the total number of Authorized Users under the License Agreement.

CoStar Realty Information, Inc.:
By: 
Name: 
Title: Sr. VP Sales & Customer Service
Date: APR 2 8 2004

Licensee:
By: 
Name: MARK FIELD
Title: PRINCIPAL
Date: 4-7-04

# Key Token Authorized User List



| Company Name: | Alliance Valuation Group | | Loc ID:358796 | | |
|---|---|---|---|---|---|
| Contact Name (Primary): | | | Title: | | |
| Street Address: | | | City: | State: | Zip: |
| Phone #: | | | Fax #: | | |
| E-Mail Address: | | | | | |

| User #2 | Contact: Russ Gressett | Title: Appraiser | | Loc ID: 358796 |
|---|---|---|---|---|
| | E-mail: markgautreau@cox.net | Phone: (949) 955-191 | Ext: | Fax: |
| User #3 | Contact: Barbara Quannie | Title: Appraiser | | Loc ID: 358796 |
| | E-mail: bquannie@yahoo.com | Phone: (949) 955-191 | Ext: | Fax: |
| User #4 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #5 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #6 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #7 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #8 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #9 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #10 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #11 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #12 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #13 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |
| User #14 | Contact: | Title: | | Loc ID: |
| | E-mail: | Phone: | Ext: | Fax: |