CoStar Realty Information, Inc. et al v. Mark Field, et al — Doc. 85 Att. 18

# Declaration of Steven J. Williams

# Exhibit F

Dockets.Justia.com

# Exhibit F

