CoStar Realty Information, Inc. et al v. Mark Field, et al    Doc. 85 Att. 19

# Declaration of Steven J. Williams

# Exhibit G

Dockets.Justia.com

# Exhibit G

| LoginName | UserName | Login Time | Last Access | Violation | IP Address | Duration | Page Hits |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 2/12/2008 11:22 | 2/12/2008 12:07 | | 69.150.143.34 | 44 | 437 |
| RGressett1 | Russ Gressett | 2/6/2008 15:14 | 2/6/2008 16:40 | | 69.150.143.34 | 85 | 1131 |
| RGressett1 | Russ Gressett | 2/1/2008 15:21 | 2/1/2008 16:51 | | 69.150.143.34 | 89 | 622 |
| RGressett1 | Russ Gressett | 1/30/2008 16:39 | 1/30/2008 18:22 | | 69.150.143.34 | 102 | 622 |
| RGressett1 | Russ Gressett | 1/16/2008 11:34 | 1/16/2008 12:09 | | 69.150.143.34 | 34 | 633 |
| RGressett1 | Russ Gressett | 1/8/2008 17:26 | 1/8/2008 17:35 | | 69.150.143.34 | 9 | 204 |
| RGressett1 | Russ Gressett | 1/8/2008 16:34 | 1/8/2008 17:20 | | 69.150.143.34 | 45 | 1259 |
| RGressett1 | Russ Gressett | 1/7/2008 15:09 | 1/7/2008 16:22 | | 69.150.143.34 | 72 | 772 |
| RGressett1 | Russ Gressett | 1/4/2008 12:13 | 1/4/2008 15:09 | | 69.150.143.34 | 169 | 2598 |
| RGressett1 | Russ Gressett | 12/20/2007 15:43 | 12/20/2007 17:09 | | 69.150.143.34 | 86 | 455 |
| RGressett1 | Russ Gressett | 12/14/2007 11:46 | 12/14/2007 12:35 | | 69.150.143.34 | 49 | 377 |
| RGressett1 | Russ Gressett | 12/13/2007 17:44 | 12/13/2007 17:50 | | 69.150.143.34 | 5 | 63 |
| RGressett1 | Russ Gressett | 12/4/2007 16:57 | 12/4/2007 19:07 | | 69.150.143.34 | 130 | 1529 |
| RGressett1 | Russ Gressett | 11/29/2007 17:35 | 11/29/2007 20:44 | | 69.150.143.34 | 189 | 942 |
| RGressett1 | Russ Gressett | 11/20/2007 14:41 | 11/20/2007 19:57 | | 69.150.143.34 | 316 | 674 |
| RGressett1 | Russ Gressett | 11/16/2007 17:09 | 11/16/2007 19:15 | | 69.150.143.34 | 126 | 260 |
| RGressett1 | Russ Gressett | 11/13/2007 12:11 | 11/13/2007 15:08 | | 69.150.143.34 | 177 | 1681 |
| RGressett1 | Russ Gressett | 11/12/2007 15:07 | 11/12/2007 16:00 | | 69.150.143.34 | 53 | 232 |
| RGressett1 | Russ Gressett | 11/8/2007 10:29 | 11/8/2007 12:16 | | 69.150.143.34 | 107 | 1228 |
| RGressett1 | Russ Gressett | 11/6/2007 17:49 | 11/6/2007 18:10 | | 69.150.143.34 | 21 | 316 |
| RGressett1 | Russ Gressett | 11/2/2007 11:29 | 11/2/2007 12:20 | | 69.150.143.34 | 50 | 183 |
| RGressett1 | Russ Gressett | 10/29/2007 11:06 | 10/29/2007 12:30 | | 69.150.143.34 | 84 | 2006 |
| RGressett1 | Russ Gressett | 10/29/2007 10:29 | 10/29/2007 10:40 | | 69.150.143.34 | 11 | 208 |
| RGressett1 | Russ Gressett | 10/18/2007 13:37 | 10/18/2007 15:01 | | 69.150.143.34 | 84 | 240 |
| RGressett1 | Russ Gressett | 10/16/2007 12:15 | 10/16/2007 15:06 | | 69.150.143.34 | 171 | 812 |
| RGressett1 | Russ Gressett | 10/10/2007 15:24 | 10/10/2007 16:48 | | 69.150.143.34 | 84 | 934 |
| RGressett1 | Russ Gressett | 10/8/2007 16:19 | 10/8/2007 17:54 | | 69.150.143.34 | 95 | 621 |
| RGressett1 | Russ Gressett | 10/8/2007 15:13 | 10/8/2007 16:18 | 10/8/2007 16:19 | 69.150.143.34 | 65 | 790 |
