# Declaration of Steven J. Williams

# Exhibit H

# Exhibit H

| LoginName | UserName | Last Time | Last Access | Violation | IP Address | Duration | Page Hits |
|---|---|---|---|---|---|---|---|
| BParrish | Brittany Parrish | 4/29/2008 18:35 | 4/29/2008 18:41 | | 12.69.113.205 | 6 | 77 |
| BParrish | Brittany Parrish | 4/29/2008 16:57 | 4/29/2008 17:03 | | 12.69.113.205 | 6 | 74 |
| BParrish | Brittany Parrish | 4/29/2008 14:18 | 4/29/2008 14:24 | | 12.69.113.205 | 6 | 80 |
| BParrish | Brittany Parrish | 4/28/2008 17:46 | 4/28/2008 18:04 | | 12.69.113.205 | 8 | 94 |
| BParrish | Brittany Parrish | 4/28/2008 12:32 | 4/28/2008 12:47 | | 12.69.113.205 | 14 | 212 |
| BParrish | Brittany Parrish | 4/24/2008 16:07 | 4/24/2008 16:13 | | 69.150.143.34 | 6 | 88 |
| BParrish | Brittany Parrish | 4/24/2008 15:38 | 4/24/2008 15:39 | | 69.150.143.34 | 1 | 35 |
| BParrish | Brittany Parrish | 4/24/2008 10:08 | 4/24/2008 10:14 | | 69.150.143.34 | 5 | 39 |
| DNeedham | Doug Needham | 4/23/2008 13:05 | 4/23/2008 13:30 | | 69.150.143.34 | 24 | 361 |
| BParrish | Brittany Parrish | 4/22/2008 9:35 | 4/22/2008 9:58 | | 69.150.143.34 | 23 | 214 |
| BParrish | Brittany Parrish | 4/21/2008 11:44 | 4/21/2008 12:08 | | 69.150.143.34 | 23 | 176 |
| BParrish | Brittany Parrish | 4/18/2008 10:49 | 4/18/2008 11:07 | | 69.150.143.34 | 14 | 189 |
| MVentura | Marcia Ventura | 4/17/2008 16:37 | 4/17/2008 16:54 | | 69.150.143.34 | 17 | 239 |
| BParrish | Brittany Parrish | 4/17/2008 10:41 | 4/17/2008 10:56 | | 69.150.143.34 | 14 | 103 |
| DNeedham | Doug Needham | 4/16/2008 12:33 | 4/16/2008 13:13 | | 65.124.77.138 | 40 | 118 |
| BParrish | Brittany Parrish | 4/14/2008 16:45 | 4/14/2008 17:16 | | 69.150.143.34 | 30 | 132 |
| BParrish | Brittany Parrish | 4/14/2008 10:59 | 4/14/2008 11:13 | | 69.150.143.34 | 13 | 161 |
| BParrish | Brittany Parrish | 4/10/2008 12:26 | 4/10/2008 12:47 | | 69.150.143.34 | 20 | 310 |
| MVentura | Marcia Ventura | 4/10/2008 10:43 | 4/10/2008 10:49 | | 69.150.143.34 | 5 | 63 |
| BParrish | Brittany Parrish | 4/9/2008 18:02 | 4/9/2008 18:06 | | 69.150.143.34 | 4 | 63 |
| MVentura | Marcia Ventura | 4/7/2008 16:38 | 4/7/2008 16:42 | | 69.150.143.34 | 4 | 72 |
| DNeedham | Doug Needham | 4/7/2008 14:43 | 4/7/2008 14:55 | | 69.150.143.34 | 11 | 184 |
| BParrish | Brittany Parrish | 4/7/2008 13:06 | 4/7/2008 15:26 | | 69.150.143.34 | 139 | 319 |
| DNeedham | Doug Needham | 4/4/2008 18:21 | 4/4/2008 18:29 | | 69.150.143.34 | 7 | 173 |
| BParrish | Brittany Parrish | 4/4/2008 11:29 | 4/4/2008 12:02 | | 69.150.143.34 | 33 | 501 |
| BParrish | Brittany Parrish | 4/4/2008 11:13 | 4/4/2008 11:29 | | 69.150.143.34 | 15 | 144 |
| MVentura | Marcia Ventura | 4/3/2008 16:17 | 4/3/2008 17:12 | | 69.150.143.34 | 54 | 619 |
| DNeedham | Doug Needham | 3/31/2008 18:09 | 3/31/2008 18:17 | | 69.150.143.34 | 7 | 76 |
| BParrish | Brittany Parrish | 3/28/2008 17:53 | 3/28/2008 18:09 | | 69.150.143.34 | 16 | 78 |
| DNeedham | Doug Needham | 3/28/2008 17:39 | 3/28/2008 18:16 | | 69.150.143.34 | 37 | 125 |
| BParrish | Brittany Parrish | 3/28/2008 17:13 | 3/28/2008 17:38 | | 69.150.143.34 | 25 | 165 |
| BParrish | Brittany Parrish | 3/28/2008 14:57 | 3/28/2008 15:42 | | 69.150.143.34 | 44 | 389 |
| DNeedham | Doug Needham | 3/28/2008 5:46 | 3/28/2008 6:04 | | 65.124.77.138 | 18 | 153 |

