# Declaration of Steven J. Williams

# Exhibit I

Dockets.Justia.com

# Exhibit I

## 2900 Walker Ave - Block 98

**1**

Houston, TX 77002 - CBD Submarket
Sale on 06/29/2005 for $6,390,000 ($100.00/SF) - Research Complete
Commercial Land of 1.47 AC (63,898 SF)

**SOLD**




---

### Buyer & Seller Contact Info

| | |
|---|---|
| **Recorded Buyer:** | **Block 98 Partners, Ltd** |
| | 31 N Tejon St |
| | Colorado Springs, CO 80903 |
| | (719) 471-3714 |
| | |
| **Buyer Contact:** | **Raymond L. Marshall ( Mgr)** |

| | |
|---|---|
| **Recorded Seller:** | **Crescent Real Estate Equities Company** |
| | 777 Main St |
| | Fort Worth, TX 76102 |
| | (817) 321-2100 |
| **Seller Contact:** | **Jane B. Page (Mgr)** |
| **Seller Type:** | **REIT** |
| **Listing Broker:** | **Cushman & Wakefield, Inc.** |
| | **Marshall Davidson** |
| | **(713) 963-2887** |
| | **David Cook** |
| | **(713) 963-2888** |
| | **Jeff Peden** |
| | **(713) 963-2880** |

---

### Transaction Details

ID: 1032617

| | | | |
|---|---|---|---|
| Sale Date: | 06/29/2005 (150 days on market) | Land Area: | 1.47 AC (63,898 SF) |
| Escrow Length: | 90 days | Proposed Use: | - |
| Sale Price: | $6,390,000-Confirmed | | |
| Price/SF Land Gross: | $100.00 ($4,356,125.16/AC) | | |
| | | | |
| Zoning: | N/Ap, Houston | | |
| | | | |
| Financing: | Down payment of $1,610,000.00 (25.2%) | | |
| | $4,780,000.00 from Southern Nat'l Bk of Texas | | |
| Topography: | Level | | |
| Legal Desc: | Blk 98 SSBB | | |
| Parcel No: | 0010980000001 | | |
| Document No: | Y582841 | | |
| Sale History: | Sold on 06/30/2006 | | |
| | Sold on 06/30/2006 | | |
| | Sold for $6,390,000 on 06/29/2005 | | |

---

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

| Transaction Notes |
|---|

Block 98 Partners, Ltd c/o Raymond L. Marshall ( Mgr)
Crescent Real Estate Equities, LP c/o Jane B. Page (Mgr)

* Area Map: Map Facet: 5457C
* Description: Buyer plans to build two residential high rises with ground floor retail space. Each tower will have 150 units, one tower will be Apartments the other Condo's. The Ground breaking is not scheduled Summer 2008.
The sale price was for the land only and no building plans or permits were included. There were no flood or contamination issues.

| Current Land Information | ID: 888101 |
|---|---|

| | | | |
|---|---|---|---|
| Zoning: | N/Ap, Houston | Proposed Use: | - |
| Density Allowed: | - | Land Area: | 63,898 SF (1.47 AC) |
| Number of Lots: | - | On-Site Improv: | - |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | - | | |
| Name: | Block 98 | | |
| Topography: | Level | | |

| Location Information |
|---|

| | |
|---|---|
| Cross Street: | Delano St |
| Metro Market: | Houston |
| Submarket: | Downtown/CBD |
| County: | Harris |
| CBSA: | Houston-Baytown-Sugar Land, TX |
| CSA: | Houston-Baytown-Huntsville, TX |
| DMA: | Houston, TX |
| Map(Page): | Key Map 493 |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 2

| | |
|---|---|
| Parcel Number: | **0010980000001** |
| Legal Description: | **-** |
| County: | **Harris** |

**Plat Map: 2900 Walker Ave - Block 98**

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 3

Multi-Property sale on 09/28/2007 of 3 properties, for $115,300,000 - Research Complete



### Summary of Property Info - at time of sale

| | Address | City | State | Property Type | Property Size | Year Built |
|---|---|---|---|---|---|---|
| 1 | 633 17th St | Denver | CO | Class A Office | 552,988 SF | 1980 |
| 2 | 627 18th St | Denver | CO | Retail | 250,000 SF | 1975 |
| 3 | 609 18th St | Denver | CO | Land | - | - |

### Buyer & Seller Contact Info

| | |
|---|---|
| **Recorded Buyer:** Toma West LLC | **Recorded Seller:** NNN 633 17th Street LLC |
| **True Buyer:** Grant Management AS | **True Seller:** Triple Net Properties, LLC |
| | Brendan Considine |
| | 1551 N Tustin Ave |
| | Santa Ana, CA 92705 |
| | (714) 667-8252 |
| | **Seller Type:** Corporation |
| **Buyer Broker:** No Buyer Broker on Deal | **Listing Broker:** CB Richard Ellis |
| | Ron Urgitus |
| | (303) 628-1790 |
| | Timothy Swan |
| | (303) 628-1766 |
| | Mary Sullivan |
| | (303) 628-1765 |

### Transaction Details      ID: 1408458

| | |
|---|---|
| Sale Date: 09/28/2007 | Sale Type: Investment |
| Escrow Length: - | RBA: - |
| Sale Price: **$115,300,000-Full Value** | Land Area: **2.70 AC (117,442 SF)** |
| Asking Price: - | |
| Price/Bldg SF: - | |
| | |
| Buyer Cap Rate: **4.60%** | Percent Improved: **82.1%** |
| Transfer Tax: **$11,530** | Total Value Assessed: **$49,902,100 in 2006** |
| | Improved Value Assessed: **$40,959,100** |
| | Land Value Assessed: **$8,943,000** |
| | Land Assessed/SF: **$76.00** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 1

