# Declaration of Steven J. Williams

# Exhibit J

# Exhibit J



2900 Walker Ave.
Houston, TX 77002



9238 W IH 10
San Antonio, TX 78229



629-657 Main Street
Passaic, NJ