Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al.*<br><br>Defendants. | Civil Action No. 8:08-CV-663-AW<br><br>**DECLARATION OF ROBERT LARDIZABAL** |

## DECLARATION OF ROBERT LARDIZABAL

I, Robert Lardizabal, declare as follows:

1. My name is Robert Lardizabal. I am employed by CoStar Group, Inc. ("CoStar") as Technical Manager in CoStar's Product Development department. As a result of the responsibilities of my position at CoStar, I am extremely familiar with CoStar' database products, their functionality, and the data recorded by CoStar during use of those products. The statements in this declaration are based upon personal knowledge and I would testify to such statements under oath if called upon as a witness.

2. When CoStar users call up property records from CoStar's database, including as part of search reports, they are actually sending a request through the Internet for a copy of those property records to be displayed on their computer. CoStar sends the user's computer the digital information necessary to create a copy of the text and photograph on the user's own computer and display it on the user's screen in the format designated by CoStar. The copy of the property photograph created by the user's computer is stored in the computer's temporary memory, or, if

the user desires, can be stored in the computer's permanent memory if the user saves the photograph to that permanent memory (such as by right-clicking the photographing and selecting "Save Picture As").

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of November at Bethesda, Maryland.

_Robert Lardizabal_ (signature)
Robert Lardizabal