IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK FIELD D/B/A ALLIANCE VALUATION GROUP, *et al*. <br><br> Defendants. | Civil Action No. 8:08-CV-663-AW |

**CONSENT MOTION FOR EXTENSION OF TIME AND**
**TO AMEND JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby move to amend the Joint Status Report (D.E. 74) for the sole purpose of extending the date for CoStar to file its reply in support of its motion for summary judgment against defendant Russell Gressett ("Gressett") and its response in opposition to Gressett's Motion for Summary Judgment. On November 23, 2009, this Court granted Gressett's Emergency Motion for Extension of Time to Respond to Plaintiffs' Motion for Summary Judgment and to File Cross-Motion for Summary Judgment (D.E. 86), which requested an extension of three business days. D.E. 88 (November 23, 2009 Order). Accordingly, CoStar likewise requests a modest three business day extension, to and including December 14, 2009, so as to allow it to fully prepare its summary judgment papers. Extending the dates will not affect any other deadlines set in this

case.  Counsel for CoStar has conferred with counsel for Gressett, who consented to the filing of this motion.

Dated:  November 30, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar. No. 17355
Sanya Sarich Kerksiek, Bar No. 17636
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email   slahlou@crowell.com
           wsauers@crowell.com
           skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., a Delaware Corporation, and CoStar Group, Inc., a Delaware Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record for the following parties by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on November 30, 2009:

| | |
|---|---|
| Mary-Olga Lovett<br>Pamela Ferguson<br>Greenberg Traurig<br>1000 Louisiana Street, Suite 1800<br>Houston, TX 7700<br>Telephone: 713.374.3500<br>Facsimile: 713.374.3505<br>lovettm@gtlaw.com<br>fergusonp@gtlaw.com<br><br>*Attorneys for Defendant Russ A. Gressett* | R. Wayne Pierce<br>The Pierce Law Firm, LLC<br>133 Defense Highway, Suite 106<br>Annapolis, MD 21401-7015<br>Telephone: 410.573.9959<br>Facsimile: 410.573.9956<br>wpierce@adventurelaw.com<br><br>*Attorney for Defendant Pathfinder Mortgage Company* |

      **I FURTHER CERTIFY** that on November 30, 2009, a true copy of the foregoing was sent by electronic and first class mail to the attorneys listed above and to:

| | |
|---|---|
| Mark Field<br>Alliance Valuation Group<br>638 Camino De Los Maries, Suite H130A<br>San Clemente, CA 92673<br>mark.field@cox.net | Lawson Valuation Group, Inc.<br>8895 N. Military Trail, Suite 304E<br>Palm Beach Gardens, FL 33410-6263<br>lawsonmai@aol.com |

Dated:  November 30, 2009

                                                        Respectfully submitted,

                                                        _____/s/_____
                                                        William J. Sauers, Bar. No. 17355
                                                        Crowell & Moring LLP
                                                        1001 Pennsylvania Avenue, N.W.
                                                        Washington, D.C. 20004
                                                        Telephone (202) 624-2500
                                                        Facsimile (202) 628-5116
                                                        Email   wsauers@crowell.com

                                                        *Attorneys for Plaintiffs CoStar Realty Information, Inc, and CoStar Group, Inc.*