# EXHIBIT B

Dockets.Justia.com



**1**

### 11230 Airline Dr

**SOLD**

**Houston, TX 77037 - N Belt West/Greenspoint Submarket**
Sale on 12/15/2006 for $300,000 ($141.11/SF) - Research Complete
2,126 SF Retail General Freestanding Building Built in 1971

Buyer & Seller Contact Info

| | |
|---|---|
| Buyer Type: | Seller Type: |
| Buyer Broker: No Buyer Broker on Deal | Listing Broker: Newmark Knight Frank |
| | Trey Halberdier |
| | (713) 320-9494 |
| | Rob Banzhaf |

**Transaction Details**    ID: 1300301

| | | | |
|---|---|---|---|
| Sale Date: | 12/15/2006 (64 days on market) | Sale Type: | Investment OR Owner/User |
| Escrow Length: | - | Bldg Type: | Retail - General Freestanding |
| Sale Price: | $300,000-Approximate | Year Built/Age: | Built in 1971 Age: 35 |
| Asking Price: | $300,000 | GLA: | 2,126 SF |
| Price/SF: | $141.11 | Land Area: | 0.39 AC (16,901 SF) |
| Price/SF Land Gross: | $17.75 | | |
| Percent Leased: | - | | |
| Tenancy: | Single | | |
| Legal Desc: | TR 2U | | |
| | ABST 220 S CONTRERAS | | |
| Parcel No: | 0420740000040 | | |

**Transaction Notes**

While CoStar could not confirm the actual sales price, this property was listed at $300,000.

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 11230 Airline Dr

**SOLD**

2,126 SF Retail General Freestanding Building Built in 1971 (con't)

### Current Retail Information

ID: 1253852

| | | | | |
|---|---|---|---|---|
| Property Type: | **Retail - General Freestanding** | | GLA: | **2,126 SF** |
| Center Name: | - | | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1971** | | % Leased: | **100.0%** |
| Owner Type: | - | | Bldg Vacant: | **0 SF** |
| Zoning: | - | | Land Area: | **16,901 SF** |
| Owner Occupied: | **No** | | Lot Dimensions: | - |
| | | | Building FAR: | **0.13** |
| Rent/SF/Yr: | - | | No. of Stores: | - |
| CAM: | - | | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Houston** |
| Submarket: | **North Belt/N Belt West/Greenspoint** |
| County: | **Harris** |
| CBSA: | **Houston-Baytown-Sugar Land, TX** |
| CSA: | **Houston-Baytown-Huntsville, TX** |
| DMA: | **Houston, TX** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

**2** | **1624 Gessner Dr** | **SOLD**

Houston, TX 77080 - Katy Freeway East Submarket
Sale on 05/21/2007 for $530,000 ($243.57/SF) - Research Complete
2,176 SF Retail Auto Dealership Building Built in 1972



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | Seo Family Partnership Ltd<br>7 Tokeneke Trl<br>Houston, TX 77024 | Recorded Seller: | Auto wholesale Advantage |
| True Buyer: | - | True Seller: | Auto wholesale Advantage<br>1624 Gessner Dr<br>Houston, TX 77080<br>(713) 932-9663 |
| Buyer Broker: | No Buyer Broker on Deal | Listing Broker: | Houston Realty Advisors, Inc.<br>Ed Ayres<br>(713) 782-0260 |

