CoStar Realty Information, Inc. et al v. Mark Field, et al

# EXHIBIT C

Dockets.Justia.com





1801 Magnum Road
Houston, TX 77092



2902 Hillcroft Avenue
Houston, TX  77057