# EXHIBIT 2

Dockets.Justia.com



**Sanya Sarich Kerksiek**
(202) 624-2862
skerksiek@crowell.com

November 12, 2009

**VIA ELECTRONIC MAIL**
**VIA OVERNIGHT FEDERAL EXPRESS**

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
E-mail: wpierce@adventurelaw.com

Re:   *CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field d/b/a*
      *Alliance Valuation Group, et al.*, D. Md., Case No. AW-08-00663

Dear Mr. Pierce:

      Enclosed are copies of CoStar's Motion for an Order to Show Cause Why
Default Should Not Be Entered Against Defendant Mark Field, with supporting
memorandum and attachments (D.E. 73) and the Court's Order to Show Cause why
sanctions (including entry of a default judgment), should not be entered against
Mr. Field (D.E. 83). The Court's order, which was entered on November 2, 2009,
provided Mr. Field with 14 days to show cause. Accordingly, the time for Mr. Field
to show cause expires on Monday, November 16, 2009.

      In the spirit of the Court's order, we request that you attempt to forward
these materials to him as well, as Mr. Field signed a declaration in support of the
motion for summary judgment filed by your current client, Pathfinder Mortgage
Company.

R. Wayne Pierce
November 12, 2009
Page 2

Thank you for your consideration.

Sincerely,

Sanya Sarich Kerksiek

cc:   William J. Sauers