IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.,

    Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, *et al*.

    Defendants.

Civil Action No. 8:08-CV-663-AW

**[PROPOSED] ORDER**

CAME TO BE HEARD on Plaintiffs' CoStar Realty Information, Inc., and CoStar Group, Inc.'s ("CoStar's") Motion for a Default Judgment Against Defendant Mark Field, it is hereby ORDERED that CoStar's Motion is GRANTED. It is further ORDERED that Defendant Mark Field d/b/a Alliance Valuation Group's Answer is stricken and that default judgment is entered against Defendant Mark Field d/b/a Alliance Valuation Group on all of CoStar's claims against him. CoStar shall submit a Memorandum detailing its claims for damages and attorney's fees within 30 days of this Order.

Dated: _____, _____ 2009

                                                  Judge Alexander Williams
                                                UNITED STATES DISTRICT JUDGE