IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.,<br>22 Bethesda Metro Center, 10th Floor<br>Bethesda, Maryland 20814<br><br>and<br><br>CoSTAR GROUP, INC.<br>2 Bethesda Metro Center, 10th Floor<br>Bethesda, Maryland 20814<br><br>      Plaintiffs,<br><br>v.<br><br>Mark Field d/b/a Alliance<br>Valuation Group<br>2858 Via Bellota<br>San Clemente, California 92673,<br><br>LAWSON VALUATION GROUP, INC.<br>8895 N. Military Trail, Suite 304E<br>Palm Beach Gardens, Florida 33410-6263,<br><br>RUSS A. GRESSETT<br>5625 FM 1960 West, Suite 509<br>Houston, Texas 77069,<br><br>GERALD A. TEEL COMPANY, INC.<br>974 Campbell Rd., Suite 204<br>Houston, Texas 77024-2813, and<br><br>PATHFINDER MORTGAGE COMPANY<br>23172 Plaza Point Dr., Suite 285<br>Laguna Hills, California 92653,<br><br>and<br><br>JOHN DOES 1-4<br>Addresses Currently Unknown<br><br>      Defendants. | CIVIL ACTION NO. 8:08-cv-663-AW |

Defendant Russ A. Gressett's Motion For Enlargement Of Time

1

Dockets.Justia.com

DEFENDANT RUSS A. GRESSETT'S EMERGENCY
MOTION FOR EXTENSION OF TIME TO REPLY TO
PLAINTIFFS' RESPONSE IN OPPOSITION TO
CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Russ A. Gressett ("Gressett"), by and through his undersigned counsel, and pursuant to FED. R. CIV. P. 6(b) and applicable Local Rules, hereby files this instant Motion for Extension of Time to file his Reply to Plaintiff's Response in Opposition to Gressett's Motion for Summary Judgment ("Reply"), and in support thereof, states as follows:

1.      On or about March 13, 2008, Plaintiff commenced this action against, amongst others, Gressett.

2.      Pursuant to the parties Joint Status Report [Doc. No. 74], Plaintiff filed its Motion for Summary Judgment on November 2, 2009 [Doc. No. 85-1 and 85-2]. The Joint Status Report required Gressett to file his Response as well as any cross-motion for summary judgment by November 19, 2009. Due to unavoidable conflicts for undersigned counsel, Gressett requested and Plaintiff consented to an additional three business days to complete both the Response and Cross-Motion for Summary Judgment. That request was granted by the Court and the deadline was extended three business days to November 23, 2009. Gressett then filed his Response and Cross-Motion on November 23, 2009.

3.      The Joint Status Report also required any Response to Gressett's Cross-Motion and Reply to his Response in opposition to Plaintiff's Motion for Summary Judgment to be filed by December 9, 2009. Because of the initial extension, Gressett readily consented to Plaintiff's request for a similar three day extension. This request was also granted by the Court, and Plaintiff was given three business days or until December 14, 2009, to file its Response and Reply. Plaintiff then filed this Response and Reply on December 14, 2009 [Doc. 93].

4. In keeping with this resulting schedule and to reconcile certain conflicts in Gressett's counsel's schedule, Gressett now respectfully requests a similar three day extension to his deadline to file a Reply to Plaintiff's Response to his Motion for Summary Judgment to December 24, 2009.

5. Plaintiff will not be prejudiced by the relief sought herein. It will require no delay in or only a very minimal delay in the Court's consideration of the parties' respective Motions. Conversely, if the relief sought herein is not granted, Gressett will be substantially prejudiced in that he and his counsel will be unable to fully prepare and file a Reply to Plaintiffs' Response to Gressett's Cross-Motion for Summary Judgment, a dispositive motion, and will be unable to fully respond to the arguments, precedent, and evidence contained in Plaintiff's Response. The extension is being sought in good faith and not for the purposes of delay alone but so that justice may be done.

6. On December 17, 2009, the undersigned counsel conferred with Plaintiff's counsel, William Sauers, regarding the relief sought herein and the reasons therefore. Plaintiff's counsel indicated his client has consented to the relief sought.

7. Gressett's proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendant Gressett respectfully requests that this Court enter an Order granting it an extension of time until December 24, 2009, to file its Reply to Plaintiffs' Response to Gressett's Cross-Motion for Summary Judgment, as well as awarding Gressett such further relief as is necessary, just and proper.

Respectfully Submitted,

GREENBERGTRAURIG, L.L.P.

By: <u>s/ Mary-Olga Lovett</u>
    Mary-Olga Lovett
    Pamela A. Sperber
    Christopher C. Miller
    Greenberg Traurig, LLP
    1000 Louisiana, Suite 1800
    Houston, Texas 77002
    Telephone:   713-374-3500
    Facsimile:   713-374-3505

    Steven M. Schneebaum
    Maryland Bar No. 04160
    2101 L Street, N.W.
    Suite 1000
    Washington, D.C. 20037
    Telephone: 202-530-8544
    Facsimile: 202-261-2665

ATTORNEYS FOR DEFENDANT
RUSS A. GRESSETT

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Christopher C. Miller
Christopher C. Miller

## SERVICE LIST

CoStar Realty Information, Inc., et al v. Mark Field d/b/a Alliance Valuation Group, et al.
Case No. 8:08-CV-00663-AW
United States District Court, District of Maryland (Greenbelt Division)

Shari Ross Lahlou
Bar No. 16570
slahlou@crowell.com
Sanya Sarich
ssarich@crowell.com
William J. Sauers
*wsauers@crowell.com*
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  2004
Facsimile: 202-628-5116

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*

James Elwood Armstrong, IV
*jarmstrong@eapdlaw.com*

Simeon D. Brier
*sbrier@eapdlaw.com,*
*eruiz@ eapdlaw.com*

R. Wayne Pierce
*wpierce@adventurelaw.com*