CoStar Realty Information, Inc. et al v. Mark Field, et al  Doc. 99 Att. 4
Case 8:08-cv-00663-AW   Document 99-5   Filed 01/13/10   Page 1 of 1
on behalf of R. Wayne Pierce

**From:** "Wayne Pierce" <wpierce@adventurelaw.com>
**To:** "Kerksiek, Sanya" <SKerksiek@crowell.com>
**Sent:** Monday, November 23, 2009 9:13 PM
**Subject:** Re: CoStar v. Alliance, et al.

Sanya

In your letter, you have asked for certain details related to the counsel fees generated by opposing your motion to compel. Tomorrow morning, I anticipate that you will receive a redacted invoice reflecting the hours worked and the tasks performed. All work was undertaken by me. I intend to follow that up with a telephone call.

WP

> ----- Original Message -----
> **From:** Kerksiek, Sanya
> **To:** Wayne Pierce
> **Cc:** Sauers, William ; on behalf of R. Wayne Pierce
> **Sent:** Friday, November 20, 2009 3:48 PM
> **Subject:** CoStar v. Alliance, et al.
>
> Wayne-
>
> Please see the attached letter setting forth Pathfinder's position regarding Pathfinder's intent to seek attorneys' fees in connection with the denial of CoStar's motion to compel.
>
> Regards,
>
> Sanya
>
> **Sanya Sarich Kerksiek**
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, NW
> Washington, D.C. 20004-2595
> Telephone: (202) 624-2862
> Facsimile: (202) 628-5116
> Email: skerksiek@crowell.com
>
> <<2009.12.20 Ltr to Pierce.PDF>>

# EXHIBIT 5