**on behalf of R. Wayne Pierce**

**From:** "Wayne Pierce" <wpierce@adventurelaw.com>
**To:** "Kerksiek, Sanya" <SKerksiek@crowell.com>
**Sent:** Tuesday, November 24, 2009 4:12 PM
**Subject:** Re: CoStar v. Alliance, et al.

Sanya

At this point, I understand that you now have a copy of our redacted invoice. I also left a phone message for you earlier today. Let me know when we can talk further to resolve these issues.

For your planning purposes, I anticipate leaving here for the law library at about 5 p.m., but I will be back in the office tomorrow.

----- Original Message -----
**From:** Wayne Pierce
**To:** Kerksiek, Sanya
**Sent:** Monday, November 23, 2009 9:13 PM
**Subject:** Re: CoStar v. Alliance, et al.

Sanya

In your letter, you have asked for certain details related to the counsel fees generated by opposing your motion to compel. Tomorrow morning, I anticipate that you will receive a redacted invoice reflecting the hours worked and the tasks performed. All work was undertaken by me. I intend to follow that up with a telephone call.

WP

----- Original Message -----
**From:** Kerksiek, Sanya
**To:** Wayne Pierce
**Cc:** Sauers, William ; on behalf of R. Wayne Pierce
**Sent:** Friday, November 20, 2009 3:48 PM
**Subject:** CoStar v. Alliance, et al.

Wayne-

Please see the attached letter setting forth Pathfinder's position regarding Pathfinder's intent to seek attorneys' fees in connection with the denial of CoStar's motion to compel.

Regards,

Sanya

**Sanya Sarich Kerksiek**
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2862

EXHIBIT 7

Facsimile: (202) 628-5116
Email: skerksiek@crowell.com

<<2009.12.20 Ltr to Pierce.PDF>>

12/23/2009