

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

**Sanya Sarich Kerksiek**
(202) 624-2862
skerksiek@crowell.com

November 24, 2009

**By E-mail and U.S. First Class Mail**

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
E-mail: wpierce@adventurelaw.com

Re:   *CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field d/b/a Alliance Valuation Group, et al.*, D. Md., Case No. AW-08-00663

Dear Wayne:

This letter concerns our continued discussions regarding the denied motion to seal and your client's intent to seek its attorneys' fees in connection with the denial of CoStar's motion to compel by the magistrate judge.

With respect to the motion to seal, as we noted in our earlier correspondence, we do not believe that it is proper to withdraw the information that is the subject of the motion. Moreover, we have given additional consideration to this issue, and have decided not to re-file the motion. CoStar filed a motion to seal, which the Court denied. We do not believe that further action by CoStar is necessary.

Regarding Pathfinder's intent to seek attorneys' fees, we are in receipt of the redacted invoice. As an initial matter, it appears that you have included charges for work that is not related to the motion to compel, including but not limited to Pathfinder's motion to strike, which was denied. We do not believe that there are

**EXHIBIT 8**

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

R. Wayne Pierce
November 24, 2009
Page 2

any grounds for seeking fees for work on this denied motion, or for any work that is not related to the motion to compel. Please provide the correct information. Further, notwithstanding the insufficiency of the information, CoStar does not believe that it is ultimately obligated to pay any fees to Pathfinder with respect to the motion to compel, as its motion was substantially justified under Fed. R. Civ. P. 37(a)(5)(B).

Sincerely,

*[signature]*

Sanya Sarich Kerksiek

cc:   William J. Sauers