

### The Pierce Law Firm, LLC
"Protecting the Adventure"™

Mr. Samuel Wu
Pathfinder Mortgage Corporation
404 W 7th Street, Suite 310
Los Angeles CA 90014

EIN: 56-2493532

November 07, 2009

In Reference To: **CoStar**
        Our File: **08113.1**

Invoice # 10295

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/1/2009 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| 9/10/2009 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| 9/11/2009 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| 9/18/2009 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| 9/20/2009 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |
| 9/21/2009 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 300.00/hr | ▆▆▆▆ |

## EXHIBIT 11

The Pierce Law Firm, LLC  133 Defense Highway, Suite 106  Annapolis, Maryland 21401-7015  410-573-9955  Fax 410-573-9956
www.adventurelaw.com

Mr. Samuel Wu                                                                                          Page     2

|            |                                                                                              | Hrs/Rate   | Amount |
|------------|----------------------------------------------------------------------------------------------|------------|--------|
| 9/21/2009  | Telephone conversation with opposing counsel regarding motion for summary judgment and motion to compel. | 0.30 300.00/hr | 90.00 |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
| 9/22/2009  | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
| 9/25/2009  | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
| 9/26/2009  | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
| 9/27/2009  | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |
|            | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒                                                                   | 300.00/hr  |        |

Mr. Samuel Wu                                                                                           Page    3

|            |                                                                                                      | Hrs/Rate      | Amount   |
|------------|------------------------------------------------------------------------------------------------------|---------------|----------|
| 9/27/2009  | ███████████████████████████████████████                                                              | ███ 300.00/hr | ███      |
| 9/28/2009  | ███████████████████████                                                                              | ███ 300.00/hr | ███      |
|            | ███████████████                                                                                      | ███ 300.00/hr | ███      |
|            | ███████████████████████████████                                                                      | ███ 300.00/hr | ███      |
|            | ███████████████████████                                                                              | ███ 300.00/hr | ███      |
| 10/8/2009  | Telephone conversation with Sam Wu regarding ███                                                     | 0.10 300.00/hr | 30.00   |
| 10/9/2009  | Draft opposition to motion to compel.                                                                | 0.80 300.00/hr | 240.00  |
|            | Telephone conversation with Sam Wu regarding ███                                                     | 0.20 300.00/hr | 60.00   |
|            | Receipt and review of CoStar's motion for default judgment against Mark Field and motion to seal; receipt and review of CoStar's motion to compel against Pathfinder. | 1.20 300.00/hr | 360.00  |
| 10/10/2009 | Draft opposition to motion to compel and our motion to strike.                                       | 1.60 300.00/hr | 480.00  |
|            | Legal research at Court of Appeals library to support our opposition to motion to compel and our motion to strike. | 3.60 300.00/hr | 1,080.00 |
| 10/12/2009 | ███████████████████████████████████████                                                              | ███ 300.00/hr | ███      |

Mr. Samuel Wu                                                                                                    Page    4

|            |                                                                          | Hrs/Rate       | Amount    |
|------------|--------------------------------------------------------------------------|----------------|-----------|
| 10/12/2009 | Review of file and draft out motion to strike and opposition to motion to compel. | 5.10<br>300.00/hr | 1,530.00 |
| 10/13/2009 | Draft our motion to strike CoStar's motion to compel.                    | 9.10<br>300.00/hr | 2,730.00 |
|            | Telephone conversation with Sam Wu regarding ■■■■■                       | 0.10<br>300.00/hr | 30.00    |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br>■■■■■.                            | ■■■<br>300.00/hr | ■■■      |
| 10/15/2009 | ■■■■■■■■■■■■■■■■■■■■■■                                                   | ■■■<br>300.00/hr | ■■■      |

### Timekeeper Summary

| Name            | Hours | Rate   | Amount |
|-----------------|-------|--------|--------|
| R. Wayne Pierce | ■■■   | 300.00 | ■■■    |
| R. Wayne Pierce | ■■■   | 0.00   | ■■■    |

For professional services rendered                                                                         ■■■         ■■■

Additional Charges :

| 9/1/2009   | Long distance telephone charges.        | 4.98  |
| 9/28/2009  | ■■■■■■■■■■■■■■                          | ■■■   |
|            | ■■■■■                                   | ■■■   |
| 10/10/2009 | Mileage to Court of Appeals library.    | 11.00 |
|            | Photographic Copies                     | 6.50  |
| 10/13/2009 | Photographic Copies                     | 41.80 |

Mr. Samuel Wu                                                                                                    Page     5

|  | Amount |
|---|---:|
| Total amount of this bill | ▬▬▬ |
| Previous balance | ▬▬ |
| Balance due | ▬▬▬ |

I would appreciate it if you could process this invoice in the usual manner. If you have any questions, please call.