

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

Sanya Sarich Kerksiek
(202) 624-2862
skerksiek@crowell.com

November 27, 2009

**By E-mail and U.S. First Class Mail**

R. Wayne Pierce
The Pierce Law Firm, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401-7015
Telephone: 410.573.9959
Facsimile: 410.573.9956
E-mail: wpierce@adventurelaw.com

Re: *CoStar Realty Information, Inc. and CoStar Group, Inc. v. Mark Field d/b/a Alliance Valuation Group, et al.*, D. Md., Case No. AW-08-00663

Dear Wayne:

This letter is in response to your November 24 e-mail regarding CoStar's denied motion to seal and your client's intent to seek its attorneys' fees in connection with CoStar's motion to compel.

As noted in our earlier correspondence, we moved to seal the excerpted portions of the Wu deposition transcript, and thereby complied with our obligations under the entered Protective Order. The judge considered and denied the motion. We are aware of no legal basis to seek reconsideration of the decision or to re-file the motion. In addition, as we also noted in an earlier letter, it is far from clear that the deposition testimony in question constitutes "confidential" information as defined by Paragraph 1(a) of the Protective Order.

You apparently believe this information should remain confidential, despite the Judge's ruling. Since it is your client's information, and your desire to keep its confidentiality, it is incumbent on you to take whatever actions you feel necessary to overturn the Judge's Order.

Your characterization of an alleged "about face" on the fees issue is wrong. We never said that we believed CoStar's motion to compel was not justified, and we

**EXHIBIT 15**

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ California ■ New York ■ London ■ Brussels

R. Wayne Pierce
November 27, 2009
Page 2

certainly never agreed to pay attorneys fees. Our letter simply requested clarification of Pathfinder's fees request, as it appears to include fees unrelated to the motion to compel, and further stated our position that we do not believe that an award of any fees is justified in this case. If you choose to provide clarification on this issue, we will consider that information. Otherwise our opposition to any motion that Pathfinder files will highlight your inclusion of non-related costs in the fee request.

        Sincerely,

        /s/

        Sanyn Sarich Kerksiek

cc:    William J. Sauers