# The Survey of Law Firm Economics
## 2004 Edition

A Management and Planning Tool from Altman Weil Publications, Inc.

Financials ▲ Rates ▲ Hours ▲ Compensation ▲ Staffing

Newtown Square, PA
610 886-2000
Milwaukee, WI
414 427-5400



Altman Weil® Publications, Inc.

EXHIBIT 16

Dockets.Justia.com

## STATE BY YEARS OF LEGAL EXPERIENCE
## STANDARD HOURLY BILLING RATES
### As of January 1, 2004

| State/Years of Experience | | Miles & Stockbridge | Number of Offices | RATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| MD | Under 2 Years | 170 | 6 | 37 | 142 | 120 | 135 | 170 | 176 |
| | 2 or 3 Years | 191 | 9 | 59 | 174 | 145 | 185 | 190 | 195 |
| | 4 or 5 Years | 205 | 9 | 51 | 194 | 160 | 195 | 205 | 234 |
| | 6 or 7 Years | 238 | 6 | 44 | 210 | 180 | 213 | 235 | 253 |
| | 8 to 10 Years | 260 | 9 | 43 | 239 | 200 | 235 | 270 | 308 |
| | 11 to 15 Years | 284 | 13 | 68 | 258 | 225 | 260 | 290 | 312 |
| | 16 to 20 Years | 316 | 10 | 74 | 293 | 269 | 290 | 326 | 345 |
| | (21 or More Years) | 339 | 12 | 159 | 326 | 300 | (330) | 350 | 375 |
| MI | Under 2 Years | -- | 15 | 55 | 149 | 135 | 155 | 165 | 175 |
| | 2 or 3 Years | -- | 16 | 66 | 159 | 135 | 158 | 175 | 205 |
| | 4 or 5 Years | -- | 21 | 63 | 192 | 175 | 195 | 210 | 225 |
| | 6 or 7 Years | -- | 19 | 58 | 198 | 175 | 210 | 225 | 235 |
| | 8 to 10 Years | -- | 17 | 53 | 214 | 178 | 210 | 245 | 268 |
| | 11 to 15 Years | -- | 20 | 93 | 244 | 213 | 250 | 278 | 295 |
| | 16 to 20 Years | -- | 21 | 108 | 257 | 225 | 258 | 299 | 331 |
| | 21 or More Years | -- | 23 | 286 | 277 | 225 | 285 | 330 | 350 |
| MN | Under 2 Years | -- | 6 | 22 | 108 | 85 | 85 | 131 | 157 |
| | 2 or 3 Years | -- | 5 | 15 | 111 | -- | 85 | -- | -- |
| | 4 or 5 Years | -- | 6 | 22 | 133 | 85 | 135 | 170 | 210 |
| | 6 or 7 Years | -- | 6 | 12 | 138 | -- | 149 | -- | -- |
| | 8 to 10 Years | -- | 7 | 22 | 165 | 135 | 185 | 195 | 223 |
| | 11 to 15 Years | -- | 8 | 20 | 169 | 93 | 183 | 219 | 249 |
| | 16 to 20 Years | -- | 5 | 37 | 170 | 90 | 160 | 223 | 282 |
| | 21 or More Years | -- | 8 | 43 | 204 | 150 | 220 | 260 | 287 |

(continued on next page)

**INDIVIDUAL LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2004

| Specialty/Years of Experience | | Miles & Stockbridge | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|---|
| Family & Domestic Law | 2 or 3 Years | -- | 9 | 10 | 159 | -- | -- | -- | -- |
| | 6 or 7 Years | -- | 11 | 12 | 193 | -- | 190 | -- | -- |
| | 8 to 10 Years | -- | 12 | 12 | 195 | -- | 195 | -- | -- |
| | 11 to 15 Years | -- | 13 | 13 | 205 | -- | 200 | -- | -- |
| | 16 to 20 Years | -- | 14 | 15 | 268 | -- | 270 | -- | -- |
| | 21 or More Years | -- | 18 | 20 | 267 | 221 | 265 | 298 | 340 |
| Health Care | Under 2 Years | -- | 13 | 25 | 125 | 110 | 120 | 140 | 158 |
| | 2 or 3 Years | -- | 9 | 17 | 143 | 125 | 135 | 155 | 202 |
| | 4 or 5 Years | -- | 16 | 27 | 157 | 140 | 150 | 162 | 224 |
| | 6 or 7 Years | -- | 13 | 17 | 152 | 128 | 139 | 170 | 203 |
| | 8 to 10 Years | -- | 16 | 22 | 179 | 147 | 175 | 189 | 250 |
| | 11 to 15 Years | -- | 20 | 35 | 185 | 147 | 180 | 210 | 244 |
| | 16 to 20 Years | -- | 24 | 33 | 228 | 195 | 225 | 260 | 305 |
| | 21 or More Years | -- | 35 | 53 | 227 | 178 | 200 | 260 | 342 |
| Intellectual Property | Under 2 Years | -- | 15 | 50 | 213 | 195 | 210 | 250 | 270 |
| | 2 or 3 Years | -- | 14 | 37 | 271 | 225 | 275 | 330 | 345 |
| | 4 or 5 Years | -- | 15 | 34 | 290 | 244 | 300 | 345 | 380 |
| | 6 or 7 Years | -- | 20 | 28 | 286 | 226 | 298 | 344 | 380 |
| | 8 to 10 Years | -- | 14 | 29 | 359 | 318 | 360 | 405 | 435 |
| | 11 to 15 Years | -- | 21 | 54 | 389 | 325 | 383 | 430 | 545 |
| | 16 to 20 Years | -- | 24 | 34 | 359 | 269 | 363 | 426 | 538 |
| | 21 or More Years | -- | 25 | 49 | 439 | 335 | 430 | 570 | 615 |

(continued on next page)