# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

COSTAR REALTY INFORMATION and
COSTAR GROUP, INC.,

    Plaintiffs,

v.

MARK FIELD D/B/A ALLIANCE
VALUATION GROUP, *et al.*

    Defendants.

Civil Action No. 8:08-CV-663-AW

## **ORDER**

Upon consideration of defendant Pathfinder Mortgage Co.'s motion for counsel fees and costs, it is this _____ day of _____, 2010, by the United States District Court for the District of Maryland,

**ORDERED,** that defendant's motion for counsel fees be and it is hereby GRANTED, and it is further

**ORDERED,** that defendant is entitled to an award of costs and counsel fees as follows:

        Counsel fees    $_____

        Costs    $_____

        Total award    $_____

Said award is to be paid and delivered to defendant within 30 days of the date of this order by check payable to defendant Pathfinder and its counsel.

-2-

                                                                                          _____
                                                                                          JUDGE