IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC, *et al*.<br>Plaintiffs,<br><br>v.<br><br>MARK FIELD D/B/A ALLIANCE EVALUATION GROUP, *et al.*,<br>Defendants. | Action No. 08:08–CV–0663—AW |

## ORDER

For the reasons articulated in the foregoing Memorandum Opinion, IT IS this **20th Day of December, 2010**, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Judgment BE, and the same hereby is **ENTERED** in favor of Plaintiff and against Defendants Russ A. Gressett and Pathfinder Mortgage Company on Count V for Direct Copyright Infringement;

2. Judgment BE, and the same hereby is **ENTERED** in favor of Plaintiff and against Defendant Pathfinder Mortgage Company on Count II for Breach of Contract;

3. Damages be **ENTERED** in the amount of **$683, 280** in favor of Plaintiff and against Defendant Gressett on the breach of contract claim;

4. Damages be **ENTERED** in the amount of **$438, 120** in favor of Plaintiff and against Defendant Pathfinder Mortgage Company on the breach of contract claim;

5. Plaintiff is entitled to an election with respect to their damage award for the direct copyright infringement claim against Defendant Gressett in the amount of **$120,000** as actual damages OR **$108, 000** as statutory damages;

6. Plaintiff is entitled to an election with respect to their damage award for the direct copyright infringement claim against Defendant Pathfinder Mortgage Company in the amount of **$438,120** as actual damages OR **$60,000** as statutory damages;

7. Plaintiff file a notice of election within **30 (thirty) days** this Order, notifying the Court of the type of damages it elects with respect to the copyright infringement claims;

8. The Clerk of the Court **CLOSE** this case; AND

9. The Clerk of the Court transmit copies of the Memorandum Opinion and this Order to all counsel of record and mail copies to *pro se* Defendant, Mark Field.

_____/s/_____
Alexander Williams, Jr.
United States District Court