| RGressett1 | Russ Gressett | 10/5/2007 15:16 | 10/5/2007 16:07 | | 69.150.143.34 | 51 | 1088 |
| RGressett1 | Russ Gressett | 10/3/2007 14:45 | 10/3/2007 17:50 | | 69.150.143.34 | 184 | 2447 |
| RGressett1 | Russ Gressett | 9/19/2007 15:34 | 9/19/2007 15:50 | | 69.150.143.34 | 16 | 462 |
| RGressett1 | Russ Gressett | 9/18/2007 17:20 | 9/18/2007 17:58 | | 69.150.143.34 | 38 | 33 |
| RGressett1 | Russ Gressett | 9/18/2007 16:09 | 9/18/2007 17:07 | | 69.150.143.34 | 58 | 884 |

| LoginName | UserName | LoginTime | LastAccess | Violation | IPAddress | Duration | PageHits |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 9/18/2007 10:54 | 9/18/2007 11:11 | | 69.150.143.34 | 17 | 130 |
| RGressett1 | Russ Gressett | 9/18/2007 10:30 | 9/18/2007 10:34 | 9/18/2007 10:54 | 69.150.143.34 | 4 | 55 |
| RGressett1 | Russ Gressett | 9/17/2007 15:56 | 9/17/2007 17:40 | | 69.150.143.34 | 104 | 123 |
| RGressett1 | Russ Gressett | 9/14/2007 12:17 | 9/14/2007 12:28 | | 69.150.143.34 | 11 | 97 |
| RGressett1 | Russ Gressett | 9/12/2007 12:44 | 9/14/2007 14:37 | | 69.150.143.34 | 113 | 113 |
| RGressett1 | Russ Gressett | 9/12/2007 11:45 | 9/12/2007 11:48 | | 69.150.143.34 | 3 | 40 |
| RGressett1 | Russ Gressett | 9/12/2007 10:33 | 9/12/2007 11:38 | | 69.150.143.34 | 65 | 361 |
| RGressett1 | Russ Gressett | 9/11/2007 11:16 | 9/11/2007 11:21 | | 69.150.143.34 | 4 | 57 |
| RGressett1 | Russ Gressett | 9/10/2007 16:53 | 9/10/2007 17:31 | | 69.150.143.34 | 38 | 416 |
| RGressett1 | Russ Gressett | 9/7/2007 19:06 | 9/7/2007 19:39 | | 69.150.143.34 | 33 | 68 |
| RGressett1 | Russ Gressett | 9/7/2007 17:09 | 9/7/2007 18:40 | | 69.150.143.34 | 86 | 932 |
| RGressett1 | Russ Gressett | 9/5/2007 16:43 | 9/5/2007 18:27 | | 69.150.143.34 | 103 | 412 |
| RGressett1 | Russ Gressett | 8/20/2007 15:19 | 8/20/2007 16:38 | | 69.150.143.34 | 79 | 733 |
| RGressett1 | Russ Gressett | 8/13/2007 15:44 | 8/13/2007 19:08 | | 69.150.143.34 | 202 | 870 |
| RGressett1 | Russ Gressett | 7/31/2007 12:26 | 7/31/2007 13:26 | | 69.150.143.34 | 54 | 1260 |
| RGressett1 | Russ Gressett | 7/19/2007 10:48 | 7/19/2007 11:11 | | 69.150.143.34 | 23 | 292 |
| RGressett1 | Russ Gressett | 7/13/2007 14:15 | 7/13/2007 16:13 | | 69.150.143.34 | 118 | 1962 |
| RGressett1 | Russ Gressett | 7/11/2007 10:04 | 7/11/2007 15:15 | | 69.150.143.34 | 311 | 1120 |
| RGressett1 | Russ Gressett | 7/10/2007 16:25 | 7/10/2007 19:00 | | 69.150.143.34 | 154 | 804 |
| RGressett1 | Russ Gressett | 6/27/2007 16:26 | 6/27/2007 16:59 | | 69.150.143.34 | 32 | 260 |
| RGressett1 | Russ Gressett | 6/27/2007 11:58 | 6/27/2007 12:32 | | 69.150.143.34 | 34 | 80 |
| RGressett1 | Russ Gressett | 6/21/2007 14:08 | 6/21/2007 14:39 | | 69.150.143.34 | 31 | 206 |
| RGressett1 | Russ Gressett | 6/19/2007 16:10 | 6/19/2007 16:32 | | 69.150.143.34 | 21 | 488 |
| RGressett1 | Russ Gressett | 6/18/2007 17:59 | 6/18/2007 18:55 | | 69.150.143.34 | 56 | 756 |