| Login Name | User Name | Login Time | Last Access | Violation | IP Address | Duration | Page Hits |
|---|---|---|---|---|---|---|---|
| DNeedham | Doug Needham | 3/27/2008 11:19 | 3/27/2008 11:46 | | 69.150.143.34 | 26 | 148 |
| BParrish | Brittany Parrish | 3/26/2008 15:52 | 3/26/2008 17:11 | | 69.150.143.34 | 79 | 257 |
| BParrish | Brittany Parrish | 3/25/2008 10:40 | 3/25/2008 10:45 | | 69.150.143.34 | 4 | 78 |
| BParrish | Brittany Parrish | 3/25/2008 10:34 | 3/25/2008 10:39 | | 69.150.143.34 | 4 | 37 |
| BParrish | Brittany Parrish | 3/25/2008 10:31 | 3/25/2008 10:33 | | 69.150.143.34 | 2 | 30 |
| BParrish | Brittany Parrish | 3/24/2008 12:08 | 3/24/2008 12:50 | | 69.150.143.34 | 42 | 897 |
| BParrish | Brittany Parrish | 3/24/2008 12:02 | 3/24/2008 12:08 | 3/24/2008 12:33 | 69.150.143.34 | 5 | 26 |
| BParrish | Brittany Parrish | 3/20/2008 15:03 | 3/20/2008 15:07 | | 69.150.143.34 | 4 | 42 |
| MVentura | Marcia Ventura | 3/19/2008 11:42 | 3/19/2008 12:01 | | 69.150.143.34 | 19 | 210 |
| MVentura | Marcia Ventura | 3/19/2008 11:06 | 3/19/2008 11:34 | | 69.150.143.34 | 28 | 305 |
| DNeedham | Doug Needham | 3/17/2008 17:38 | 3/17/2008 17:48 | | 69.150.143.34 | 10 | 105 |
| BParrish | Brittany Parrish | 3/17/2008 15:38 | 3/17/2008 16:41 | | 69.150.143.34 | 63 | 657 |
| jwitte | Jerry Witte | 3/12/2008 23:02 | 3/12/2008 23:20 | | 69.150.143.34 | 18 | 178 |
| BParrish | Brittany Parrish | 3/11/2008 16:43 | 3/11/2008 17:41 | | 69.150.143.34 | 58 | 995 |
| BParrish | Brittany Parrish | 3/11/2008 15:24 | 3/11/2008 15:48 | | 69.150.143.34 | 22 | 219 |
| DNeedham | Doug Needham | 3/11/2008 14:16 | 3/11/2008 14:50 | | 69.150.143.34 | 11 | 131 |