Multi-Property sale on 09/28/2007 of 3 properties, for $115,300,000 - Research Complete (con't)

| | |
|---|---|
| Legal Desc: | **Lots 25, 27, and 28, Block 15, East Denver Lots 1 thru 32, Block 14, East Denver** |
| Parcel No: | **2345-14-013, 2345-14-017, 2345-14-018, 2345-14-019, 2345-15-025, 2345-15-027, 2345-15-028** |
| Document No: | **0153393** |

## Transaction Notes

True Buyer:

**Grant Management AS**
**Karenslyst allé 16, 0278**
**Oslo**

**T: 98 26 91 09**
**F: 22 44 96 02**

Sale Price: Included in the sale was the five-story Plaza Garage parking structure with 924 spaces and the Lighthouse Lot surface parking lot with 220 spaces.

Income/Expense: It was reported that the property sold 90% occupied and at a 4.6% cap rate based on income at time of sale.

Market and Escrow Time: We were unable to determine the amount of time the property was marketed and under contract.

Loan Information: We were unable to determine the amount of down payment or loan information, if any.

Miscellaneous: Reportedly, at the time of the sale, there were no credits, conditions, or deferred maintenance that affected the sale price.

Mill Levy: 66.948

## Current Building Information: 633 17th St
ID: 393822

| | | | |
|---|---|---|---|
| Bldg Type: | **Office** | Bldg Status: | **Built in 1980** |
| Class: | **A** | RBA: | **552,988 SF** |
| Total Avail: | **48,446 SF** | % Leased: | **92.1%** |
| Bldg Vacant: | **43,962 SF** | Rent/SF/Yr: | **$17.00** |
| Tenancy: | **Multi** | Elevators: | **13 with 1 frt** |
| Owner Type: | **-** | Core Factor: | **14.9%** |
| Owner Occupied | **No** | Stories: | **32** |
| Zoning: | **B-5, Denver** | Typical Floor Size: | **17,280 SF** |
| Land Area: | **17,019 SF** | Building FAR: | **32.49** |
| | | Const Type: | **Steel** |

| | |
|---|---|
| Expenses: | **2006 Combined Est Tax/Ops @ $10.60/sf** |
| Amenities: | **Banking, Concierge, Food Service, On Site Management, Property Manager on Site** |
| Elevator Banks: | **1st-32nd(12)** |

## Location Information

| | |
|---|---|
| Located: | **NEC 18th St & California St** |
| Metro Market: | **Denver** |
| Submarket: | **Central Business District/Central Business District** |
| County: | **Denver** |
| CBSA: | **Denver-Aurora, CO** |
| CSA: | **Denver-Aurora-Boulder, CO** |
| DMA: | **Denver, CO-NE-WY-NV** |
| Map(Page): | **Pierson Graphics Corp 284-F** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 2

| Current Retail Information: 627 18th St - Plaza Garage | ID: 6151938 |
|---|---|

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **250,000 SF** |
| Center Name: | **Plaza Garage** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1975** | % Leased: | **100.0%** |
| Owner Type: | **-** | Bldg Vacant: | **0 SF** |
| Zoning: | **B-5, Denver** | Land Area: | **50,212 SF** |
| Owner Occupied: | **No** | Lot Dimensions: | **-** |
| | | Building FAR: | **4.98** |
| Rent/SF/Yr: | **-** | No. of Stores: | **-** |
| CAM: | **-** | | |
| Parking: | **924 Surface Spaces are available** | | |
| Features: | **Corner Lot** | | |

### Location Information

| | |
|---|---|
| Second Address: | **1832 California St** |
| Located: | **NEC 18th St & California St** |
| Metro Market: | **Denver** |
| Submarket: | **Central Business District/Central Business District** |
| County: | **Denver** |
| CBSA: | **Denver-Aurora, CO** |
| CSA: | **Denver-Aurora-Boulder, CO** |
| DMA: | **Denver, CO-NE-WY-NV** |

| Current Land Information: 609 18th St - Lighthouse Lot | ID: 6151993 |
|---|---|

| | | | |
|---|---|---|---|
| Zoning: | **B-5, Denver** | Proposed Use: | **Parking Lot** |
| Density Allowed: | **-** | Land Area: | **50,212 SF (1.15 AC)** |
| Number of Lots: | **15** | On-Site Improv: | **Asphalt paved lot** |
| Max # of Units: | **-** | Lot Dimensions: | **375x175** |
| Units per Acre: | **-** | Owner Type: | **-** |
| Improvements: | **Asphalt Paved Lot** | | |
| Legal Desc: | **Lots 17 thru 32, Block 14, East Denver** | | |
| Topography: | **Level** | | |

### Location Information

| | |
|---|---|
| Located: | **NEC 18th St & California St** |
| Metro Market: | **Denver** |
| Submarket: | **Central Business District/Central Business District** |
| County: | **Denver** |
| CBSA: | **Denver-Aurora, CO** |
| CSA: | **Denver-Aurora-Boulder, CO** |
| DMA: | **Denver, CO-NE-WY-NV** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 3