### Transaction Details                                              ID: 1310546

| | | | |
|---|---|---|---|
| Sale Date: | 05/21/2007 (672 days on market) | Sale Type: | Owner/User |
| Escrow Length: | 90 days | Bldg Type: | Retail - Auto Dealership |
| Sale Price: | $530,000-Confirmed | Year Built/Age: | Built in 1972 Age: 35 |
| Asking Price: | $550,000 | GLA: | 2,176 SF |
| Price/SF: | $243.57 | Land Area: | 0.47 AC (20,255 SF) |
| Price/SF Land Gross: | $26.17 | | |
| | | | |
| Percent Leased: | - | | |
| Tenancy: | Single | Percent Improved: | 25.8% |
| Sale Conditions: | 1031 Exchange, Sale Leaseback | Total Value Assessed: | $163,728 in 2006 |
| | | Improved Value Assessed: | $42,246 |
| | | Land Value Assessed: | $121,482 |
| | | Land Assessed/SF: | $5.00 |
| | | | |
| Legal Desc: | Res B4, Blk 3 Enchanted Woods Sect. 1 | | |
| Parcel No: | 0952680000022 | | |
| Document No: | 20070298270 | | |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 1624 Gessner Dr                                                                                          SOLD

2,176 SF Retail Auto Dealership Building Built in 1972 (con't)

### Transaction Notes

The property was purchased for its land value, therefore no cap rate is applicable. This transaction was a sale lease back for 5 months for Auto Wholesale Advantage. This transaction was a 1031 Exchange for the buyer. Washington Mutual was the exchanger.

### Current Retail Information                                                                ID: 1013102

| | | | |
|---|---|---|---|
| Property Type: | Retail - Auto Dealership | GLA: | 2,176 SF |
| Center Name: | - | Total Avail: | 0 SF |
| Bldg Status: | Built in 1972 | % Leased: | 100.0% |
| Owner Type: | - | Bldg Vacant: | 0 SF |
| Zoning: | - | Land Area: | 20,255 SF |
| Owner Occupied: | Yes | Lot Dimensions: | - |
| | | Building FAR: | 0.11 |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |

### Location Information

| | |
|---|---|
| Metro Market: | Houston |
| Submarket: | Katy Freeway/Katy Freeway East |
| County: | Harris |
| CBSA: | Houston-Baytown-Sugar Land, TX |
| CSA: | Houston-Baytown-Huntsville, TX |
| DMA: | Houston, TX |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 4

## 1624 Gessner Dr

**SOLD**

2,176 SF Retail Auto Dealership Building Built in 1972 (con't)

Parcel Number: 0952680000022
Legal Description: -
County: Harris

**Plat Map: 1624 Gessner Dr**



This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 5

**3**

## 2902 Hillcroft Ave - Brake Check

Houston, TX 77057 - Richmond/Fountainview Submarket
Sale on 06/04/2007 for $725,000 ($223.77/SF) - Research Complete
3,240 SF Retail Auto Repair Building Built in 1967

**SOLD**



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | Bekhradi Family Trust<br>5367 Fieldwood Dr<br>Houston, TX 77056 | Recorded Seller: | Peveto Companies Inc.<br>320 E Nakoma<br>San Antonio, TX 78216 |
| Buyer Broker: | No Buyer Broker on Deal | Seller Type:<br>Listing Broker: | Corporation<br>Colliers International<br>Patrick Graham<br>(713) 830-2169 |

### Transaction Details

ID: 1318937

| | | | |
|---|---|---|---|
| Sale Date: | 06/04/2007 (602 days on market) | Sale Type: | Investment OR Owner/User |
| Escrow Length: | - | Bldg Type: | Retail - Auto Repair |
| Sale Price: | $725,000-Approximate | Year Built/Age: | Built in 1967 Age: 40 |
| Asking Price: | $725,000 | GLA: | 3,240 SF |
| Price/SF: | $223.77 | Land Area: | 0.94 AC (41,121 SF) |
| Price/SF Land Gross: | $17.63 | | |
| Percent Leased: | - | | |
| Tenancy: | Multi | Percent Improved: | 45.3% |
| | | Total Value Assessed: | $111,432 in 2007 |
| | | Improved Value Assessed: | $50,532 |
| | | Land Value Assessed: | $60,900 |
| | | Land Assessed/SF: | $1.00 |

| | |
|---|---|
| Legal Desc: | Reserve E blk 2 Briarmeadow Subdivision Sec 1 |
| Parcel No: | 0892880000025 |
| Document No: | 20070283581 |
| Sale History: | Sold for $725,000 ($223.77/SF) on 06/04/2007<br>Sold on 02/18/2004 |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 6

## 2902 Hillcroft Ave - Brake Check

SOLD

3,240 SF Retail Auto Repair Building Built in 1967 (con't)

### Transaction Notes

The parties involved were not at liberty to disclose any information. Property data derived from public records and county assessor data. Property was listed at $725,000.