| RGressett1 | Russ Gressett | 6/15/2007 11:11 | 6/15/2007 14:36 | | 69.150.143.34 | 205 | 336 |
| RGressett1 | Russ Gressett | 6/13/2007 14:09 | 6/13/2007 14:31 | | 69.150.143.34 | 22 | 307 |
| RGressett1 | Russ Gressett | 6/5/2007 15:25 | 6/5/2007 17:29 | | 69.150.143.34 | 123 | 698 |
| RGressett1 | Russ Gressett | 5/30/2007 15:06 | 5/30/2007 15:28 | | 69.150.143.34 | 17 | 178 |
| RGressett1 | Russ Gressett | 5/23/2007 19:27 | 5/23/2007 19:41 | | 69.150.143.34 | 14 | 134 |
| RGressett1 | Russ Gressett | 5/14/2007 16:01 | 5/14/2007 17:39 | | 69.150.143.34 | 98 | 1124 |
| RGressett1 | Russ Gressett | 5/11/2007 15:41 | 5/11/2007 16:30 | | 69.150.143.34 | 48 | 322 |
| RGressett1 | Russ Gressett | 5/2/2007 13:56 | 5/2/2007 14:48 | | 69.150.143.34 | 51 | 569 |
| RGressett1 | Russ Gressett | 4/25/2007 11:17 | 4/25/2007 12:00 | | 69.150.143.34 | 41 | 630 |

| LoginName | UserName | Login Time | Last Access | Violation | IPAddress | Duration | Pages Hit |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 4/23/2007 16:04 | 4/23/2007 16:10 | | 69.150.143.34 | 5 | 114 |
| RGressett1 | Russ Gressett | 4/20/2007 13:22 | 4/20/2007 17:10 | | 69.150.143.34 | 228 | 695 |
| RGressett1 | Russ Gressett | 4/19/2007 12:39 | 4/19/2007 15:39 | | 69.150.143.34 | 179 | 1173 |
| RGressett1 | Russ Gressett | 4/4/2007 13:39 | 4/4/2007 15:19 | | 69.150.143.34 | 82 | 1122 |
| RGressett1 | Russ Gressett | 4/3/2007 14:44 | 4/3/2007 17:34 | | 69.150.143.34 | 169 | 1594 |
| RGressett1 | Russ Gressett | 3/23/2007 16:15 | 3/23/2007 17:18 | | 69.150.143.34 | 62 | 472 |
| RGressett1 | Russ Gressett | 3/21/2007 12:15 | 3/21/2007 16:17 | | 69.150.143.34 | 242 | 1408 |
| RGressett1 | Russ Gressett | 3/16/2007 13:11 | 3/16/2007 15:05 | | 69.150.143.34 | 114 | 1794 |
| RGressett1 | Russ Gressett | 3/9/2007 16:02 | 3/9/2007 18:30 | | 69.150.143.34 | 147 | 756 |
| RGressett1 | Russ Gressett | 2/26/2007 14:46 | 2/26/2007 15:27 | | 69.150.143.34 | 41 | 683 |
| RGressett1 | Russ Gressett | 2/22/2007 12:40 | 2/22/2007 13:24 | | 69.150.143.34 | 44 | 936 |
| RGressett1 | Russ Gressett | 2/22/2007 12:00 | 2/22/2007 12:32 | | 69.150.143.34 | 32 | 414 |
| RGressett1 | Russ Gressett | 2/19/2007 17:17 | 2/19/2007 18:13 | | 69.150.143.34 | 51 | 555 |
| RGressett1 | Russ Gressett | 2/19/2007 12:39 | 2/19/2007 12:42 | | 69.150.143.34 | 3 | 54 |
| RGressett1 | Russ Gressett | 2/19/2007 12:08 | 2/19/2007 12:29 | | 69.150.143.34 | 20 | 106 |
| RGressett1 | Russ Gressett | 2/15/2007 16:59 | 2/15/2007 18:03 | | 69.150.143.34 | 49 | 1351 |
| RGressett1 | Russ Gressett | 1/30/2007 19:02 | 1/30/2007 19:16 | | 69.150.143.34 | 13 | 131 |
| RGressett1 | Russ Gressett | 1/29/2007 17:33 | 1/29/2007 18:21 | | 69.150.143.34 | 48 | 786 |
| RGressett1 | Russ Gressett | 1/24/2007 12:43 | 1/24/2007 14:59 | | 69.150.143.34 | 136 | 430 |
| RGressett1 | Russ Gressett | 1/22/2007 13:00 | 1/22/2007 14:08 | | 69.150.143.34 | 67 | 597 |
| RGressett1 | Russ Gressett | 1/12/2007 10:40 | 1/12/2007 13:42 | | 69.150.143.34 | 182 | 2926 |