**Multi-Property sale on 10/26/2007 of 5 Retail properties, for $65,150,000 ($48.48/SF) - Research Complete**

### Summary of Property Info - at time of sale

| | Address | City | State | Property Type | Property Size | Year Built |
|---|---|---|---|---|---|---|
| 1 | 400 S 3rd St | Minneapolis | MN | Retail | 547,481 SF | 1983 |
| 2 | 14-W Grant St | Minneapolis | MN | Retail | 311,826 SF | 1980 |
| 3 | 700-700 S 5th Ave | Minneapolis | MN | Retail | 223,300 SF | 1984 |
| 4 | 1504 Washington Ave S | Minneapolis | MN | Retail | 195,360 SF | 1984 |
| 5 | 425 Park Ave S | Minneapolis | MN | Retail | 66,000 SF | 2002 |

### Buyer & Seller Contact Info

| | |
|---|---|
| **Recorded Buyer:** **Minneapolis Venture LLC** | **Recorded Seller:** **City Of Minneapolis Municipal Corporation** |
| **True Buyer:** **Alatus Management LLC** **Robert Lux** 800 Lasalle Ave Minneapolis, MN 55402 (612) 991-0381 | **True Seller:** **City Of Minneapolis Municipal Corporation** 309 S 2nd Ave Minneapolis, MN 55401 (612) 673-5095 |
| **Buyer Broker:** **No Buyer Broker on Deal** | **Listing Broker:** **No Listing Broker on Deal** |

### Transaction Details
ID: 1447304

| | | | |
|---|---|---|---|
| Sale Date: | **10/26/2007 (389 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | **90 days** | RBA: | **1,343,967 SF** |
| Sale Price: | **$65,150,000-Confirmed** | Land Area: | **4.41 AC (192,269 SF)** |
| Asking Price: | **-** | | |
| Price/Bldg SF: | **$48.48** | | |
| | | | |
| Buyer Cap Rate: | **-** | | |
| Seller Cap Rate: | **5.10%** | | |
| Transfer Tax: | **$221,510** | | |

| | |
|---|---|
| Legal Desc: | **Addn Lot 3 Blk 1 Hancock,** **Unplat prt W 1/2 of NW 1/4 Sec 26 Twn 29 Rng 24,** **Blk 006 Lot 001 Loring Park Development,** **Blk 073 Lots 7 thru 10 Minneapolis,** **Blk 073 Lots 1 thru 5 Minneapolis,** **Blk 048 Lots 3 thru 5 Minneapolis** |
| Parcel No: | **23-029-24-34-0051, 25-029-24-22-0344, 26-029-24-21-0098, 26-029-24-21-0099, 26-029-24-22-0091, 27-029-24-24-0178** |
| Document No: | **0964908** |
| Financing: | **Not Available** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 4

## Multi-Property                                                    SOLD

Multi-Property sale on 10/26/2007 of 5 Retail properties, for $65,150,000 ($48.48/SF) - Research Complete (con't)

### Transaction Notes

This was the sale of 5 downtown parking ramps with a total of 4,580 parking spaces by the City of Minneapolis.

Escrow Period: Seller stated that the initial term sheet was approved by the city in July, 2007 and the due diligence period commenced at that time; actual sale contract was approved 10/26/07 and transaction closed 10/29/2007.

Seller reported that the reported sale price does not include approximately $1.1 million in credits to the buyer for structural and other "issues" with some of the properties.

Seller's cap rate based on actual income and expenses reported by the seller for 2006.

Financing information was not available.

As a part of the sale, the buyer has committed to constructing new developments at or near at least two of the properties included in this sale. Proposed developments will be required to obtain LEED certification.

### Current Retail Information: 400 S 3rd St - Gateway Ramp          ID: 6304701

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **547,481 SF** |
| Center Name: | **Gateway Ramp** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1983** | % Leased: | **0.0%** |
| Owner Type: | - | Bldg Vacant: | **0 SF** |
| Zoning: | **B4S-2; DP** | Land Area: | **105,415 SF** |
| Owner Occupied: | - | Lot Dimensions: | - |
| | | Building FAR: | **5.19** |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |
| Parking: | **1397 Covered Spaces are available** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Minneapolis/St Paul** |
| Submarket: | **Minneapolis Ret/Minneapolis Ret** |
| County: | **Hennepin** |
| CBSA: | **Minneapolis-St. Paul-Bloomington, MN-WI** |
| CSA: | **Minneapolis-St. Paul-St. Cloud, MN-WI** |
| DMA: | **Minneapolis-St Paul, MN-WI** |

### Current Retail Information: 14-W Grant St - Loring Ramp          ID: 6304783

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **311,826 SF** |
| Center Name: | **Loring Ramp** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1980** | % Leased: | **100.0%** |
| Owner Type: | - | Bldg Vacant: | **0 SF** |
| Zoning: | **B4S-1; DP** | Land Area: | **47,480 SF** |
| Owner Occupied: | - | Lot Dimensions: | - |
| | | Building FAR: | **6.57** |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |
| Parking: | **750 Covered Spaces are available** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Minneapolis/St Paul** |
| Submarket: | **Minneapolis Ret/Minneapolis Ret** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page  5

# Multi-Property

## SOLD

Multi-Property sale on 10/26/2007 of 5 Retail properties, for $65,150,000 ($48.48/SF) - Research Complete (con't)

| | |
|---|---|
| County: | **Hennepin** |
| CBSA: | **Minneapolis-St. Paul-Bloomington, MN-WI** |
| CSA: | **Minneapolis-St. Paul-St. Cloud, MN-WI** |
| DMA: | **Minneapolis-St Paul, MN-WI** |