### Current Retail Information

ID: 1148707

| | | | |
|---|---|---|---|
| Property Type: | Retail - Auto Repair | GLA: | 3,240 SF |
| Center Name: | Brake Check | Total Avail: | 0 SF |
| Bldg Status: | Built in 1967 | % Leased: | 100.0% |
| Owner Type: | - | Bldg Vacant: | 0 SF |
| Zoning: | N/Ap, Houston | Land Area: | 41,121 SF |
| Owner Occupied: | - | Lot Dimensions: | - |
| | | Building FAR: | 0.08 |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |
| Street Frontage: | 81 feet on Hillcroft Ave | | |
| Parking: | 11 Surface Spaces are available | | |
| Features: | Corner Lot, Dedicated Turn Lane, Pylon Sign | | |

### Location Information

| | |
|---|---|
| Metro Market: | Houston |
| Submarket: | Richmond/Fountainview/Richmond/Fountainview |
| County: | Harris |
| CBSA: | Houston-Baytown-Sugar Land, TX |
| CSA: | Houston-Baytown-Huntsville, TX |
| DMA: | Houston, TX |
| Map(Page): | Key Map 490-V |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 7

## 2902 Hillcroft Ave - Brake Check                                    SOLD

3,240 SF Retail Auto Repair Building Built in 1967 (con't)

| | |
|---|---|
| Parcel Number: | 0892880000025 |
| Legal Description: | Por Res B and unrestr res E blk 2 Briarmeadow Subdiv Sec 1 vol 54 pg 4 |
| County: | Harris |

**Plat Map: 2902 Hillcroft Ave - Brake Check**



This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page  8

**4**

### 3640 Hillcroft St
**Houston, TX 77057 - Richmond/Fountainview Submarket**
Sale on 01/23/2007 - Research Complete
2,661 SF Retail Restaurant Building Built in 1970

**SOLD**



#### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **Westheimer Construction LLC**<br>5525 Westheimer Rd<br>Houston, TX 77056 | Recorded Seller: | **Jean Vetrano** |
| Buyer Contact: | **Ali Taghdisi** | | |
| Buyer Broker: | **No Buyer Broker on Deal** | Listing Broker: | **No Listing Broker on Deal** |

#### Transaction Details
ID: 1246154

| | | | |
|---|---|---|---|
| Sale Date: | **01/23/2007** | Sale Type: | **-** |
| Escrow Length: | **-** | Bldg Type: | **Retail - Restaurant** |
| Sale Price: | **--Mini** | Year Built/Age: | **Built in 1970 Age: 37** |
| Asking Price: | **-** | GLA: | **2,661 SF** |
| Price/SF: | **-** | Land Area: | **0.61 AC (26,659 SF)** |
| | | | |
| Percent Leased: | **-** | | |
| | | Percent Improved: | **-** |
| | | Total Value Assessed: | **$380,864 in 2006** |
| | | Improved Value Assessed: | **-** |
| | | Land Value Assessed: | **-** |
| | | Land Assessed/SF: | **-** |

| | |
|---|---|
| Legal Desc: | **Por Res D Blk 21 Briarmeadow Sec 1 vol 54 pg 4** |
| Parcel No: | **0893070000014** |
| Document No: | **20070049016** |
| Sale History: | **Sold on 04/17/2007**<br>**Sold on 01/23/2007** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 3640 Hillcroft St                                                                SOLD

2,661 SF Retail Restaurant Building Built in 1970 (con't)