| RGressett1 | Russ Gressett | 1/2/2007 17:32 | 1/2/2007 18:36 | | 69.150.143.34 | 53 | 752 |
| RGressett1 | Russ Gressett | 12/29/2006 15:02 | 12/29/2006 16:10 | | 69.150.143.34 | 67 | 855 |
| RGressett1 | Russ Gressett | 12/12/2006 16:47 | 12/12/2006 17:13 | | 69.150.143.34 | 25 | 155 |
| RGressett1 | Russ Gressett | 12/12/2006 12:10 | 12/12/2006 15:30 | | 69.150.143.34 | 199 | 1328 |
| RGressett1 | Russ Gressett | 12/6/2006 13:04 | 12/6/2006 15:04 | | 69.150.143.34 | 120 | 208 |
| RGressett1 | Russ Gressett | 11/30/2006 11:36 | 11/30/2006 17:36 | | 69.150.143.34 | 359 | 1603 |
| RGressett1 | Russ Gressett | 11/22/2006 9:55 | 11/22/2006 11:30 | | 69.150.143.34 | 94 | 1616 |
| RGressett1 | Russ Gressett | 11/21/2006 16:50 | 11/21/2006 17:29 | | 69.150.143.34 | 39 | 168 |
| RGressett1 | Russ Gressett | 11/21/2006 14:47 | 11/21/2006 16:29 | 11/21/2006 16:49 | 69.150.143.34 | 23 | 174 |
| RGressett1 | Russ Gressett | 11/20/2006 12:36 | 11/20/2006 13:17 | | 69.150.143.34 | 36 | 667 |
| RGressett1 | Russ Gressett | 11/20/2006 12:36 | 11/20/2006 13:17 | | 69.150.143.34 | 1 | 16 |
| RGressett1 | Russ Gressett | 11/14/2006 16:07 | 11/14/2006 16:56 | | 69.150.143.34 | 48 | 352 |

| LoginName | UserName | LogInTime | LastAccess | Violation | IP Address | Duration | Packets |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 11/6/2006 11:31 | 11/6/2006 11:58 | | 69.150.143.34 | 26 | 82 |
| RGressett1 | Russ Gressett | 10/31/2006 17:01 | 10/31/2006 18:07 | | 69.150.143.34 | 60 | 186 |
| RGressett1 | Russ Gressett | 10/25/2006 17:56 | 10/25/2006 18:53 | | 69.150.143.34 | 56 | 212 |
| RGressett1 | Russ Gressett | 10/23/2006 14:55 | 10/23/2006 17:02 | | 69.150.143.34 | 126 | 774 |
| RGressett1 | Russ Gressett | 10/19/2006 12:32 | 10/19/2006 12:34 | | 69.150.143.34 | 2 | 19 |
| RGressett1 | Russ Gressett | 10/19/2006 11:57 | 10/19/2006 12:28 | | 69.150.143.34 | 30 | 86 |
| RGressett1 | Russ Gressett | 10/12/2006 15:42 | 10/12/2006 17:39 | | 69.150.143.34 | 116 | 356 |
| RGressett1 | Russ Gressett | 9/27/2006 14:00 | 9/27/2006 17:23 | | 69.150.143.34 | 109 | 308 |
| RGressett1 | Russ Gressett | 9/22/2006 12:13 | 9/22/2006 18:15 | | 69.150.143.34 | 46 | 189 |
| RGressett1 | Russ Gressett | 9/22/2006 12:13 | 9/22/2006 18:15 | | 69.150.143.34 | 61 | 281 |
| RGressett1 | Russ Gressett | 9/15/2006 17:09 | 9/15/2006 18:25 | | 69.150.143.34 | 76 | 202 |
| RGressett1 | Russ Gressett | 9/11/2006 15:23 | 9/11/2006 16:58 | | 69.150.143.34 | 94 | 495 |
| RGressett1 | Russ Gressett | 9/8/2006 14:42 | 9/8/2006 14:56 | | 69.150.143.34 | 14 | 94 |
| RGressett1 | Russ Gressett | 9/5/2006 17:12 | 9/5/2006 18:31 | | 69.150.143.34 | 79 | 363 |
| RGressett1 | Russ Gressett | 8/28/2006 15:27 | 8/28/2006 16:28 | | 69.150.143.34 | 61 | 241 |
| RGressett1 | Russ Gressett | 8/17/2006 15:26 | 8/17/2006 15:50 | | 69.150.143.34 | 24 | 141 |
| RGressett1 | Russ Gressett | 8/16/2006 11:49 | 8/16/2006 12:09 | | 69.150.143.34 | 13 | 76 |