### Current Retail Information: 700-700 S 5th Ave - Centre Village Ramp
ID: 6304836

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **223,300 SF** |
| Center Name: | **Centre Village Ramp** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1984** | % Leased: | **100.0%** |
| Owner Type: | **-** | Bldg Vacant: | **0 SF** |
| Zoning: | **B4-1** | Land Area: | **0 SF** |
| Owner Occupied: | **-** | Lot Dimensions: | **-** |
| | | | |
| Rent/SF/Yr: | **-** | No. of Stores: | **-** |
| CAM: | **-** | | |
| | | | |
| Parking: | **1185 Covered Spaces are available** | | |

#### Location Information

| | |
|---|---|
| Metro Market: | **Minneapolis/St Paul** |
| Submarket: | **Minneapolis Ret/Minneapolis Ret** |
| County: | **Hennepin** |
| CBSA: | **Minneapolis-St. Paul-Bloomington, MN-WI** |
| CSA: | **Minneapolis-St. Paul-St. Cloud, MN-WI** |
| DMA: | **Minneapolis-St Paul, MN-WI** |

### Current Retail Information: 1504 Washington Ave S - Seven Corners Ramp
ID: 6302355

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **195,360 SF** |
| Center Name: | **Seven Corners Ramp** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1984** | % Leased: | **100.0%** |
| Owner Type: | **-** | Bldg Vacant: | **0 SF** |
| Zoning: | **C3A, PO** | Land Area: | **39,374 SF** |
| Owner Occupied: | **-** | Lot Dimensions: | **-** |
| | | Building FAR: | **4.96** |
| Rent/SF/Yr: | **-** | No. of Stores: | **-** |
| CAM: | **-** | | |
| | | | |
| Parking: | **796 Covered Spaces are available** | | |

#### Location Information

| | |
|---|---|
| Metro Market: | **Minneapolis/St Paul** |
| Submarket: | **Minneapolis Ret/Minneapolis Ret** |
| County: | **Hennepin** |
| CBSA: | **Minneapolis-St. Paul-Bloomington, MN-WI** |
| CSA: | **Minneapolis-St. Paul-St. Cloud, MN-WI** |
| DMA: | **Minneapolis-St Paul, MN-WI** |

# Multi-Property

**SOLD**

Multi-Property sale on 10/26/2007 of 5 Retail properties, for $65,150,000 ($48.48/SF) - Research Complete (con't)

| Current Retail Information: 425 Park Ave S - Downtown East Ramp | ID: 6304732 |
|---|---|

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **66,000 SF** |
| Center Name: | **Downtown East Ramp** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 2002** | % Leased: | **0.0%** |
| Owner Type: | **-** | Bldg Vacant: | **0 SF** |
| Zoning: | **B4C-2; DP** | Land Area: | **0 SF** |
| Owner Occupied: | **-** | Lot Dimensions: | **-** |
| | | | |
| Rent/SF/Yr: | **-** | No. of Stores: | **-** |
| CAM: | **-** | | |
| | | | |
| Parking: | **455 Covered Spaces are available** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Minneapolis/St Paul** |
| Submarket: | **Minneapolis Ret/Minneapolis Ret** |
| County: | **Hennepin** |
| CBSA: | **Minneapolis-St. Paul-Bloomington, MN-WI** |
| CSA: | **Minneapolis-St. Paul-St. Cloud, MN-WI** |
| DMA: | **Minneapolis-St Paul, MN-WI** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 7

**Plat Map: 633 17th St**

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 8

**Multi-Property sale on 11/07/2007 of 2 properties, for $33,100,000 ($110.93/SF) - Research Complete**



**1** 2525 SW First Ave     **2** 2715 SW 3rd Ave

## Summary of Property Info - at time of sale

| | Address | City | State | Property Type | Property Size | Year Built |
|---|---|---|---|---|---|---|
| 1 | 2525 SW First Ave | Portland | OR | Class B Office | 180,772 SF | 1982 |
| 2 | 2715 SW 3rd Ave | Portland | OR | Retail | 117,614 SF | 1992 |

## Buyer & Seller Contact Info

| | |
|---|---|
| **Recorded Buyer:** | **KBS-ADP Plaza LLC** |
| **True Buyer:** | **KBS Realty Advisors** |
| | **Peter Mette** |
| | 201 California St |
| | San Francisco, CA 94111 |
| | (415) 962-0190 |
| **Buyer Broker:** | **No Buyer Broker on Deal** |

| | |
|---|---|
| **Recorded Seller:** | **Antares-ADP Inc** |
| **True Seller:** | **Rim Pacific Management** |
| | **Dan Gray** |
| | 22982 Mill Creek Dr |
| | Laguna Hills, CA 92653 |
| | (949) 380-0300 |
| **Listing Broker:** | **Capacity Commercial Group** |
| | **Scott Madsen** |
| | **John Kohnstamm** |