### Current Retail Information                                            ID: 5655268

| | | | |
|---|---|---|---|
| Property Type: | Retail - Restaurant | GLA: | 2,661 SF |
| Center Name: | - | Total Avail: | 0 SF |
| Bldg Status: | Built in 1970 | % Leased: | 100.0% |
| Owner Type: | - | Bldg Vacant: | 0 SF |
| Zoning: | - | Land Area: | 26,659 SF |
| Owner Occupied: | - | Lot Dimensions: | - |
| | | Building FAR: | 0.10 |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |

### Location Information

| | |
|---|---|
| Metro Market: | Houston |
| Submarket: | Richmond/Fountainview/Richmond/Fountainview |
| County: | Harris |
| CBSA: | Houston-Baytown-Sugar Land, TX |
| CSA: | Houston-Baytown-Huntsville, TX |
| DMA: | Houston, TX |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 10

## 3640 Hillcroft St

**SOLD**

2,661 SF Retail Restaurant Building Built in 1970 (con't)

| | |
|---|---|
| Parcel Number: | 0893070000014 |
| Legal Description: | - |
| County: | Harris |

**Plat Map: 3640 Hillcroft St**



This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

**5**

### 3640 Hillcroft St

**SOLD**

Houston, TX 77057 - Richmond/Fountainview Submarket
Sale on 04/17/2007 - Research Complete
2,661 SF Retail Restaurant Building Built in 1970



## Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | Faramarz Parchini<br>1119 River Glynn Dr<br>Houston, TX 77063<br>(713) 464-4775 | Recorded Seller: | Westheimer Construction, LLC<br>5525 Westheimer Rd<br>Houston, TX 77056<br>(713) 960-9070 |
| | | Seller Contact: | Ali Taghdisi |

## Transaction Details

ID: 1301763

| | | | |
|---|---|---|---|
| Sale Date: | 04/17/2007 | Sale Type: | Owner/User |
| Escrow Length: | - | Bldg Type: | Retail - Restaurant |
| Sale Price: | --Mini | Year Built/Age: | Built in 1970 Age: 37 |
| Asking Price: | - | GLA: | 2,661 SF |
| Price/SF: | - | Land Area: | 0.61 AC (26,659 SF) |
| Percent Leased: | - | | |
| | | Percent Improved: | 24.4% |
| | | Total Value Assessed: | $529,046 in 2007 |
| | | Improved Value Assessed: | $129,236 |
| | | Land Value Assessed: | $399,810 |
| | | Land Assessed/SF: | $14.00 |

| | |
|---|---|
| Financing: | $500,000.00 from Sharifian Mehdi |
| Legal Desc: | Por Reserve D blk 21 Briarmeadow Sec 1 vol 54 pg 4 |
| Parcel No: | 0893070000014 |
| Document No: | 20070234249 |
| Sale History: | Sold on 04/17/2007<br>Sold on 01/23/2007 |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 3640 Hillcroft St

**SOLD**

2,661 SF Retail Restaurant Building Built in 1970 (con't)

### Current Retail Information

ID: 5655268

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Restaurant** | GLA: | **2,661 SF** |
| Center Name: | - | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1970** | % Leased: | **100.0%** |
| Owner Type: | - | Bldg Vacant: | **0 SF** |
| Zoning: | - | Land Area: | **26,659 SF** |
| Owner Occupied: | - | Lot Dimensions: | - |
| | | Building FAR: | **0.10** |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Houston** |
| Submarket: | **Richmond/Fountainview/Richmond/Fountainview** |
| County: | **Harris** |
| CBSA: | **Houston-Baytown-Sugar Land, TX** |
| CSA: | **Houston-Baytown-Huntsville, TX** |
| DMA: | **Houston, TX** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

**3640 Hillcroft St**                                                          SOLD

2,661 SF Retail Restaurant Building Built in 1970 (con't)

| | |
|---|---|
| Parcel Number: | 0893070000014 |
| Legal Description: | - |
| County: | Harris |

**Plat Map: 3640 Hillcroft St**



This copyrighted report contains research licensed to Alliance Valuation Group - 123599.