| RGressett1 | Russ Gressett | 8/11/2006 12:37 | 8/11/2006 13:34 | | 69.150.143.34 | 57 | 208 |
| RGressett1 | Russ Gressett | 8/9/2006 11:48 | 8/9/2006 12:50 | | 69.150.143.34 | 51 | 140 |
| RGressett1 | Russ Gressett | 8/8/2006 11:17 | 8/8/2006 11:57 | | 69.150.143.34 | 39 | 216 |
| RGressett1 | Russ Gressett | 8/8/2006 10:52 | 8/8/2006 11:07 | | 69.150.143.34 | 15 | 97 |
| RGressett1 | Russ Gressett | 7/25/2006 17:53 | 7/25/2006 18:20 | | 69.150.143.34 | 27 | 203 |
| RGressett1 | Russ Gressett | 7/18/2006 11:03 | 7/18/2006 12:28 | | 69.150.143.34 | 82 | 227 |
| RGressett1 | Russ Gressett | 7/14/2006 12:36 | 7/14/2006 16:41 | | 69.150.143.34 | 158 | 381 |
| RGressett1 | Russ Gressett | 7/10/2006 11:39 | 7/10/2006 12:03 | | 69.150.143.34 | 23 | 105 |
| RGressett1 | Russ Gressett | 6/30/2006 11:41 | 6/30/2006 13:01 | | 69.150.143.34 | 80 | 339 |
| RGressett1 | Russ Gressett | 6/10/2006 18:00 | 6/10/2006 19:35 | | 69.150.143.34 | 69 | 103 |
| RGressett1 | Russ Gressett | 6/2/2006 11:01 | 6/2/2006 12:42 | | 69.150.143.34 | 100 | 320 |
| RGressett1 | Russ Gressett | 5/15/2006 9:47 | 5/15/2006 9:59 | | 69.150.143.34 | 12 | 65 |
| RGressett1 | Russ Gressett | 5/12/2006 10:42 | 5/12/2006 11:23 | | 69.150.143.34 | 36 | 226 |
| RGressett1 | Russ Gressett | 4/28/2006 11:04 | 4/28/2006 12:09 | | 69.150.143.34 | 64 | 304 |
| RGressett1 | Russ Gressett | 4/17/2006 17:14 | 4/17/2006 18:54 | | 69.150.143.34 | 96 | 457 |
| RGressett1 | Russ Gressett | 4/3/2006 10:55 | 4/3/2006 15:00 | | 69.150.143.34 | 121 | 551 |

| LoginName | UserName | LoginTime | LastAccess | Violation | IPAddress | Duration | PageHits |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 3/9/2006 17:17 | 3/9/2006 17:44 | | 69.150.143.34 | 27 | 264 |
| RGressett1 | Russ Gressett | 3/2/2006 16:45 | 3/2/2006 16:51 | | 69.150.143.34 | 6 | 18 |
| RGressett1 | Russ Gressett | 2/24/2006 10:25 | 2/24/2006 10:51 | | 69.150.143.34 | 26 | 278 |
| RGressett1 | Russ Gressett | 2/23/2006 15:31 | 2/23/2006 16:17 | | 69.150.143.34 | 46 | 188 |
| RGressett1 | Russ Gressett | 2/14/2006 16:33 | 2/14/2006 17:24 | | 69.150.143.34 | 50 | 155 |
| RGressett1 | Russ Gressett | 2/8/2006 18:08 | 2/8/2006 18:53 | | 69.150.143.34 | 45 | 124 |
| RGressett1 | Russ Gressett | 2/2/2006 12:12 | 2/2/2006 14:30 | | 69.150.143.34 | 138 | 398 |
| RGressett1 | Russ Gressett | 1/25/2006 16:33 | 1/25/2006 16:41 | | 69.150.143.34 | 8 | 54 |
| RGressett1 | Russ Gressett | 1/19/2006 12:11 | 1/19/2006 13:15 | | 69.150.143.34 | 55 | 276 |
| RGressett1 | Russ Gressett | 1/11/2006 11:41 | 1/11/2006 13:45 | | 69.150.143.34 | 123 | 400 |
| RGressett1 | Russ Gressett | 1/10/2006 19:02 | 1/10/2006 19:39 | | 69.150.143.34 | 31 | 225 |
| RGressett1 | Russ Gressett | 1/9/2006 11:31 | 1/9/2006 11:37 | | 69.150.143.34 | 6 | 46 |
| RGressett1 | Russ Gressett | 12/21/2005 10:09 | 12/21/2005 10:57 | | 69.150.143.34 | 47 | 58 |
| RGressett1 | Russ Gressett | 12/16/2005 10:55 | 12/16/2005 11:31 | | 69.150.143.34 | 34 | 192 |