## Transaction Details

ID: 1429307

| | | | | |
|---|---|---|---|---|
| Sale Date: | **11/07/2007 (190 days on market)** | Sale Type: | **Investment** | |
| Escrow Length: | **120 days** | RBA: | **298,386 SF** | |
| Sale Price: | **$33,100,000-Confirmed** | Land Area: | **3.52 AC (153,331 SF)** | |
| Asking Price: | **$35,000,000** | | | |
| Price/Bldg SF: | **$110.93** | | | |
| | | | | |
| Buyer Cap Rate: | **-** | Percent Improved: | **86.7%** | |
| Seller Cap Rate: | **6.90%** | Total Value Assessed: | **$41,369,940 in 2006** | |
| | | Improved Value Assessed: | **$35,875,520** | |
| | | Land Value Assessed: | **$5,494,420** | |
| | | Land Assessed/SF: | **$35.00** | |

| | |
|---|---|
| Legal Desc: | **S2 blk F South Auditorium Addition NW4 Sec 10 T1S R1E WM** |
| Parcel No: | **R128925, R272228** |
| Document No: | **07194273** |
| Financing: | **Down payment of $12,200,000.00 (36.9%)** |
| | **$20,900,000.00 from American General Life Insurance Company:: due in 6 yrs** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## Multi-Property: ADP Plaza-Portland                                    SOLD

Multi-Property sale on 11/07/2007 of 2 properties, for $33,100,000 ($110.93/SF) - Research Complete (con'r)

| Transaction Notes |
| --- |

\*Conditions: None

\*Property contains the 180,772 SF ADP office building and a 117,614 SF parking garage.

\*Income/Expenses: Broker's listing brochure reports actual NOI as $2,286,889 for a cap rate of 6.9%. Property was 91% leased at time of sale. Automatic Data Processing (ADP) occupies 115,180 SF and Oregon Health & Science University occupies 48,506 SF.

| Current Building Information: 2525 SW First Ave - ADP Plaza | | ID: 716872 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Bldg Type: | **Office** | Bldg Status: | **Built In 1982, Renov 1991** |
| Class: | **B** | RBA: | **180,772 SF** |
| Total Avail: | **16,079 SF** | % Leased: | **91.1%** |
| Bldg Vacant: | **16,079 SF** | Rent/SF/Yr: | **$24.00** |
| Tenancy: | **Multi** | Elevators: | **0** |
| Owner Type: | **-** | Core Factor: | **-** |
| Owner Occupied: | **No** | Stories: | **4** |
| Zoning: | **CXd, Portland** | Typical Floor Size: | **45,193 SF** |
| Land Area: | **107,158 SF** | Building FAR: | **1.69** |
| | | Const Type: | **Reinforced Concrete** |

| | |
| --- | --- |
| Parking: | **728 Surface Spaces are available;  Ratio of 4.03/1,000 SF** |
| Amenities: | **Bus Line, Courtyard, On Site Management, Property Manager on Site, Signage** |

| Location Information |
| --- |

| | |
| --- | --- |
| Metro Market: | **Portland** |
| Submarket: | **Southwest/Barbur Blvd/Capitol Hwy** |
| County: | **Multnomah** |
| CBSA: | **Portland-Vancouver-Beaverton, OR-WA** |
| DMA: | **Portland, OR-WA** |

| Current Retail Information: 2715 SW 3rd Ave - ADP Plaza Tenant Parking | | ID: 5848156 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Property Type: | **Retail - Parking Garage** | GLA: | **117,614 SF** |
| Center Name: | **ADP Plaza Tenant Parking** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1992** | % Leased: | **100.0%** |
| Owner Type: | **-** | Bldg Vacant: | **0 SF** |
| Zoning: | **CS, Portland** | Land Area: | **46,174 SF** |
| Owner Occupied: | **No** | Lot Dimensions: | **-** |
| | | Building FAR: | **2.55** |
| Rent/SF/Yr: | **-** | No. of Stores: | **-** |
| CAM: | **-** | | |
| Street Frontage: | **224 feet on 3rd Ave (with 0 curb cut)** | | |
| Parking: | **500 Covered Spaces are available** | | |
| Features: | **Bus Line** | | |

| Location Information |
| --- |

| | |
| --- | --- |
| Cross Street: | **sw arthur street** |
| Metro Market: | **Portland** |
| Submarket: | **Southwest/Barbur Blvd/Capitol Hwy** |
| County: | **Multnomah** |
| CBSA: | **Portland-Vancouver-Beaverton, OR-WA** |
| DMA: | **Portland, OR-WA** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## Plat Map: 633 17th St

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 11

**Multi-Property sale on 07/13/2007 of 2 properties, for $14,150,000 ($136.10/SF) - Research Complete**



| | Address | City | State | Property Type | Property Size | Year Built |
|---|---|---|---|---|---|---|
| 1 | 2722 Colby Ave | Everett | WA | Class C Office | 94,971 SF | 1925 |
| 2 | 2715 Hoyt Ave | Everett | WA | Retail | 9,000 SF | 1961 |

### Summary of Property Info - at time of sale

Property 1: 2722 Colby Ave    Property 2: 2715 Hoyt Ave

### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: **NMV Everett LLC** | Recorded Seller: **Colby California LLC** |
| True Buyer: **North Mountain View, LLC** | True Seller: **Colby California LLC** |
| **John Fujii** | **Robert McDonald** |
| **5803 Texas Dr** | **614 Bellevue Way** |
| **Vancouver, WA 98661** | **Bellevue, WA 98004** |
| **(360) 695-3703** | **(425) 269-4800** |
| Buyer Broker: **CB Richard Ellis** | Listing Broker: **CB Richard Ellis** |
| **Stephen Sutherland** | **Stephen Sutherland** |
| **(425) 455-8500** | **(425) 455-8500** |
| **Craig Wilson** | **Craig Wilson** |
| **(425) 462-6922** | **(425) 462-6922** |