## 6 | 5602 Kansas St | SOLD

**Houston, TX 77007 - CBD-NW Inner Loop Ind Submarket**
Sale on 05/22/2006 for $125,000 ($57.87/SF) - Research Complete
2,160 SF Warehouse Building Built in 1970

Houston

### Buyer & Seller Contact Info

| Recorded Buyer: | InTown Homes Ltd<br>1801 Durham<br>Houston, TX 77007<br>(713) 880-4811 | Recorded Seller: | David Guthrie<br>1121 Willard St<br>Houston, TX 77006<br>(832) 878-3691 |
|---|---|---|---|
| | | Listing Broker: | David Guthrie<br>David Guthrie<br>(832) 878-3691 |

### Transaction Details                                              ID: 1152177

| | | | |
|---|---|---|---|
| Sale Date: | 05/22/2006 (200 days on market) | Sale Type: | - |
| Escrow Length: | - | Bldg Type: | Warehouse |
| Sale Price: | $125,000-Confirmed | Year Built/Age: | Built in 1970 Age: 36 |
| Asking Price: | - | RBA: | 2,160 SF |
| Price/SF: | $57.87 | Land Area: | 0.13 AC (5,449 SF) |
| Price/SF Land Gross: | $22.94 | | |
| | | | |
| Percent Leased: | 100.0% | | |
| Tenancy: | Single | Percent Improved: | 24.6% |
| | | Total Value Assessed: | $144,518 in 2006 |
| | | Improved Value Assessed: | $35,518 |
| | | Land Value Assessed: | $109,000 |
| | | Land Assessed/SF: | $20.00 |
| | | | |
| Financing: | Down payment of $125,000.00 (100.0%) | | |
| Legal Desc: | Lots 665 & 666 Cottage Grove Third Sec vol 4 pg 51 | | |
| Parcel No: | 0102250000665 | | |
| Document No: | Z344213 | | |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 15

## 5602 Kansas St

**SOLD**

2,160 SF Warehouse Building Built in 1970 (con't)

### Transaction Notes

David Guthrie c/o David Guthrie

* Area Map: Map Facet:5258D

### Current Industrial Information

ID: 587486

| | | | |
|---|---|---|---|
| Bldg Type: | **Warehouse** | RBA: | **2,160 SF** |
| Bldg Status: | **Built in 1970** | % Leased: | **100.0%** |
| Rent/SF/Yr: | - | Stories: | **1** |
| Bldg Vacant: | **0 SF** | Total Avail: | **0 SF** |
| Building FAR: | **0.40** | Warehouse Avail: | **0 SF** |
| Office Avail: | **0 SF** | CAM: | - |
| Max Contig: | - | Zoning: | **N/Ap Houston** |
| Smallest Space: | - | Owner Type: | - |
| Land Area: | **5,449 SF** | Owner Occupied: | **No** |
| Lot Dimensions: | **100x108** | Tenancy: | **Single** |
| | | | |
| Ceiling Height: | - | Column Spacing: | - |
| Loading Docks: | **- (bldg. total)** | Levelators: | - |
| Cross Docks: | - | Crane: | - |
| Drive Ins: | - | Const Type: | **Metal** |
| Sprinklers: | - | Rail Spots: | - |
| Rail Line: | **None** | | |
| | | | |
| Parking: | **Free Surface Spaces** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Houston** |
| Submarket: | **CBD Ind/CBD-NW Inner Loop Ind** |
| County: | **Harris** |
| CBSA: | **Houston-Baytown-Sugar Land, TX** |
| CSA: | **Houston-Baytown-Huntsville, TX** |
| DMA: | **Houston, TX** |
| Map(Page): | **Key Map 492-B** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 5602 Kansas St

**SOLD**

2,160 SF Warehouse Building Built in 1970 (con't)

| | |
|---|---|
| Parcel Number: | 0102250000665 |
| Legal Description: | Lots 665 & 666 Cottage Grove Third Sec vol 4 pg 51 |
| County: | Harris |