| RGressett1 | Russ Gressett | 12/13/2005 10:52 | 12/13/2005 12:54 | | 69.150.143.34 | 121 | 472 |
| RGressett1 | Russ Gressett | 12/6/2005 11:08 | 12/6/2005 11:40 | | 69.150.143.34 | 29 | 93 |
| RGressett1 | Russ Gressett | 12/2/2005 15:23 | 12/2/2005 16:05 | | 69.150.143.34 | 42 | 83 |
| RGressett1 | Russ Gressett | 12/1/2005 16:26 | 12/1/2005 16:36 | | 69.150.143.34 | 10 | 80 |
| RGressett1 | Russ Gressett | 11/28/2005 16:35 | 11/28/2005 18:00 | | 69.150.143.34 | 84 | 89 |
| RGressett1 | Russ Gressett | 11/23/2005 9:42 | 11/23/2005 10:19 | | 69.150.143.34 | 37 | 112 |
| RGressett1 | Russ Gressett | 11/22/2005 15:20 | 11/22/2005 15:43 | 11/22/2005 15:52 | 69.150.143.34 | 22 | 66 |
| RGressett1 | Russ Gressett | 11/21/2005 16:43 | 11/21/2005 17:00 | | 69.150.143.34 | 16 | 26 |
| RGressett1 | Russ Gressett | 11/21/2005 15:35 | 11/21/2005 16:32 | | 69.150.143.34 | 57 | 259 |
| RGressett1 | Russ Gressett | 11/21/2005 11:53 | 11/21/2005 12:32 | | 69.150.143.34 | 38 | 106 |
| RGressett1 | Russ Gressett | 11/4/2005 10:39 | 11/4/2005 12:15 | | 69.150.143.34 | 70 | 300 |
| RGressett1 | Russ Gressett | 11/3/2005 10:20 | 11/3/2005 10:55 | | 69.150.143.34 | 35 | 189 |
| RGressett1 | Russ Gressett | 10/31/2005 11:53 | 10/31/2005 14:51 | | 69.150.143.34 | 178 | 381 |
| RGressett1 | Russ Gressett | 10/27/2005 17:53 | 10/27/2005 17:58 | | 69.150.143.34 | 5 | 50 |
| RGressett1 | Russ Gressett | 10/25/2005 11:07 | 10/25/2005 12:03 | | 69.150.143.34 | 56 | 119 |
| RGressett1 | Russ Gressett | 10/14/2005 16:42 | 10/14/2005 16:59 | | 69.150.143.34 | 17 | 92 |
| RGressett1 | Russ Gressett | 10/10/2005 17:27 | 10/10/2005 18:41 | | 69.150.143.34 | 74 | 200 |
| RGressett1 | Russ Gressett | 10/10/2005 16:11 | 10/10/2005 17:16 | | 69.150.143.34 | 65 | 89 |
| RGressett1 | Russ Gressett | 10/5/2005 10:39 | 10/5/2005 12:26 | | 69.150.143.34 | 106 | 488 |

| LoginName | UserName | Login Time | Last Access | Violation | IP Address | Duration | Page Hits |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 10/3/2005 17:09 | 10/3/2005 17:39 | | 69.150.143.34 | 30 | 59 |
| RGressett1 | Russ Gressett | 8/25/2005 14:46 | 8/25/2005 15:34 | | 69.150.143.34 | 48 | 119 |
| RGressett1 | Russ Gressett | 8/19/2005 12:24 | 8/19/2005 12:51 | | 69.150.143.34 | 27 | 185 |
| RGressett1 | Russ Gressett | 8/16/2005 16:25 | 8/16/2005 17:01 | | 69.150.143.34 | 36 | 131 |
| RGressett1 | Russ Gressett | 8/15/2005 14:38 | 8/15/2005 14:46 | | 69.150.143.34 | 8 | 62 |
| RGressett1 | Russ Gressett | 8/10/2005 17:23 | 8/10/2005 18:58 | | 69.150.143.34 | 95 | 75 |
| RGressett1 | Russ Gressett | 8/9/2005 11:05 | 8/9/2005 11:49 | | 69.150.143.34 | 43 | 252 |
| RGressett1 | Russ Gressett | 8/1/2005 10:24 | 8/1/2005 10:45 | | 69.150.143.34 | 20 | 61 |
| RGressett1 | Russ Gressett | 7/28/2005 17:35 | 7/28/2005 20:17 | | 69.150.143.34 | 161 | 159 |
| RGressett1 | Russ Gressett | 7/27/2005 16:12 | 7/27/2005 18:21 | | 69.150.143.34 | 127 | 339 |