### Transaction Details      ID: 1359969

| | | | |
|---|---|---|---|
| Sale Date: | **07/13/2007 (57 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | **50 days** | RBA: | **103,971 SF** |
| Sale Price: | **$14,150,000-Confirmed** | Land Area: | **0.86 AC (37,462 SF)** |
| Asking Price: | **-** | | |
| Price/Bldg SF: | **$136.10** | | |
| | | | |
| Buyer Cap Rate: | **6.38%** | Percent Improved: | **85.6%** |
| Sale Conditions: | **1031 Exchange** | Total Value Assessed: | **$8,429,700 in 2007** |
| Transfer Tax: | **$251,875** | Improved Value Assessed: | **$7,211,700** |
| | | Land Value Assessed: | **$1,218,000** |
| | | Land Assessed/SF: | **$32.00** |
| | | | |
| Legal Desc: | **Lots 5 thru 11 & 17 thru 22 blk 624 Plat of Everett vol 3 pg 32.** | | |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

# Multi-Property: Bank of Everett Tower

## SOLD

Multi-Property sale on 07/13/2007 of 2 properties, for $14,150,000 ($136.10/SF) - Research Complete (con't)

| | |
|---|---|
| Parcel No: | **004391-624-005-00, 004391-624-008-00, 004391-624-017-00** |
| Document No: | **200707170642** |
| Financing: | **Down payment of $5,800,000.00 (41.0%)** |
| | **$8,350,000.00 from Countrywide Com'l R/e Fin** |

### Transaction Notes

*Condition: This was the buyer's up leg in a 1031 exchange. Broker reported there were no other conditions, credits or deferred maintenance.

*Income/Expenses: Property was almost 89% occupied at time of sale. Broker reported a cap rate of 6.38%.

*Description: Sale included the Bank of Everett Tower, a 94,971 SF office building, and an additional parking structure located northwest of the office tower.

### Current Building Information: 2722 Colby Ave - Bank of Everett Tower          ID: 471076

| | | | |
|---|---|---|---|
| Bldg Type: | **Medical** | Bldg Status: | **Built in 1925, Renov 2006** |
| Class: | **C** | RBA: | **94,971 SF** |
| Total Avail: | **3,000 SF** | % Leased: | **96.8%** |
| Bldg Vacant: | **3,000 SF** | Rent/SF/Yr: | **$18.00** |
| Tenancy: | **Multi** | Elevators: | **4 with 1 frt** |
| Owner Type: | **-** | Core Factor: | **10.0%** |
| Owner Occupied: | **No** | Stories: | **7** |
| Zoning: | **B3** | Typical Floor Size: | **13,567 SF** |
| Land Area: | **16,553 SF** | Building FAR: | **5.74** |
| | | Const Type: | **Masonry** |

| | |
|---|---|
| Expenses: | **2007 Combined Est Tax/Ops @ $6.45/sf** |
| Parking: | **Ratio of 1.00/1,000 SF** |
| Amenities: | **Corner Lot, Signage** |

### Location Information

| | | | |
|---|---|---|---|
| Metro Market: | **Seattle/Puget Sound** | | |
| Submarket: | **Northend/Everett CBD** | | |
| County: | **Snohomish** | | |
| CBSA: | **Seattle-Tacoma-Bellevue, WA** | | |
| CSA: | **Seattle-Tacoma-Olympia, WA** | | |
| DMA: | **Seattle-Tacoma, WA** | | |
| Map(Page): | **Thomas Bros. Guide 396-D3** | | |

### Current Retail Information: 2715 Hoyt Ave          ID: 6008055

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Parking Garage** | GLA: | **9,000 SF** |
| Center Name: | **-** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1961** | % Leased: | **100.0%** |
| Owner Type: | **-** | Bldg Vacant: | **0 SF** |
| Zoning: | **B3** | Land Area: | **20,909 SF** |
| Owner Occupied: | **-** | Lot Dimensions: | **-** |
| | | Building FAR: | **0.43** |
| Rent/SF/Yr: | **-** | No. of Stores: | **-** |
| CAM: | **-** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Seattle/Puget Sound** |
| Submarket: | **Northend/Everett CBD** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 13

| | |
|---|---|
| County: | **Snohomish** |
| CBSA: | **Seattle-Tacoma-Bellevue, WA** |
| CSA: | **Seattle-Tacoma-Olympia, WA** |
| DMA: | **Seattle-Tacoma, WA** |

**Plat Map: 633 17th St**

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 14

**Multi-Property sale on 02/19/2007 of 3 properties, for $12,000,000 ($41.45/SF) - Research Complete**



**1**   629-657 Main Ave



**2**   629-657 Main Ave



**3**   647-657 Main Ave

## Summary of Property Info - at time of sale

| | Address | City | State | Property Type | Property Size | Year Built |
|---|---|---|---|---|---|---|
| 1 | 629-657 Main Ave | Passaic | NJ | Retail | 135,210 SF | - |
| 2 | 629-657 Main Ave | Passaic | NJ | Retail | 86,325 SF | 1922 |
| 3 | 647-657 Main Ave | Passaic | NJ | Class C Office | 68,000 SF | 1973 |

## Buyer & Seller Contact Info

| | |
|---|---|
| **Recorded Buyer:** Main Avenue Llc<br>365 Main Ave<br>Passaic, NJ 07055<br>(973) 472-6324 | **Recorded Seller:** Main Avenue Holdings<br>1518 Parkside Dr<br>Awosting, NJ 07421 |
| **Buyer Broker:** The Kislak Company, Inc.<br>Robert Squires<br>(732) 750-3000 | **Listing Broker:** The Kislak Company, Inc.<br>Barry Waisbrod<br>(732) 750-3000 |