**Plat Map: 5602 Kansas St**



This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 17

**7** **1801 Mangum Rd - Former Burger King** **SOLD**

Houston, TX 77092 - Northwest Near Submarket
Sale on 06/02/2006 for $1,028,719 ($311.45/SF) - Research Complete
3,303 SF Retail General Freestanding Building Built in 1974



### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: | **Cohen Family**<br>3713 Rosecrans St<br>San Diego, CA 92110 |
| Buyer Broker: | **Marcus & Millichap**<br>Jorge Jimenez<br>(858) 362-9374 |

| | |
|---|---|
| Recorded Seller: | **Servant Investments Fund (Texas Burgers), Ltd.**<br>1000 Legion Pl<br>Orlando, FL 32821<br>(407) 999-7772 |
| Seller Contact: | **Erin Gray (VP)** |
| Seller Type: | **Individual** |
| Listing Broker: | **Marcus & Millichap**<br>Jorge Jimenez<br>(858) 362-9374 |

### Transaction Details                                              ID: 1146196

| | | | | |
|---|---|---|---|---|
| Sale Date: | 06/02/2006 | | Sale Type: | **Owner/User** |
| Escrow Length: | - | | Bldg Type: | **Retail - General Freestanding** |
| Sale Price: | **$1,028,719-Confirmed** | | Year Built/Age: | **Built in 1974 Age: 32** |
| Asking Price: | - | | GLA: | **3,303 SF** |
| Price/SF: | **$311.45** | | Land Area: | **1.12 AC (48,700 SF)** |
| Price/SF Land Gross: | **$21.12** | | | |
| | | | | |
| Percent Leased: | **100.0%** | | | |
| Tenancy: | **Single** | | Percent Improved: | **34.7%** |
| | | | Total Value Assessed: | **$369,597 in 2006** |
| | | | Improved Value Assessed: | **$128,397** |
| | | | Land Value Assessed: | **$241,200** |
| | | | Land Assessed/SF: | **$4.00** |

| | |
|---|---|
| Financing: | **Down payment of $1,028,719.00 (100.0%)**<br>**Lender Not available** |
| Legal Desc: | **Por Lot 116 Eureka Acres subdiv in John flowers Survey Abst 269 vol 11 pg 67** |
| Parcel No: | **0641870000116** |
| Document No: | **Z365864** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 1801 Mangum Rd - Former Burger King                                    SOLD

3,303 SF Retail General Freestanding Building Built in 1974 (con't)

### Transaction Notes

Income/Expense:
Seller was an owner/user.  There is no trailing income for this property.

Servant Investments Fund (Texas Bur c/o Erin Gray (VP)

* Area Map: Map Facet: 5159D
* Buyer: Other buyers are minors related to Jack and Francis.

### Current Retail Information                                          ID: 854144

| | | | |
|---|---|---|---|
| Property Type: | Retail - General Freestanding | GLA: | 3,303 SF |
| Center Name: | Former Burger King | Total Avail: | 0 SF |
| Bldg Status: | Built in 1974 | % Leased: | 100.0% |
| Owner Type: | Individual | Bldg Vacant: | 0 SF |
| Zoning: | N/Ap, Houston | Land Area: | 48,700 SF |
| Owner Occupied: | No | Lot Dimensions: | |
| | | Building FAR: | 0.07 |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |

### Location Information

| | |
|---|---|
| Cross Street: | 18th St |
| Metro Market: | Houston |
| Submarket: | Northwest/Northwest Near |
| County: | Harris |
| CBSA: | Houston-Baytown-Sugar Land, TX |
| CSA: | Houston-Baytown-Huntsville, TX |
| DMA: | Houston, TX |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

1/30/2008
Page 19

## 1801 Mangum Rd - Former Burger King   SOLD

3,303 SF Retail General Freestanding Building Built In 1974 (con't)

| | |
|---|---|
| Parcel Number: | 0641870000116 |
| Legal Description: | Por Lot 116 Eureka Acres subdiv in John flowers Survey Abst 269 vol 11 pg 67 |
| County: | Harris |