| RGressett1 | Russ Gressett | 7/21/2005 16:00 | 7/21/2005 17:50 | | 69.150.143.34 | 70 | 198 |
| RGressett1 | Russ Gressett | 7/12/2005 16:02 | 7/12/2005 18:36 | | 69.150.143.34 | 154 | 145 |
| RGressett1 | Russ Gressett | 7/11/2005 17:53 | 7/11/2005 18:00 | | 69.150.143.34 | 7 | 51 |
| RGressett1 | Russ Gressett | 7/8/2005 15:34 | 7/8/2005 16:19 | | 69.150.143.34 | 45 | 275 |
| RGressett1 | Russ Gressett | 6/29/2005 12:19 | 6/29/2005 14:08 | | 69.150.143.34 | 45 | 79 |
| RGressett1 | Russ Gressett | 6/28/2005 14:54 | 6/28/2005 16:54 | | 69.150.143.34 | 120 | 321 |
| RGressett1 | Russ Gressett | 6/28/2005 10:30 | 6/28/2005 14:49 | 6/28/2005 15:25 | 69.150.143.34 | 257 | 51 |
| RGressett1 | Russ Gressett | 6/20/2005 18:49 | 6/20/2005 20:03 | | 69.150.143.34 | 74 | 121 |
| RGressett1 | Russ Gressett | 6/16/2005 15:29 | 6/16/2005 15:32 | | 69.150.143.34 | 2 | 23 |
| RGressett1 | Russ Gressett | 6/13/2005 14:52 | 6/13/2005 15:27 | | 69.150.143.34 | 35 | 126 |
| RGressett1 | Russ Gressett | 6/8/2005 11:46 | 6/8/2005 11:52 | | 69.150.143.34 | 6 | 52 |
| RGressett1 | Russ Gressett | 6/7/2005 11:25 | 6/7/2005 11:39 | | 69.150.143.34 | 13 | 71 |
| RGressett1 | Russ Gressett | 5/27/2005 10:37 | 5/27/2005 10:58 | | 69.150.143.34 | 20 | 44 |
| RGressett1 | Russ Gressett | 5/26/2005 14:34 | 5/26/2005 15:47 | | 69.150.143.34 | 72 | 196 |
| RGressett1 | Russ Gressett | 5/24/2005 15:19 | 5/24/2005 16:23 | | 69.150.143.34 | 64 | 171 |
| RGressett1 | Russ Gressett | 5/20/2005 10:00 | 5/20/2005 10:32 | | 69.150.143.34 | 12 | 32 |
| RGressett1 | Russ Gressett | 5/17/2005 14:54 | 5/17/2005 17:29 | | 69.150.143.34 | 25 | 60 |
| RGressett1 | Russ Gressett | 5/12/2005 14:41 | 5/12/2005 14:48 | | 69.150.143.34 | 7 | 88 |
| RGressett1 | Russ Gressett | 5/11/2005 17:11 | 5/11/2005 17:43 | | 69.150.143.34 | 32 | 186 |
| RGressett1 | Russ Gressett | 5/6/2005 14:59 | 5/6/2005 15:21 | | 69.150.143.34 | 22 | 119 |
| RGressett1 | Russ Gressett | 5/3/2005 12:36 | 5/3/2005 14:15 | | 69.150.143.34 | 11 | 24 |
| RGressett1 | Russ Gressett | 4/28/2005 16:49 | 4/28/2005 17:19 | | 69.150.143.34 | 29 | 99 |
| RGressett1 | Russ Gressett | 4/25/2005 15:13 | 4/25/2005 15:16 | | 69.150.143.34 | 3 | 17 |

| Last Name | User Name | Iogin Time | Last Access | Violation | IP Address | Duration | Pages Hits |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 4/22/2005 16:44 | 4/22/2005 17:28 | | 69.150.143.34 | 44 | 122 |
| RGressett1 | Russ Gressett | 4/22/2005 16:15 | 4/22/2005 16:33 | | 69.150.143.34 | 13 | 92 |
| RGressett1 | Russ Gressett | 4/18/2005 16:52 | 4/18/2005 17:25 | 4/18/2005 17:26 | 69.150.143.34 | 31 | 129 |
| RGressett1 | Russ Gressett | 4/6/2005 11:40 | 4/6/2005 12:13 | | 69.150.143.34 | 33 | 162 |
| RGressett1 | Russ Gressett | 3/31/2005 14:35 | 3/31/2005 15:32 | | 69.150.143.34 | 56 | 95 |
| RGressett1 | Russ Gressett | 3/30/2005 14:45 | 3/30/2005 16:56 | | 69.150.143.34 | 130 | 299 |
| RGressett1 | Russ Gressett | 3/23/2005 16:03 | 3/23/2005 16:05 | | 69.150.143.34 | 1 | 15 |