## Transaction Details        ID: 1239758

| | | | |
|---|---|---|---|
| Sale Date: | 02/19/2007 (171 days on market) | Sale Type: | Investment |
| Escrow Length: | 90 days | RBA: | 289,535 SF |
| Sale Price: | $12,000,000-Confirmed | Land Area: | 0.85 AC (37,026 SF) |
| Asking Price: | - | | |
| Price/Bldg SF: | $41.45 | | |
| | | | |
| Buyer Cap Rate: | 8.50% | Percent Improved: | 79.8% |
| Seller Cap Rate: | 8.50% | Total Value Assessed: | $4,793,500 in 2006 |
| | | Improved Value Assessed: | $3,826,600 |
| | | Land Value Assessed: | $966,900 |
| | | Land Assessed/SF: | $26.00 |
| | | | |
| Legal Desc: | Blk 2149 Lt 1 thru 2, Passaic City | | |
| Parcel No: | 07-02149-0000-00001, 07-02149-0000-00002 | | |
| Financing: | Down payment of $1,800,000.00 (15.0%) | | |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 15

# Multi-Property

**SOLD**

Multi-Property sale on 02/19/2007 of 3 properties, for $12,000,000 ($41.45/SF) - Research Complete (con't)

| Transaction Notes |
| --- |

* The sale price was confirmed by the buyer broker.

* The listing broker confirmed that the property was on the market for 2 months (60 days).

* Escrow: The listing broker reported the approximate escrow time was 3 months (90 days).

This was a portfolio sale.
80,000sf of office space, 20,000sf of retail space, and a 500 car parking garage.
The NOI was confirmed as $1,086,000 however, the broker reported a cap rate of 8.5 and per our calculations the cap rate would have been 9.0. We were unable to determine why there was a difference.

The building was 98% occupied at the time of purchase.

Doc # & TT:
The broker confirmed the closing of this sale and the information contained in this report; however, we were unable to locate a transfer deed. When the deed is available, the document number will be updated

Morris Diamond of Meridian Capital Group was responsible for the lending aspect of this transaction.

| Current Retail Information: 629-657 Main Ave | | ID: 5639606 |
| --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| Property Type: | **Retail - Parking Garage** | | GLA: | **135,210 SF** |
| Center Name: | **-** | | Total Avail: | **0 SF** |
| Bldg Status: | **Existing** | | % Leased: | **100.0%** |
| Owner Type: | **-** | | Bldg Vacant: | **0 SF** |
| Zoning: | **-** | | Land Area: | **37,026 SF** |
| Owner Occupied: | **No** | | Lot Dimensions: | **-** |
| | | | Building FAR: | **3.65** |
| Rent/SF/Yr: | **-** | | No. of Stores: | **-** |
| CAM: | **-** | | | |

| Location Information |
| --- |

| | |
| --- | --- |
| Metro Market: | **Northern New Jersey** |
| Submarket: | **Wayne/Paterson/Route 3/GSP** |
| County: | **Passaic** |
| CBSA: | **New York-Northern New Jersey-Long Island, NY-NJ-PA** |
| CSA: | **New York-Newark-Bridgeport, NY-NJ-CT-PA** |
| DMA: | **New York, NY-NJ-PA-CT** |

| Current Retail Information: 629-657 Main Ave | | ID: 173264 |
| --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| Property Type: | **Retail - Storefront Retail/Office** | | GLA: | **86,325 SF** |
| Center Name: | **-** | | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1922** | | % Leased: | **100.0%** |
| Owner Type: | **-** | | Bldg Vacant: | **0 SF** |
| Zoning: | **-** | | Land Area: | **0 SF** |
| Owner Occupied: | **No** | | Lot Dimensions: | **-** |
| Rent/SF/Yr: | **-** | | No. of Stores: | **-** |
| CAM: | **-** | | | |
| Expenses: | **2007 Combined Est Tax/Ops @ $8.16/sf** | | | |

| Location Information |
| --- |

| | |
| --- | --- |
| Metro Market: | **Northern New Jersey** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

| | |
|---|---|
| Submarket: | **Wayne/Paterson/Route 3/GSP** |
| County: | **Passaic** |
| CBSA: | **New York-Northern New Jersey-Long Island, NY-NJ-PA** |
| CSA: | **New York-Newark-Bridgeport, NY-NJ-CT-PA** |
| DMA: | **New York, NY-NJ-PA-CT** |

### Current Building Information: 647-657 Main Ave

ID: 173153

| | | | |
|---|---|---|---|
| Bldg Type: | **Office** | Bldg Status: | **Built in 1973** |
| Class: | **C** | RBA: | **68,000 SF** |
| Total Avail: | **1,000 SF** | % Leased: | **98.5%** |
| Bldg Vacant: | **1,000 SF** | Rent/SF/Yr: | **$18.00** |
| Tenancy: | **Multi** | Elevators: | **0** |
| Owner Type: | **-** | Core Factor: | **-** |
| Owner Occupied | **No** | Stories: | **6** |
| Zoning: | **-** | Typical Floor Size: | **11,333 SF** |
| Land Area: | **-** | | |
| | | | |
| Amenities: | **Banking** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Northern New Jersey** |
| Submarket: | **Wayne/Paterson/Route 3/GSP** |
| County: | **Passaic** |
| CBSA: | **New York-Northern New Jersey-Long Island, NY-NJ-PA** |
| CSA: | **New York-Newark-Bridgeport, NY-NJ-CT-PA** |
| DMA: | **New York, NY-NJ-PA-CT** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