**Plat Map: 1801 Mangum Rd - Former Burger King**



H. REINERMAN

A-644

WEST 18TH STREET

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

**8**  |  **9645 Westheimer Rd - Jack In The Box**  |  **SOLD**

Houston, TX 77063 - Westchase East Submarket
Sale on 07/27/2007 - Research Complete
2,015 SF Retail Fast Food Building Built in 1969



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | Yu T. & Pao F. Lin Family Trust | Recorded Seller: | Athber International, Inc. |
| True Buyer: | Yu T. & Pao F. Lin Family Trust | True Seller: | Eleni Gagon |
| | Yu Pao | | Eleni Gagon |
| | 13223 Constable Ave | | 1150 21st St |
| | Granada Hills, CA 91344 | | San Diego, CA 92102 |
| | | Seller Type: | Individual |
| Buyer Broker: | No Buyer Broker on Deal | Listing Broker: | No Listing Broker on Deal |

### Transaction Details

ID: 1396283

| | | | |
|---|---|---|---|
| Sale Date: | 07/27/2007 | Sale Type: | Investment |
| Escrow Length: | - | Bldg Type: | Retail - Fast Food |
| Sale Price: | --Mini | Year Built/Age: | Built in 1969 Age: 38 |
| Asking Price: | - | GLA: | 2,015 SF |
| Price/SF: | - | Land Area: | 0.44 AC (19,210 SF) |

| | | | |
|---|---|---|---|
| Percent Leased: | - | | |
| | | Percent Improved: | - |
| | | Total Value Assessed: | $630,952 In 2007 |
| | | Improved Value Assessed: | - |
| | | Land Value Assessed: | - |
| | | Land Assessed/SF: | - |

| | |
|---|---|
| No. of Tenants: | 1 |
| Tenants at time of sale: | Jack In the Box |
| Legal Desc: | Land In John D. Taylor Survey Abst 72 |
| Parcel No: | 0410280030020 |
| Document No: | 20070521623 |
| Sale History: | Sold for $1,270,000 ($630.27/SF) on 07/31/2007 |
| | Sold on 07/27/2007 |
| | Sold on 10/12/2005 |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

## 9645 Westheimer Rd - Jack In The Box

### SOLD

2,015 SF Retail Fast Food Building Built in 1969 (con't)

### Current Retail Information

ID: 1326733

| | | | |
|---|---|---|---|
| Property Type: | **Retail - Fast Food** | GLA: | **2,015 SF** |
| Center Name: | **Jack In The Box** | Total Avail: | **0 SF** |
| Bldg Status: | **Built in 1969** | % Leased: | **100.0%** |
| Owner Type: | - | Bldg Vacant: | **0 SF** |
| Zoning: | **N/Av** | Land Area: | **19,210 SF** |
| Owner Occupied: | - | Lot Dimensions: | - |
| | | Building FAR: | **0.10** |
| Rent/SF/Yr: | - | No. of Stores: | - |
| CAM: | - | | |
| Street Frontage: | **108 feet on Westhiemer Rd** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Houston** |
| Submarket: | **Westchase/Westchase East** |
| County: | **Harris** |
| CBSA: | **Houston-Baytown-Sugar Land, TX** |
| CSA: | **Houston-Baytown-Huntsville, TX** |
| DMA: | **Houston, TX** |
| Map(Page): | **Key Map 490-S** |

This copyrighted report contains research licensed to Alliance Valuation Group - 123599.

**9645 Westheimer Rd - Jack In The Box**                                          SOLD

2,015 SF Retail Fast Food Building Built in 1969 (con't)

| | |
|---|---|
| Parcel Number: | 0410280030020 |
| Legal Description: | Land in John D. Taylor Survey Abst 72  (aka trt 5T) & easements |
| County: | Harris |

Plat Map: 9645 Westheimer Rd - Jack In The Box



This copyrighted report contains research licensed to Alliance Valuation Group - 123599.