| RGressett1 | Russ Gressett | 3/9/2005 14:57 | 3/9/2005 17:30 | | 69.150.143.34 | 146 | 426 |
| RGressett1 | Russ Gressett | 3/2/2005 10:09 | 3/2/2005 16:36 | | 69.150.143.34 | 196 | 260 |
| RGressett1 | Russ Gressett | 2/25/2005 11:59 | 2/25/2005 12:02 | | 69.150.143.34 | 3 | 41 |
| RGressett1 | Russ Gressett | 2/22/2005 10:11 | 2/22/2005 10:49 | | 69.150.143.34 | 38 | 224 |
| RGressett1 | Russ Gressett | 1/24/2005 14:11 | 1/24/2005 14:18 | | 69.150.143.34 | 7 | 33 |
| RGressett1 | Russ Gressett | 1/24/2005 12:54 | 1/24/2005 12:57 | | 69.150.143.34 | 2 | 30 |
| RGressett1 | Russ Gressett | 1/5/2005 13:57 | 1/5/2005 14:31 | | 69.150.143.34 | 33 | 245 |
| RGressett1 | Russ Gressett | 12/31/2004 12:44 | 12/31/2004 13:27 | | 69.150.143.34 | 41 | 128 |
| RGressett1 | Russ Gressett | 12/30/2004 17:56 | 12/30/2004 17:58 | | 69.150.143.34 | 1 | 7 |
| RGressett1 | Russ Gressett | 12/16/2004 16:43 | 12/16/2004 16:45 | | 69.150.143.34 | 1 | 10 |
| RGressett1 | Russ Gressett | 12/14/2004 11:50 | 12/14/2004 12:55 | | 69.150.143.34 | 65 | 184 |
| RGressett1 | Russ Gressett | 12/8/2004 16:52 | 12/8/2004 17:04 | | 69.150.143.34 | 12 | 114 |
| RGressett1 | Russ Gressett | 12/8/2004 12:20 | 12/8/2004 13:34 | 12/8/2004 17:30 | 69.150.143.34 | 72 | 242 |
| RGressett1 | Russ Gressett | 12/7/2004 16:37 | 12/7/2004 16:46 | | 69.150.143.34 | 5 | 24 |
| RGressett1 | Russ Gressett | 12/6/2004 20:32 | 12/6/2004 20:59 | | 69.150.143.34 | 8 | 24 |
| RGressett1 | Russ Gressett | 11/18/2004 17:49 | 11/18/2004 18:01 | | 69.150.143.34 | 12 | 76 |
| RGressett1 | Russ Gressett | 11/8/2004 16:45 | 11/8/2004 17:43 | | 69.150.143.34 | 58 | 252 |
| RGressett1 | Russ Gressett | 10/29/2004 18:09 | 10/29/2004 18:12 | | 69.150.143.34 | 3 | 30 |
| RGressett1 | Russ Gressett | 10/26/2004 10:33 | 10/26/2004 11:39 | | 69.150.143.34 | 61 | 116 |
| RGressett1 | Russ Gressett | 10/25/2004 18:48 | 10/25/2004 19:35 | | 69.150.143.34 | 43 | 144 |
| RGressett1 | Russ Gressett | 10/21/2004 12:29 | 10/21/2004 13:04 | | 69.150.143.34 | 35 | 106 |
| RGressett1 | Russ Gressett | 10/19/2004 16:53 | 10/19/2004 17:40 | | 69.150.143.34 | 47 | 378 |
| RGressett1 | Russ Gressett | 10/1/2004 17:43 | 10/1/2004 18:35 | | 69.150.143.34 | 48 | 94 |
| RGressett1 | Russ Gressett | 9/21/2004 18:16 | 9/21/2004 18:32 | | 69.150.143.34 | 16 | 138 |
| RGressett1 | Russ Gressett | 9/3/2004 10:44 | 9/3/2004 11:57 | | 69.150.143.34 | 72 | 105 |
| RGressett1 | Russ Gressett | 8/4/2004 15:39 | 8/4/2004 16:16 | | 69.150.143.34 | 34 | 57 |

| User Name | User Name | Login Time | Last Access | Duration | IP Address | Duration | Page Hits |
|---|---|---|---|---|---|---|---|
| RGressett1 | Russ Gressett | 7/29/2004 16:26 | 7/29/2004 16:41 | | 69.150.143.34 | 14 | 91 |
| RGressett1 | Russ Gressett | 7/28/2004 17:05 | 7/28/2004 17:22 | | 69.150.143.34 | 16 | 84 |
| RGressett1 | Russ Gressett | 7/12/2004 11:50 | 7/12/2004 12:50 | | 69.150.143.34 | 59 | 216 |