Plat Map: 633 17th St

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 18

Bulk Portfolio sale on 09/27/2006 of 2 Industrial properties, for $12,000,000 ($75.77/SF) - Research Complete



 9238 W IH 10

 **2** 2375 Arapaho Rd



## Summary of Property Info - at time of sale

| | Address | City | State | Property Type | Property Size | Year Built |
|---|---|---|---|---|---|---|
| 1 | 9238 W IH 10 | San Antonio | TX | Class B Industrial | 89,594 SF | - |
| 2 | 2375 Arapaho Rd | Garland | TX | Class B Industrial | 68,775 SF | 2003 |

## Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: **U-Store-It, LP** | Recorded Seller: **Interstate 10 Self-Stor, LP.** |
| True Buyer: **Amsdell Companies** | True Seller: **Republic Self Storage** |
| **Robert Amsdell** | **9238 W IH-10** |
| 6755 Engle Rd | San Antonio, TX 78229 |
| Middleburg Heights, OH 44130 | (210) 593-0909 |
| (440) 891-4100 | |
| Buyer Broker: **No Buyer Broker on Deal** | Listing Broker: **No Listing Broker on Deal** |

## Transaction Details

ID: 1178599

| | | | |
|---|---|---|---|
| Sale Date: | 09/27/2006 (1 days on market) | Sale Type: | Owner/User |
| Escrow Length: | - | RBA: | 158,389 SF |
| Sale Price: | $12,000,000-Confirmed | Land Area: | 3.79 AC (165,049 SF) |
| Asking Price: | - | | |
| Price/Bldg SF: | $75.77 | | |
| Buyer Cap Rate: | - | | |
| Legal Desc: | Lot 13 blk 6 New City Blk 14445 Reggiano Subdiv | | |
| Parcel No: | 14445-006-0130, 26251400010010000 | | |
| Document No: | 200600361473 | | |

## Transaction Notes

Reportedly, this sale was part of a portfolio which encumbered the acquisition of other Republic Self-Storage facilities. U-Store-It will operate the newly acquired facilities under its name.

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 1

## Bulk Portfolio: U-Store-It Texas · SOLD

Bulk Portfolio sale on 09/27/2006 of 2 Industrial properties, for $12,000,000 ($75.77/SF) - Research Complete (con't)

### Current Industrial Information: 9238 W IH 10 · ID: 1295670

| | | | |
|---|---|---|---|
| Bldg Type: | Self-Storage | RBA: | 89,594 SF |
| Bldg Status: | Existing | % Leased: | 100.0% |
| Rent/SF/Yr: | - | Stories: | 3 |
| Bldg Vacant: | 0 SF | Total Avail: | 0 SF |
| Building FAR: | | Warehouse Avail: | 0 SF |
| Office Avail: | 0 SF | CAM: | - |
| Max Contig: | - | Zoning: | - |
| Smallest Space: | - | Owner Type: | - |
| Land Area: | - | Owner Occupied: | No |
| Lot Dimensions: | - | Tenancy: | Multi |
| Ceiling Height: | - | Column Spacing: | - |
| Loading Docks: | - (bldg. total) | Levelators: | - |
| Cross Docks: | - | Crane: | None |
| Drive Ins: | - | Const Type: | Masonry |
| Sprinklers: | - | Rail Spots: | Yes |
| Rail Line: | Unknown | | |

Parking: 10 free Surface Spaces are available;  Ratio of 0.11/1,000 SF
Features: Bus Line

### Location Information

| | |
|---|---|
| Metro Market: | San Antonio |
| Submarket: | Northwest/Northwest |
| County: | Bexar |
| CBSA: | San Antonio, TX |
| DMA: | San Antonio, TX |

### Current Industrial Information: 2375 Arapaho Rd - Republic Self Storage Garland · ID: 5335712

| | | | |
|---|---|---|---|
| Bldg Type: | Self-Storage | RBA: | 68,775 SF |
| Bldg Status: | Built in 2003 | % Leased: | 100.0% |
| Rent/SF/Yr: | - | Stories: | 1 |
| Bldg Vacant: | 0 SF | Total Avail: | 0 SF |
| Building FAR: | 0.42 | Warehouse Avail: | 0 SF |
| Office Avail: | 0 SF | CAM: | - |
| Max Contig: | - | Zoning: | PD |
| Smallest Space: | - | Owner Type: | Pension Fund |
| Land Area: | 165,049 SF | Owner Occupied: | Yes |
| Lot Dimensions: | - | Tenancy: | Single |
| Ceiling Height: | - | Column Spacing: | - |
| Loading Docks: | - (bldg. total) | Levelators: | - |
| Cross Docks: | - | Crane: | None |
| Drive Ins: | None (total) | Const Type: | Wood Frame |
| Sprinklers: | - | Rail Spots: | None |
| Rail Line: | None | | |

Parking: -
Features: -

### Location Information

| | |
|---|---|
| Metro Market: | Dallas/Ft Worth |
| Submarket: | Northeast Dallas Ind/NE Dallas/Garland Ind |

| | |
|---|---|
| County: | **Dallas** |
| CBSA: | **Dallas-Fort Worth-Arlington, TX** |
| CSA: | **Dallas-Fort Worth, TX** |
| DMA: | **Dallas-Ft Worth, TX** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

**1/30/2008**
**Page  3**